UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. |
| Plaintiff | Foreclosure of Mortgage |
| v. | |
| MARÍA MAGDALENA RIVERA CARATTINI a/k/a MARÍA MAGDALENA RIVERA CASTELLANO a/k/a MARÍA MAGDALENA RIVERA CASTELLANOS a/k/a MARÍA M. RIVERA CASTELLANOS a/k/a MARÍA MAGDALENA RIVERA a/k/a MARÍA M. RIVERA a/k/a MARIA A. RIVERA a/k/a MARÍA RIVERA CASTELLANO a/k/a MAGDALENA RIVERA, as joint debtor and as known member of the Estate of ANTONIO ESCOBALES PAGÁN; GLADYS MILAGROS ESCOBALES RIVERA; RAUL LUIS ESCOBALES RIVERA; ELBA MARGARITA ESCOBALES RIVERA; MANUEL ANTONIO ESCOBALES RIVERA; JORGE LUIS ESCOBALES RIVERA; JOSE MIGUEL ESCOBALES RIVERA; MARIA MAGDALENA ESCOBALES RIVERA; EDUARDO ESCOBALES RIVERA; NELLIE ISABEL ESCOBALES RIVERA; NANCY ESCOBALES RIVERA, and, ERIKA ESCOBALES RIVERA; JOHN DOE and RICHARD ROE as unknown members of the Estate above-mentioned | |
| Defendants | |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting as the United States Department

of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.      Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.      Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of four (4) promissory notes that affect the two (2) properties described further below.

3.      The first promissory note is for the amount of **$41,000.00,** with annual interest of 9%, subscribed on November 15, 1979. *See Exhibits 1 and 1A.*

4.      For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 258. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibits 2 and 2A.*

5.      The note for $41,000.00 was modified on several occasions. Last modification occurred on October 19, 1994, for the amount of $50,585.48, under the terms and conditions stipulated and agreed therein, through Deed No. 209. *See Exhibits 3 and 3A.*

6.      Plaintiff is also the owner and holder of a promissory note for the amount of **$5,000.00,** with annual interest of 10.75%, subscribed on April 18, 1984. *See Exhibits 4 and 4A.*

7.      For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 52. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibits 5.*

8.      The note for $5,000.00 was modified on several occasions. Last modification occurred

2

on October 19, 1994, for the amount of $5,591.00, under the terms and conditions stipulated and agreed therein, through Deed No. 206. *See Exhibits 6 and 6A.*

9.      Plaintiff also owns and holds a promissory note for the amount of **$7,000.00,** with annual interest of 6%, subscribed on March 18, 1988. *See Exhibits 7 and 7A.*

10.     For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 44. This mortgage is duly recorded at the corresponding Property Registry.  *See Exhibit 8.*

11.     The note for $7,000.00 was modified on several occasions. Last modification occurred on October 19, 1994, for the amount of $7,275.93, under the terms and conditions stipulated and agreed therein, through Deed No. 208. *See Exhibits 9 and 9A.*

12.     Plaintiff owns and holds a promissory note for the amount of **$13,610.00,** with annual interest of 3.75%, subscribed on April 28, 1995. *See Exhibit 10.*

13.     For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 111. This mortgage is duly recorded at the corresponding Property Registry.  *See Exhibit 11.*

14.     According to the Property Registry, Antonio Escobales Pagán and María Magdalena Rivera Carattini appear as owners of record of the real estate properties subject of this case. Said property is described -as it was recorded in Spanish- as follows:

A. RÚSTICA: Situada en el barrio Mameyes, lugar nombrado "Limón" del término municipal de Jayuya, Puerto Rico, a café, guineos y pastos, compuesta de 4.82 cuerdas. En lindes al NORTE, con Juan Bautista y Francisca Salgado; al SUR, con José Butler y Joaquín Rodríguez Francisco; al ESTE y OESTE, con tierras de Loreto y Francisca Salgado.

PROPERTY NUMBER: 491, recorded at page 236 of volume 10 of Jayuya, Registry of the Property of Utuado, Puerto Rico.

B. RÚSTICA: Radicada en el barrio Mameyes, lugar nombrado "Limón" del término municipal de Jayuya, Puerto Rico, compuesta de 7.450 cuerdas, equivalentes a 29,281.405 metros cuadrados, dedicado a café, guineos y pastos. En lindes al NORTE, con Joaquín Rodríguez Francisco; al SUR, ESTE y OESTE, con terrenos de la cual está parcela es segregación.

PROPERTY NUMBER: 489, recorded at page 228 of volume 10 of Jayuya, Registry of the Property of Utuado, Puerto Rico.

DESCRIPTION: (As it is recorded in the Spanish language)

*See Title Searches attached as Exhibits 12 and 13.*

15.  Antonio Escobales Pagán passed away, and the known members of the Estate of Antonio Escobales Pagán are the following individuals:

   a.  MARÍA MAGDALENA RIVERA CARATTINI a/k/a MARÍA MAGDALENA RIVERA CASTELLANO a/k/a MARÍA MAGDALENA RIVERA CASTELLANOS a/k/a MARÍA M. RIVERA CASTELLANOS a/k/a MARÍA MAGDALENA RIVERA a/k/a MARÍA M. RIVERA a/k/a MARIA A. RIVERA a/k/a MARÍA RIVERA CASTELLANO a/k/a MAGDALENA RIVERA;

   b.  GLADYS MILAGROS ESCOBALES RIVERA;

   c.  RAUL LUIS ESCOBALES RIVERA;

   d.  ELBA MARGARITA ESCOBALES RIVERA;

   e.  MANUEL ANTONIO ESCOBALES RIVERA;

   f.  JORGE LUIS ESCOBALES RIVERA;

   g.  JOSE MIGUEL ESCOBALES RIVERA;

   h.  MARIA MAGDALENA ESCOBALES RIVERA;

   i.  EDUARDO ESCOBALES RIVERA;

    j.  NELLIE ISABEL ESCOBALES RIVERA;

    k.  NANCY ESCOBALES RIVERA, and;

    l.  ERIKA ESCOBALES RIVERA.

*See Exhibit 16.*

16.    JOHN DOE and RICHARD ROE are included as possible unknown heirs to the Estate above mentioned.

17.    According to *P.R. Laws Ann.,* Article 959, (Sec. 2787), defendants have 30 days to either accept or reject their participation in the Estate to which they lawfully belong.

18.    Codefendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

19.    It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

20.    The defendants herein have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 14*, the following amounts, as of September 10, 2020:

    a) On the $41,000.00 Note, as modified:

        1)  The sum of $50,585.48, of principal;

        2)  The sum of $69,591.06, of interest accrued and thereafter until its full and total payment, which interest amount increases at the daily rate of $7.6225;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the $5,000.00 Note, as modified:

      1) The sum of $2,922.76, of principal;

      2) The sum of $3,103.34, of interest accrued and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.4004;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $7,000.00 Note, as modified:

      1) The sum of $6,231.38, of principal;

      2) The sum of $5,958.97, of interest accrued and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.5975;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

d) On the $13,610.00 Note, as modified:

      1) The sum of $13,610.00, of principal;

      2) The sum of $12,140.11, of interest accrued and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.3983;

      3) Plus, insurance premium, taxes, advances, late charges, costs,

court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

21. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

22. Codefendant María M. Rivera a/k/a María A. Rivera a/k/a María Magdalena Rivera Castellano a/k/a María Rivera Castellano a/k/a María Magdalena Rivera Carattini is not presently active in the military service for the United States. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for the remainig codefendants since we could not found their social security numbers. *See Exhibit 15.*

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Acting LRTF Director for the United States Department of Agriculture, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) The plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) The defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm

Service Agency, it appears that the defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6)   I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7)   I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, on  30 day of December, 2020.

JACQUELINE LAZU LABOY

## PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

b)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

c)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject

to further orders from the Court;

      d)    That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

      e)    For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, on    December 31      , 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

EXHIBIT 1

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

41 - 17

**CLASE DE PRESTAMO**

Tipo: _____ FO

De acuerdo a:

☒ Consolidated Farm & Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

# DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
## ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| Nombre | Antonio ESCOBALES PAGAN |
|---|---|

| Estado | PUERTO RICO | Oficina | JAYUYA |
|---|---|---|---|

| Caso Núm. | ▓▓▓▓▓▓▓ | Fecha | NOVIEMBRE 15, 1979 |
|---|---|---|---|

**ACCION QUE REQUIERE PAGARE:**

☒ Préstamo Inicial        ☐ Nuevo Plan de Pago
☐ Préstamo Subsiguiente   ☐ Reamortización
☐ Consolidación y préstamo ☐ Venta a Crédito
   subsiguiente           ☐ Pagos Diferidos
☐ Consolidación

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en -----------------------------JAYUYA, PUERTO RICO-----------------------

o en otro sitio designado por el Gobierno por escrito, la suma principal de ----CUARENTIUN MIL-------------

----------------------------- dólares ($ 41,000.00----- ) más intereses sobre el principal adeudado al

----------------NUEVE-------------------------**POR CIENTO** ( ---9---% ) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ----41----- plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

$ 476.00------------------------ en enero 1, 19 80   $ _____ en enero 1, 19   ;
$ _____ en enero 1, 19   ;   $ _____ en enero 1, 19   ;
$ _____ en enero 1, 19   ;   $ _____ en enero 1, 19   ;
$ _____ en enero 1, 19   ;   $ _____ en enero 1, 19   ;
y $ 3,812.00-------------------------- , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ----40---- años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce–Agricultura                    Posición 2                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente en el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
NI        ALES PAGAN
                                    *(Prestatario)*

_____
MARIA M. RIVERA
                                    *(Prestatario)*

BUZON T-26, JAYUYA, P R  00664
_____

_____

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 41,000.00 | 11-15-79 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 41,000.00 | |

Jay-Ce-Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S)
                                                                        (Rev. 11-1-78)

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al diecinueve de septiembre de mil novecientos ochenta y cinco, dió un saldo deudor montante a CUARENTA Y DOS MIL SETECIENTOS SESENTA Y DOS DOLARES CON CINCUENTA CENTAVOS ($42,762.50), con intereses a razón del NUEVE POR CIENTO (9%) anual, la cual devengará intereses a razón del CINCO Y UN CUARTO POR CIENTO (5.25%) anual y la cual habrá de ser pagada en la siguiente forma: SEISCIENTOS CUARENTA DOLARES ($640.00) en o antes del primero de enero de mil novecientos ochenta y seis y DOS MIL SETECIENTOS CINCUENTA Y CINCO DOLARES ($2,755.00) en o antes del primero de enero de cada año subsiguientemente, excepto el pago final de la deuda que se hará en o antes del diecinueve de septiembre del año dos mil diecinueve, según resulta de la Escritura Número Ciento Cuarenta y Uno (141), de fecha diecinueve de septiembre de mil novecientos ochenta y cinco, otorgada en la ciudad de Jayuya, Puerto Rico, ante el Fedatario, DOY FE.

En Jayuya, Puerto Rico, hoy diecinueve de septiembre de mil novecientos ochenta y cinco.

*ANEJO "A"*

--*El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al día veintidós de febrero de mil novecientos noventa, dió un saldo deudor montante a Treinta y Ocho Mil Ochocientos Noventa y Cinco Dólares con Setenta y Nueve Centavos de principal, la suma de Doscientos Ochenta y Cinco Dólares con Sesenta y Ocho Centavos ($285.68) de intereses capitalizables, que devengarán intereses capital e intereses a razón del del cinco por ciento (5.00%) anual, y la suma de Dos Mil Trescientos Treinta y Dos Dólares con noventa y Cinco Centavos ($2,332.95) de intereses no capitalizables, los cuales no devengarán intereses, para un total de Cuarenta y Un Mil Quinientos Catorce Dólares con Cuarenta y Dos Centavos ($41,514.42), la cual deberá ser pagada en la siguiente forma:--La suma de Dos Mil Seiscientos Sesenta y Nueve Dólares ($2,669.00) en o antes del día primero de enero del año mil novecientos noventa y uno, y la suma de Dos Mil Seiscientos Sesenta y Nueve Dólares ($2,669.00) en o antes del día primero de enero de cada año subsiguientemente, excepto el pago final que se hará y será vencedero en o antes del día veintidós de febrero del año dos mil diez y nueve, según consta de la escritura número veintisiete (27) otorgada en Jayuya, Puerto Rico en esta misma fecha ante el Notario fedante.   DOY FE.*

--*En Jayuya, Puerto Rico, a veintidós de febrero de mil novecientos noventa.*

*RUBEN HERNANDEZ ROSARIO*
*NOTARIO PUBLICO*

ANEXO B

Esta hipoteca garantiza entre otras, la propiedad inscrita al folio Sesenta y Cuatro (64), del tomo Noventa y Tres (93) de Jayuya, finca número Cinco Mil Cuatrocientos Cuarenta y Cinco (5445), cuya propiedad mediante la escritura Número Ocho (8), de fecha 26 de febrero de 1990, otorgada ante el Fedatario, se libera para todos los efectos legales de esta hipoteca, en consideración del pago total de TRES MIL DOLARES ($3,000.00), acreditados en su totalidad a esta hipoteca de la siguiente manera: DOS MIL TRESCIENTOS SETENTA Y SEIS DOLARES CON VEINTICUATRO CENTAVOS ($2,376.24) a principal y SEISCIENTOS VEINTITRES DOLARES CON SETENTA Y SEIS CENTAVOS ($623.76) de intereses, y en adición, a la utilización de los restantes TRES MIL DOLARES ($3,000.00) para la siembra de DOS CUERDAS de café en las Fincas A y B. DOY FE.

En Jayuya, Puerto Rico, hoy veintiseis de febrero de mil novecientos noventa.

FRANCISCO A. DELGADO MARTINEZ

Abogado-Notario

ANEJO A PAGARE HIPOTECARIO A FAVOR DE ESTADOS UNIDOS DE AMERICA
POR LA SUMA PRINCIPAL DE $41,000.00 CONSTITUIDO EL DIA 15 DE---
NOVIEMBRE DE  1979 EN JAYUYA, PUERTO RICO, ANTE EL NOTARIO-----
SAMUEL R. PUIG MAGAZ Y MEDIANTE LA ESCRITURA PUBLICA NUMERO----
258.

> "El importe del  pagaré y la hipoteca que lo garantiza
> reamortizada al día catorce de enero de mil novecien--
> tos noventa y tres asciende a la suma principal de----
> Treinta y Nueve Mil Ciento Ochenta y Un Dólares con---
> Cuarenta y Siete Centavos ($39,181.47) y Siete Mil Seis
> cientos Cuarenta y Ocho Dólares con Ochenta y Cuatro--
> Centavos ($7,648.84) de intereses acumulados a esta---
> fecha para un total adeudado de Cuarenta y Seis Mil---
> Ochocientos Treinta Dólares con Treinta y Un  Centavos
> ($46,830.31) a cuya cantidad se reamortiza el mismo y-
> que habrá de ser pagado en un primer pago de Tres Mil-
> Doscientos Cincuenta y Ocho Dólares ($3,258.00) el día
> primero de enero de mil novecientos noventa y cuatro y
> subsiguientes pagos anuales de Tres Mil Doscientos----
> Cincuenta y Ocho Dólares ($3,258.00) cada uno, el día-
> primero de enero de cada año subsiguiente hasta un----
> pago final que vencerá el día primero de enero del año
> dos mil diez y nueve, continuando devengando intereses
> a razón del cinco por ciento (5%) anual todo según----
> consta de la escritura  pública número seite (7) otor-
> gada en Jayuya, Puerto Rico el día catroce de enero---
> de mil novecientos noventa y tres ante el Notario-----
> Miguel Torres Maldonado".----------------------------
> --Jayuya, Puerto Rico, a 14 de enero de 1993.

MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

"ANEJO A PAGARE HIPOTECARIO POR LA SUMA DE $41,000.00 CONSTITUIDA EL DIA 15 DE NOVIEMBRE DE 1979 EN AL CIUDAD DE JAYUYA, PUERTO RICO ANTE EL NOTARIO SAMUEL R. PUIG MAGAZ"

EL importe de este pagaré y la hipoteca que lo garantiza reamortizado nuevamente el día 19 de octubre de 1994--- asciende a la suma de $42,632.52 de principal y $7,952.96 de intereses acumulados a esta fecha para un total adeudado de $50,585.48 a cuya cantidad se reamortiza el mismo y que habrá de ser pagado en pagos diferidos sin efectuar pagos los deudores desde el día 1 de enero de 1995 hasta el día primero de enero de 1999. Luego efectuarán pagos anuales de $4,852.00 comenzando el día 1 de enero del año 2000 y así sucesivamente hasta el pago final que vencerá a los 24 años de esta modificación, devengando intereses al 5% anual y todo según consta de la escritura pública número 209 otorgada en Jayuya, Puerto Rico el día 19 de octubre de mil novecientos noventa y cuatro ante el Notario Miguel Torres Maldonado.

MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

## Anejo al Pagaré o Convenio de Subrogación para el Programa Para Posponer Plazos Debido a el Desastre

**Fecha:** **23 de noviembre de 1999**     Número de caso: ████████

Nombre: **Antonio Escobales Pagán**

Pagaré o Convenio de Subrogación:

| Código de Fondo | Número de Préstamo | Fecha | Cantidad |
|---|---|---|---|
| 41 | 17 | 11-15-79 | $41,000.00 |

Este anejo enmienda el pagaré o convenio de subrogación indicado arriba para establecer los términos y condiciones de la posposición del plazo descrito adelante:

| | |
|---|---|
| Número de Designación del Desastre : | **M3031** |
| Fecha del plazo a ser pospuesto: | **01-01-2000** |
| Cantidad del plazo a ser pospuesto: | $ 4,852.00 |

Cualquier cantidad de principal a ser pospuesta continuará acumulando intereses al mismo tipo de interés que se le cargue a la parte no pospuesta de la deuda.

Este anejo no cambia ninguno de los términos y condiciones del pagaré o convenio de subrogación.

El prestatario abajo firmante o cualquier co-deudor está de acuerdo en pagar el plazo pospuesto, más cualquier interés acumulado sobre el principal pospuesto, en o antes de la fecha de vencimiento del préstamo, según establecido en el pagaré o convenio de subrogación enmendado.

Si se restructura el pagaré o convenio de subrogación a través del Programa de Servicios primarios en un futuro, éste anejo se considerará cancelado automaticamente y la cantidad pospuesta se incluirá como parte del total de la deuda restructurada.

El prestatario abajo firmante entiende que al firmar éste anejo está de acuerdo en qué se le dará de baja a cualquier solicitud pendiente de servicios y de preservación de préstamos. Esto no afecta la elegibilidad futura para servicios primarios o de preservación de préstamo.

Huellas y Marca:

_____

Testigo de la marca _____

EXHIBIT 1A

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 11-1-78)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| Name: ANTONIO ESCOBALES PAGAN | | KIND OF LOAN Type:  FO |
| State: Puerto Rico | Office: Jayuya | Pursuant to: |
| Case no.: ▮▮▮▮▮▮▮ | Date: November 15, 1979 | ☒ Consolidated Farm & Rural Development Act ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| ACTION REQUIRING NOTE | |
| --- | --- |
| ☐ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in,   JAYUYA,  PUERTO RICO  or at such other place as the Government may later designate in writing, the principal sum of __ FORTY ONE THOUSAND __ DOLLARS  ($41,000.00),   plus interest on the unpaid principal balance at the RATE  of ___ NINE __ PERCENT ( 9 %) per annum. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in accordance

with regulations of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.  The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 41 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| | | | | |
|---|---|---|---|---|
| $ 476.00 | on | January 1, 1980 | $ | on  January 1, 1980 |
| $ | | January 1, 19 | $ | _____ January 1, 19 |
| $ | | January 1, 19 | $ | _____ January 1, 19 |
| $ | | January 1, 19 | $ | _____ January 1, 19 |
| $ | | January 1, 19 | $ | _____ January 1, 19 |

And $ 3,812.00 _____thereafter on January 1, of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid shall, be due and payable  40  years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.   Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.   Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the

end of this note.   Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.   Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.   If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.

While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.   The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an

installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan (FO).

If  "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any

such other instrument shall constitute default hereunder.  UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "King of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentation, protest, and notice are hereby waived.


(SEAL)                          ANTONIO ESCOBALES PAGAN
                                (FINGERPRINTS)
                                _____
                                            (BORROWER)

                                (Sgd.) MARÍA M. RIVERA
                                _____
                                            (Co- BORROWER)

                                BOX T-26, JAYUYA, PR 00664
                                _____

                                _____


| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $  41,000.00 | 11-15-75 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL  $  41,000.00 | |

The amount of this note and the mortgage guaranteeing it, re-amortized on September 19, 1985, came up to an outstanding balance of $42,762.50, with interests at a rate of 9% per year, which shall earn interests at a rate of 5.25% per year and which shall be paid in the following manner: SIX HUNDRED FORTY DOLLARS ($640.00) on or before January 1, 1986 and $2,755.00 on or before January 1, of each subsequent year, except that the final payment of the debt shall be made on or before September 19, 2019, as it is set forth on Deed Number One Hundred Forty-one, dated September 19, 1985, subscribed in the city of Jayuya, Puerto Rico, before the undersigned Notary Public.  I SO ATTEST

In Jayuya, Puerto Rico, today September 19, 1985.

(sgd.) FRANCISCO A. DELGADO MARTÍNEZ
Notary Public

EXHIBIT "A"

The amount of this note and the mortgage guaranteeing it, re-amortized on February 22, 1990, came up with an outstanding balance of $38,895.79 in principal, the amount of $285.68 as capital interests, which shall earn interests at a rate of 5% per year, and the amount of $2,332.95 of non-capital interests, which shall not earn interests for a total of $41,514.42, which shall be paid in the following manner: The amount of $2,669.00 on or before January 1, 1991, and the amount of $2,669.00 on or before January 1 of each subsequent year, except that the final payment which will become due and payable on February 22, 2019, as it appears on deed number 27, subscribed in Jayuya, Puerto Rico on even date before the undersigned Notary Public. I SO ATTEST.

In Jayuya, Puerto Rico, today February 22, 1990.

(sgd.) RUBEN HERNÁNDEZ ROSARIO
Notary Public
(SEAL)

EXHIBIT B

This mortgage guarantees, among other things, the real estate registered on page 64 of volume 93 of Jayuya, lot number 5445, which real estate through deed number 8, dated February 26, 1990, subscribe before the undersigned, is liberated for all legal purposes from this mortgage, in consideration of the total payment of $3,000.00, fully credited to this mortgage in the following manner: $2,376.24 to the principal and $623.76 to interests, and in addition, to the use of the balance $3,000.00 for the seeding of TWO CUERDAS of coffee on Lots A and B.  I SO ATTEST.

In Jayuya, Puerto Rico, today February 26, 1990.

(sgd.) FRANCISCO A. DELGADO MARTÍNEZ
Notary Public
(SEAL

ANNEX TO MORTGAGE NOTE ON BEHALF OF THE UNITED STATES OF AMERICA FOR THE PRINCIPAL AMOUNT OF $41,000.00 CONSTITUTED ON NOVEMBER 15, 1979, IN JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC SAMUEL R. PUIG MAGAZ AND THROUGH PUBLIC DEED NUMBER 258.

> "The amount of the note and the mortgage guaranteeing it re-amortized on January 14, 1993, comes up to the principal amount of $39,181.47 and $7,648.84 as accrued interests as of this date for a total outstanding of $46,830.31 to whose amount the same is re-amortized and which shall be paid in a first installment of $3,258.00 on January 1, 1994 and the subsequent yearly installments of $3,258.00 each, on January 1 of each subsequent year up to a final payment which shall become due and payable on January 1, 2019, continuing earning interests at a rate of 5% per year as it all appear on public deed number 7, subscribed in Jayuya, Puerto Rico on January 14, 1993 before Notary Public Miguel Torres Maldonado".

Jayuya, Puerto Rico, January 14, 1993

> (sgd.) MIGUEL TORRES MALDONADO
> Notary Public
> (SEAL)

ANNEX TO MORTGAGE NOTE IN THE AMOUNT OF $41,000.00 CONSTITUTED ON NOVEMBER 15, 1979 IN THE CITY OF JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC SAMUEL R. PUIG MAGAZ

> The amount of this note and the mortgage guaranteeing it re-amortized once again on October 19, 1994 comes up to the amount of $42,632.52 of principal and $7,952.96 as accrued interests as of this date for a total debt of $50,585.48, to which amount the same is re-amortized and that which shall be paid by deferred payments without debtors paying since January 1, 1995 up to January 1, 1999. Then they shall make yearly payments of $4,852.00 starting on January 1, 2000 and so on until final payment which shall be due 24 years from this modification, earning yearly interest at a 5% rate and all as it appears on public deed number 209, subscribed in Jayuya, Puerto Rico, on October 19, 1994 before Notary Public Miguel Torres Maldonado.

(sgd.) MIGUEL TORRES MALDONADO
Notary Public
(SEAL)



FmHA Instruction 1951-T
Exhibit A

# Addendum to the Promissory Note or Assumption Agreement for the Disaster Set-Aside Program

Date:  November 23, 1999                    Case Number:  ████████

Name:  Antonio Escobales Pagán

Promissory Note or Assumption Agreement:

| Fund Code | Loan No. | Date | Amount |
|---|---|---|---|
| 41 | 17 | 11-15-79 | $41,000.00 |

This addendum amends the above-described promissory note or assumption agreement to set forth the terms and conditions for set-aside of the installment described below.

Disaster Designation Number........ M3031
Date of Scheduled Installment Set-Aside....... 01-01-2000
Amount of Installment Set-Aside:.....$ 4,852.00

Any principal amount set-aside will continue to accrue interest at the same rate being charged the non-set-aside portion of the note.

This addendum does not change any of the terms or conditions of the promissory note or assumption agreement.

The undersigned borrower and any cosigners hereby agree to pay the installment being set-aside, plus any accrued interest on the principal amount set-aside, on or before the final due date of the loan, as set forth on the note or assumption agreement being amended.

If the promissory note or assumption agreement is later restructured through primary loan servicing, the addendum will automatically be considered cancelled and the amount set-aside will be included in the total debt restructured.

The undersigned borrower understands that by signing this addendum he/she is agreeing to the withdrawal of any pending request for primary and preservation loan servicing. This withdrawal does not affect the undersigned's future eligibility for primary and preservation loan servicing.

Borrower                                        Co-Borrower

(8-01-97)  FSA PN No. 10

Forma FmHA 427-1 PR
10/77

Expedí primera copia
certificada hoy día
de su otorgamiento a
petición de Antonio
Escobales Pagán y —
FmHA. DOY FE.

Notario Público



FORMA FmHA 427-1 PR

----------------------NUMERO   **DOSCIENTOS CINCUEN**
**TA Y OCHO (258)**------------------------

----------HIPOTECA VOLUNTARIA----------------

En **Jayuya, Puerto Rico, a los quince (15) de novi**
**embre de mil novecientos setenta y nueve (1979).**-
------------ ANTE MI ----------------------

------------**SAMUEL R. PUIG MAGAZ**-------------
Abogado y Notario Público de esta Isla con residencia y vecindad en

**Utuado, Puerto Rico**     y oficina en **dicha ciudad.**

---------------------COMPARECEN -----------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo.-----------------

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. -----------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento,

EXPONEN

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". --------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO.--------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avalúos (impuestos), primas de

1


Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ----------------------------------------------

CUARTO: Se sobreentiende que: ----------------------------------------

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ----------------------------

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ---------------------------------

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré.------------------------

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". -------

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ---------------------------------------------

(Seis)   Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré



Forma FmHA-427-1 PR
10/77

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total



FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ————————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.



(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ————————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.————————————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del **nueve (9)**———— por ciento ( **9** %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.————————————
(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

FORMA FmHA427-1 PR

—4—

Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ------------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. ----------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. -----------------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. -----------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos

FORMA FmHA-427-1 PR

Forma FmHA 427-1 PR
10/77

por la suma de  CUARENTA Y UN MIL DOLARES  ($41,000.00)———

————————dólares de principal más intereses sobre el balance del principal

adeudado a razón del  nueve—————————————————————————

————————(——9%——) por ciento anual, hasta tanto su principal sea

totalmente satisfecho según los términos, plazos, condiciones y estipulaciones

contenidas en dicho pagaré y según acordados y convenidos entre el

Prestatario y el Gobierno;  excepto el pago final del total de la deuda aquí

representada, de no haber sido satisfecho con anterioridad, vencerá y será

pagadero a los  cuarenta (40)——— años de la fecha de este pagaré.

——— Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido

por el Gobierno al Prestatario de conformidad con la Ley del Congreso

de los Estados Unidos de América denominada "Consolidated Farm and

Rural Development Act of 1961" o de conformidad con el "Title V of

the Housing Act of 1949", según han sido enmendadas y está sujeto a los

presentes reglamentos de la Administración de Hogares de Agricultores

y a los futuros reglamentos no inconsistentes con dicha Ley .  De cuya

descripción, yo, el Notario Autorizante, DOY FE. ————————————

UNDECIMO:  Que la propiedad objeto de la presente escritura y sobre la que

se constituye Hipoteca Voluntaria, se describe como sigue: ————————

lease, que las propiedades objeto de la presente——

escritura y sobre las que se constituye Hipoteca————

Voluntaria se describen como sigue:————————————

———FINCA "A":  RUSTICA:  Situada en el Barrio Mameyes
lugar denominado "Limón" del término municipal de ——
Jayuya, Puerto Rico, a café, quif, lease, guineos,——
y pastos, compuesta de CUATRO CUERDAS Y OCHENTA Y—
DOS CENTIAREAS, iguales a una hectárea, ochenta y——
nueve áreas y cuarenta y tres centiáreas. en LINDES
por el NORTE, con Juan Bautista y Francisca Salgado;
por el SUR, con José Batler y Joaquín Rodríguez Fran
cisco;  por el ESTE, Y OESTE, con tierras de Loreto
y Francisca Sald, lease, Salgado.——————————————

———Enclava en dicha propiedad una casa de vivienda.—

———Inscrita al folio número cien (100) del tomo ——
Ochenta y uno (81) de Jayuya, finca número· Cuatro——
cientos noventa y uno (491).————————————————————

———Adquirió la antes descrita propiedad en virtud de
compra que hiciera a Doña Cruz López Clas, Ramona——
Náter López, Eugenio Náter López, Juan Náter López,
según consta de la Escritura Número Sesenta y Cuatro
(64) otorgada en Utuado, Puerto Rico, el día veinti—
uno (21) de mayo de mil novecientos cincuenta y uno—
(1951) ante el Notario Francisco R. Flores.——————————

———FINCA "B":——————————————————————————————



Folio 102 vto
Tomo 81 Jay
Fca. Núm. 491
Inscrip. 8 ni

FORMA FmHA 427-1 PR

11

Folio 231
Tomo 87
Fca. Núm. 489
Inscrip. 8

----FINCA "B": RUSTICA:  Radicada en el Barrio----
Memeyes, lugar denominado "Limón" del término muni
cipal de Jayuya, Puerto Rico, compuesta de SIETE----
CUERDAS punto CUATROCIENTOS CINCUENTA CENTESIMAS----
DE OTRA (7.450 Cdas)  equivalentes a VEINTINUEVE---
MIL DOSCIENTOS OCHENTA Y UNO PUNTO CUATROCIENTOS---
CINCO METROS CUADRADOS  (29,281.405 M/C), a café,--
guineos y pastos.  EN LINDES:  por el NORTE,con--
Joaquín, lease, Joaquín Rodríguez Francisco; por-
el SUR, ESTE, OESTE, con tierras de la cual esta--
parcela es segregación.---

----Inscrita al REGISTRO DE LA PROPIEDAD al folio-
doscientos treinta y uno (231) vuelto del tomo --
Diez (10) de Jayuya, finca número cuatrocientos ochen
ta y nueve (489).---

----Adquirió la parte vendedora este inmueble por--
compra que hiciera a los esposos Don Rafael Bonilla
Betancourt y Doña Adanivia Salgado, en virtud de la
Escritura Número Cincuenta y Dos (52) otorgada en-
la ciudad de Utuado, Puerto Rico, el día nueve (9)
de junio de mil novecientos  setenta yocho (1978)-
ante el Notario Luis Péres Matos.----

Folio 165
Tomo 87
Fca. Núm. 5186
Inscrip. 2

----FINCA "C": RUSTICA:   Predio de terreno sita--
en el Barrio Mameyes del término municipal de ---
Jayuya, Puerto Rico, compuesta de CINCO CUERDAS--
(5.00 Cdas),  con las siguientes LINDES:  por el--
NORTE, con Manuel Rodríguez,  al SUR,  con Luis--
Torres;  por el ESTE,  con David,Rodríguez;  y al-
OESTE, con lafinca principal de la cual se segrega
propiedad de Luis A. Torres Rodríguez.----

----Inscrita en el Registro de la Propiedad al tomo-
Ochenta y siete, folio ciento sesenta y cinco----
(165) de Jayuya,  finca número  Cinco mil ciento--
ochenta y seis (5186).----



Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a--------
**Luis A. Torres Rodríguez y Blanca Delia Rivera**————

según consta de la Escritura Número **Doscientos cinco**————

**(205)**————————de fecha **quince de noviembre de**————
**mil novecientos setenta y cuatro (1974)**————————
————————————otorgada en la ciudad de **Jayuya,**————
**Puerto Rico,**————————
ante el Notario **fedante, Samuel R. Puig Magaz.**————————

Dicha propiedad se encuentra**n lib , lease, libre de**————

**de cargas y gravamenes.**————————

————————————————————————
————————————————————————
————————————————————————
————————————————————————
————————————————————————
————————————————————————

DUODECIMO: Que comparecen en la presente escritura como------

Deudores Hipotecarios **Antonio Escobales Pagán y María M.**
**Rivera, mayores de edad, casados entre sí, propieta—**
**rios y vecinos de Jayuya, Puerto Rico.**————————

cuya direccion postal es **Buzón T-Veintiseis (T-26)-**
**Jayuya, puerto Rico, zip code cero, cero, seis,-**
**seis, cuatro.**————————————

————————————————————————

DECIMO TERCERO: El importe del préstamo aquí consignado se

usó ó será usado para fines agrícolas y la construcción y/o

reparación y/o mejoras de las instalaciones físicas en la-----

finca(s) descrita(s).-------- -------------- --- ---- --- ----

DECIMO CUARTO: El prestatario ocupará personalmente y usará--

cualquier estructura que haya sido construída, mejorada o-----

comprada con el importe del préstamo aquí garantizado y no----

arrendará o usará para otros fines dicha estructura a menos que

el Gobierno lo consienta por escrito. La violación de esta---

clausula como la violación de cualquiera otro convenio o cláu-

sula aquí contenida ocasionará el vencimiento de la obligación

como si todo el término hubiese transcurrido y en aptitud el

Gobierno de declarar vencido o pagadero el préstamo y proceder

a la ejecución de la hipoteca.----------------------------- ----

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) finca(s) antes--



12

Inscrito este Documento donde indican
las notas puestas al margen de la des-
cripción de cada una de las fincas
la finca # 491 se halla sujeta a un de-
recho de usufructo a favor de Cruz Sosa,
la finca #5786 se halla afecta a
dos hipotecas por $8,000.00 y $1,500.00
a favor de los E. U. A. y las tres
fincas se halla afecta a la hipo-
teca que comprende este documento.
Utuado, a 26 de noviembre de 1979.
El Registrador - [firma]



Registrador
Certificado en
2/27/81
F. Ortiz

EXHIBIT 2A

(CERTIFIED TRANSLATION)

Presented on Entry
(Illegible 360
(Illegible): 175
Time 2:50
Utuado Regristry Nov, 21, 1979

SAMUEL R. PUIZ MAGAZ, ES.
NOTARY PUBLIC
50 DR. CUETO – TELEPHONE 894-2438
UTUADO, PUERTO RICO

Number _____ 258 ___

DEED OF

VOLUNTARY MORTGAGE

GRANTED

BY: DON ANTONIO ESCOBALES PAGÁN AND DOÑA MARÍA M. RIVERA

ON BEHALF OF: _____ FARMER'S HOME ADMINISTRATION
Goverment of the United States of America

In _____ Jayuyas, P.R. _____        _____ November 15, 1979 _____

COPY
FIRST CERTIFY

(Round Seal: Property Registry, Utuado, P.R.)

(I issued the first certified
copy, on the date of its
granting as per request by
Antonio Escobales Pagán
and    FmHA.    I   SO
ATTEST.
Notary Public,
(Round Seal)

## NUMBER **TWO HUNDRED FIFTY EIGHT (258)**

### VOLUNTARY MORTGAGE

In **Jayuya, Puerto Rico, on the fifteenth (15th) of November, nineteen seventy nine (1979).**

### BEFORE ME

### **SAMUEL R. PUIZ MAGAZ**

Attorney and Notary Public for the Island of Puerto Rico, with residence in **Utuado, Puerto Rico** and office in **this city**.

### APPEAR

The persons named in paragraph TWELFTH of this mortgage hereinafter called the "mortgagor" and whose personal circumstances appear from said paragraph.

I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their statements, which I believe to be true of their age, civil status, profession and residence.

They assure me that they are in full enjoyment of their civil rights, and the free administration of their property, and they have, in my judgment, the necessary legal capacity to grant this voluntary mortgage.

WITNESSETH:

FIRST: That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage, and of all rights and interest in the same hereinafter referred to as "the property".

SECOND: That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH herein.

THIRD: That the mortgagor has become obligated to the United States of America, acting through the Farmer Home Administration, hereinafter called the "mortgagee" in connection with a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s) hereinafter called "the note" whether one or more.  It is required by the Government that additional monthly payments of one-twelfth of the taxes, assessments, insurance premiums and other charges estimated against the property.

FOURTH: It is understood that:

(One) The note evidences a loan or loans to the mortgagor in the principal amount specified therein made with the purpose and intention that the mortgagee, at any time, may assign the note and insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One consolidating the Farmers Home Administration of Title Five of the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee it may be assigned from time to time and each holder of the insured note, in turn, will be the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgage will execute and deliver to the insured lender along with the note an insurance endorsement insuring the payment of the note fully as to principal and interest.

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee by agreement with the insured lender set forth in the insurance endorsement will be entitled to specified portion of the interest payments on the note, to be designated the "annual charge".

(Five) A condition of the insurance of payment of the note will be that the holder will forego his rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the mortgagee's request will assign the note to the mortgagee should the mortgagor violate any convenant or agreement contained  herein, in the note, or any supplementary agreement.

(Six) It is the purpose and intent of this mortgage that, among other things, at all times when the note is held by the mortgagee, or in the event the mortgagee should assign this mortgage without insurance of the note, this mortgage shall secure payment of the note; but when the note is held by an insured lender, this mortgage shall not secure payment of the note or attach to the debt evidenced thereby, but as to the note and such debt shall constitute an indemnity mortgage to secure the mortgagee against loss under its insurance endorsement by reason of any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) at all times when the note is held by the mortgagee, or in the event the mortgagee should assign this mortgage without insurance of the payment of the note, in guarantee of the amount of the note as

specified in subparagraph (one) of paragraph NINTH hereof, with interest at the rate stipulated, and to secure prompt payment of the note and any renewals and extensions thereof and any agreements contained therein, (b) at all time when the note is held by an insured lender, in guarantee of the amounts specified in subparagraph 9Two of paragraph NINTH  hereof for securing the performance of the mortgagor's agreement herein to indemnify and save harmless the mortgagee against loss under its insurance endorsements by reason of any default by the mortgagor, ands (c) in any event and at all times whatsoever, in guarantee of the additional amounts specified in subparagraph (Three) of paragraph NINTH hereof, and to secure the performance of every convenant and agreement of the mortgagor contained herein or in any supplementary agreement, the mortgagor hereby constitutes a voluntary mortgage in favor of the mortgagee on the property described in paragraph ELEVENTH hereof, together with all rights, interests easements, hereditaments and appurtenances thereto belonging, the rents, issues and profits thereof and revenues and income therefrom, all improvements ands personal property now or later attached thereto or reasonably necessary to the use thereof, all water, water rights and shares in the same pertaining to the farms and all payments at any time owing to the mortgagor by virtue of any sale, lease, transfer conveyance or total or partial condemnation of or injury to any part thereof or interest therein, it being understood that this lien will continue in full force and effect until all amounts as specified in the paragraph NINTH hereof, with interest before and after maturity until paid, have been paid in full.  In case of foreclosure, the property will be answerable for the payment of the principal, interest thereon before and after maturity until paid, losses sustained by the mortgagee as insurer of the note, taxes, insurance premiums, and

other disbursements and advances by the mortgagee for the mortgagor's account with interest until repaid to the mortgagee, costs, expenses and attorney's fee of the mortgagee all extensions and renewals of any of said obligations, with interest on all and all other charges and additional amounts as specified in paragraph NINTH hereof.

SIXTH: That the mortgagor specifically agrees as follows:

(One) To pay promptly when due any indebtedness to the mortgage hereby secured and to indemnify and save harmless the mortgagee against any loss under its insurance of payment of the note by reason of any default by the mortgagor.  At all times when the note is held by an insured lender, the mortgagor shall continue to make payments on the note to the mortgagee, as collection agent for the holder.

(Two) To pay to the Mortgagee any initial fees for inspection and appraisal and any delinquency charges, now or hereafter required by regulations of the Farmer's Home Administration.

(Three) At all times when the note is held by an insured lender, any amount due and unpaid under the terms of the note, less the amount of the annual charge, may be paid by the mortgagee to the holder of the note to the extent provided in the insurance endorsement referred to in paragraph FOURTH hereof for the account of the mortgagor. Any amount due and unpaid under the terms of the note, whether it is held by the mortgagee or by an insured lender, may be credited by the mortgagee on the note and thereupon shall constitute an advance by the mortgagee for the account of the mortgagor. Any advance by the mortgagee as described in this subparagraph shall bear interest at the rate of **nine** percent (**9**%) per annum from the date on which the amount of the advance was due to the date of payment to the mortgagee.

(Four) Whether or not the note is insured by the mortgagee, any and all amount advanced by the mortgagee for property insurance premiums, repairs, liens and other claims, for the protection of the mortgaged property, or for taxes or assessments or other similar charges by reason of the mortgagor's failure to pay the same, shall bear interest at the rate stated in the next preceding subparagraph from the date of the advance until repaid to the mortgagee.

(Five) All advances made by mortgagee as described in this mortgage, with interest shall be immediately due and payable by the mortgagor to mortgagee without demand at the place designated in the note and shall be guaranteed hereby.  No such advance by mortgagee shall relieve the mortgagor from breach of his covenant to pay.  Such advances, with interest shall be repaid form the first available collections received from mortgagor. Otherwise, any payments made by mortgagor may be applied on the note or any indebtedness to mortgagee secured hereby, in any other mortgagee determines.

(Six) To use the loan evidenced by the note solely for purposes authorized by mortgagee.

(Seven) To pay when due all taxes, special assessments, liens and charges encumbering the property or the right or interest of mortgagee under the terms of this mortgage.

(Eight) To procure and maintain insurance against fire and other hazards are required by mortgagee on all existing buildings and improvements on the property and on any buildings and improvements put there on the future. The insurance against fire and other hazards will be in the form ands amount on terms and conditions approved by mortgagee.

(Nine) To keep the property in good condition and promptly make all necessary repairs for the conservation of the property; he will not commit nor permit to be committed any deterioration of the property; he will not remove nor demolish any building or improvement on the property; nor will he cut or remove wood from the farm nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without the consent of mortgagee, and will promptly carry out the repairs on the property that the mortgagee may request from time to time. Mortgagor shall comply with such farm conservation practices and farm and home management plans as mortgagee from time to time may prescribe.

(Ten) If this mortgage is given for a loan to a farm owner as identified in the regulations of the Farmers Home Administration, mortgagor will personally operate the property with his own and his family labor as a farm and for no other purpose and will not lease the farm or any part of it unless mortgagee agrees in writing to any other method of operation or lease.

(Eleven) To submit in the form and manner mortgagee may require information as to his income and expenses and any other information in regard to the operation of the property, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, its agent's and attorneys, shall have the right at all reasonable times to inspect and examine the property for the purpose of ascertaining whether or not the security given is being lessened or impaired, and if such inspection or examination shall disclosure, in the judgment of mortgagee, that the security given is

being lessened or impaired, such condition shall be deemed a breach by the mortgagor of the convenants of this mortgage.

(Thirteen) If any other person interferes with or contests the right of possession of the mortgagor to the property, the mortgagor will immediately notify mortgagee of such action, and mortgagee at its option may institute the necessary proceedings in defense of its interest, an any costs or expenditures incurred by mortgagee by said proceedings will be charged to the mortgage debt and considered by this mortgage within the additional credit of the mortgage clause for advances, expenditures and other payments.

(Fourteen) If the mortgagor at any time while this mortgage remains in effect should abandon the property or voluntarily deliver it mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to rent and administer the same and collect the rents, benefits, and income from the same and apply them first to the costs of collection and administration and secondly to the payment of the debt evidenced by the note or any indebtedness to mortgagee hereby guaranteed, in what ever order and manner mortgagee may determine.

(Fifteen) At any time that mortgagee determinates that mortgagor may be able to obtain a loan from a credit association for production a Federal Bank or other responsible source, cooperative or private, at a rate of interest and reasonable periods of time and purposes, mortgagor, at mortgagee's request will apply for and accept said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Sixteen) Should default occur in the performance or discharge if any obligation secured by this mortgage, or should mortgagor, or any one of the persons herein called mortgagor, default in the payment of any amounts or violate or fail to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or die or be declared an incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of creditors, or should the property or any part thereof or interest therein be assigned, sold, leased, transferred, conveyed, or encumbered voluntarily or otherwise, without the written consent of mortgagee, mortgagee is irrevocably authorized and empowered, at its option, and without notice: (One) to declare all amounts unpaid under the note, and any indebtedness to the mortgagee secured hereby, immediately due and payable and to foreclose this mortgage in accordance with law and the provisions hereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses and obligations that mortgagor did not pay as agreed in this mortgage, including taxes, assessments, insurance premium, and any other expenses or costs for protection and preservation of the property and this mortgage, or for compliance with any of provisions of this mortgage; and (Three) request the protection of the law.

(Seventeen) Mortgagor will pay, or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage and of the note and of any supplementary agreement, including the costs of survey, evidence of title, court costs, recordation fee and attorney's fees.

(Eighteen) Without in any manner affecting the right of the mortgagee to require and enforce performance at a subsequent date of the same, similar or other covenant,

agreement obligation herein set forth, and without affecting the liability of any person for payment of the note or any indebtedness secured hereby, and without affections the lien created upon said property or the priority of said lien, the mortgagee is hereby authorized and empowered at any time (one) waive the performance of any covenant or obligation contained herein or in the note or any supplementary agreement; (two) deal in any way with mortgagor or grant to mortgagor any indulgence or forbearance or extension of the time for payment of the note (with the consent of the holder of the note when it is held by an insured lender) or for payment of any indebtedness to mortgagee hereby secured; or (three) execute and deliver partial releases of any part of said property from the lien hereby created or grant deferment or postponement of this mortgage to any other lien over said property.

(Nineteen) All right, title and interest in or to this mortgage, including but not limited to the power to grant consents, partial releases, subordination's, and satisfaction, shall be vested solely and exclusively in mortgagee, and no insured lender shall have any right, title or interest in or to the lien or any benefits herein contained.

(Twenty) Default hereunder shall constitute default under any other real estate or crop or chattel mortgage held or insured by mortgagee and executed or assumed by mortgagor, and default under any such other security instrument shall constitute default hereunder.

(Twenty-One) All notices to be given under this mortgage shall be sent by certified mail unless otherwise required by law, and shall be addressed until some other address is designated in a notice so given, in the case of mortgagee to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico, an in

the case of mortgagor to him at the post office address of his residence as stated hereinafter.

(Twenty-Two) Mortgagor by these presents grants to mortgagee the amount of any judgment obtained by reason of condemnation proceedings for public use of the property or any part thereof as well as the amount of any judgment for damages caused to the property. The mortgagee will apply the amount so received to the payment of costs incurred in its collection and the balance to the payment of the note and any indebtedness to the mortgagee secured by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first sale to be held in case of foreclosure of this mortgage, in conformity with the mortgage law, as, amended, mortgagor does hereby appraise the mortgaged property in the amount of **FORTY ONE THOUSAND DOLLARS ($41,000.00)**

EIGHTH:  Mortgagor hereby waives the requirement of law and agrees to be considered in default without the necessity of any notification of default or demand for payment on the part of mortgagee. This mortgage is subject to the rules an regulations of the Farmers Home Administration now in effect, and to its future regulations not inconsistent with provisions of this mortgage, as well as to the laws of the Congress of the United States of America authorizing the making and insuring of the loan herein before mentioned.

NINTH: The amounts guaranteed by this mortgage are as follows:

One.  At all times when the note mentioned in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without Insurance

of the note, **FORTY ONE THOUSAND** DOLLARS (**$41,000.00**). The principal amount of said note, together with interest as stipulated therein at the rate of **<u>nine</u>** percent (**9%**) per annum;

Two.  At all times when said note is held by an insured lender:

(A)     **FORTY ONE THOUSAND DOLLARS ($41,000.00)** for indemnifying the mortgagee for advances to the insured lender by reason of mortgagor's failure to pay the installments as specified in the note, with interest as stated in paragraph SIXTH, Three;

(B)     **SIXTY ONE THOUSAND FIVE HUNDRED DOLLARS ($61,500.00)** for indemnifying the mortgagee further against any loss it might sustain under its insurance of payment of the note;

Three.  In any event and at all times whatsoever:

(A)     **SIXTEEN THOUSAND FOUR HUNDRED DOLLARS ($15,400.00)** default interests;

(B)     **EIGHT THOUSAND TWO HUNDRED DOLLARS ($8,200.00)** for taxes, insurance and other advances for the preservation and protection of this mortgage, with interest at the rate stated in paragraph

SIXTH, Three;

(C)     **FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00)** for cost, expenses and attorney's fees in case of foreclosure:

(D)     **THOUSAND ONE HUNDRED DOLLARS ($4,100.00)** for costs and expenditures incurred by the mortgagee in proceedings to defend its interests against any other

person interfering with or contesting the right of possession of mortgagor to the property as provided in paragraph (SIXTH, Thirteen.

TENTH: That the note(s) referred to in paragraph THIRD of this mortgage is (are) described as follows:

"Promissory note executed in case number **sixty three dash thirty five, eight, two, seven, four, two, three, one, three (63-30-582742313)** dated the **fifteenth (15)** day of **November,** nineteen hundred and **seventy nine (1979** in the amount of **FOUR THOUSAND ONE HUNDRED DOLLARS ($4,100.00)** of principal plus interest over the unpaid balance at the rate of **nine (9%)** percent per annum, until the principal is totally paid according to the terms, installments, conditions and stipulation contained in the promissory not and as agreed between the borrower and the Government, except that the final installment of the entire debt herein evidenced, if not sooner paid will be due and payable **forty (40)** years from the date of this promissory note. Said promissory note is given as evidence of a loan made by the Government to the borrower pursuant to the law of the Congress of the United States of America know as "Consolidated Farm and Rural Development Act of 1961or pursuant to "Title V of the Housing Act of 1949, as amended, and is subject to present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provision thereof. Of which description I, the authorizing Notary, SO ATTEST.

ELEVENTH: That the property object of this deed and over which voluntary mortgage is constituted, is described as follows:

> LOT "A":   RURAL: Located at Barrio Mameyes, place denominated LIMON of the municipality of Jayuya, Puerto Rico, devoted to coffee, bananas and pasture; composed of Four Cuerdas And Eighty Two Hundred; equal to one

hectare, eighty nine areas and forty three hundred area.  In boundaries:  by the NORTH, with Juan Bautista and Francisca Salgado; by the SOUTH, with José Batler and Joaquín Rodríguez Francisco; by the EAST, and WEST with lands of Loreto and Francisca Salgado.

On this lot of land there is a household residence".

Registered at Page one hundred (100), of Volume eighty one (81) of Jayuya, Lot Number Four Hundred Ninety One (491).

The above described property was acquired by purchase made from Doña Cruz López Clas, Ramona Nater López, Eugenio Nater López, Juan Náter López, as it appears on Deed Number 64, subscribed in Utuado, Puerto Rico, on May 22, 1951, before Notary Public Francisco R. Flores.

LOT "B"

LOT "B"  RURAL:  Located at Barrio Mameyes, place denominated Limon, of the municipality of Jayuya, Puerto Rico, comprised by Seven Acres Point Five Hundred, equivalent to Twenty Nine Thousand Two Hundred Eighty One Point Four Hundred Five Square Meters; devoted to coffee, bananas and pasture. In boundaries by the NORTH, with Joaquín Rodriguez Francisco; by the SOUTH, EAST and WEST by the land from which this parcel is segregated."

Registered at Property Registry, at Page Two hundred Thirty One (231) of Volume ten (10) of Jayuya, lot Number Four Hundred Eighty Nine (489).

Sellers acquired this real estate through purchase from spouses Don Rafael Bonilla Betancourt and Doña Adanivia Salgado, pursuant to Deed Number Fifty-two (52) subscribed in the city of Utuado, Puerto Rico, on June 9, 1978, before Notary Public Luis Pérez Matos.

Lot "C":  RURAL C: Located at Barrio Mameyes, of the municipality of Jayuya, Puerto Rico, comprised by FIVE ACRES; with the following boundaries: By the NORTH, with Manuel Rodriguez; by the SOUTH with Luis Torres; by the EAST with David Rodriguez and by the WEST, with the

principal lot from which the property of Luis A. Torres Rodriguez is segregated.

Registered on the Property Registry of volume eighty seven (87), page One hundred Sixty five (165) of Jayuya, Lot number Five thousand One hundred eighty six (5, 186).

Borrower acquired the described property from **Luis A. Torres Rodríguez and Blanca Delia Rivera** pursuant to Deed Number **two hundred five (205)** dated **November fifteen, nineteen seventy four (1974)** executed in the city of **Jayuya, Puerto Rico** before the undersign Notary Public **Samuel R. Puig Magaz.**

Said property is **free, lease, free of liens and encumbered.**

TWELFTH: The parties appearing in the present deed as

Mortgagors are **Antonio Escobales Pagán and María M. Rivera, of legal age, married to each other, owners and resident of Jayuya, Puerto Rico** whose postal address is: **Box T-26, Jayuya, Puerto Rico, zip code zero, zero, six, six, four.**

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used for agricultural purposes and the construction and/or repair or improvement of the physical installations on the described farm(s).

FOURTEENTH: The borrower will personally occupy and use any structure constructed, improved or purchased with the proceeds of the loan herein guaranteed and shall not lease or use for other purposes said structure unless the Government so consents in writing. Violation of this clause as well as violation of any other agreement or clause herein contained will cause the debt to become due as if the whole term had elapsed

and the Government at its option may declare due and payable the loan and proceed to the foreclosure of the mortgage.

FIFTEENTH: This mortgage expressly extends to all construction or building existing on the farm(s) herein before described and all improvement, construction or building constructed on said farm(s) while the mortgage loan constituted in favor of the Government is in effect, made by the present owners or by their assignees or successors.

SIXTEENTH: The mortgagor by these presents hereby waives jointly and severally for himself and on behalf of his heirs, assignees, successors or representatives, in favor of mortgagee (Farmers Home Administration) any Homestead right (Homestead) that presently or in the future may be constructed; this waiver being permitted in favor of the Farmers Home Administration by Law Number Thirteen (13) of the twenty-eight of May, nineteen hundred sixty-nine (1969) (31 L.P.R.A. 1851).

SEVENTEENTH: Mortgagee and mortgagor agree that any stove, oven, water heater, purchased or financed completely or partially with funds of the loan herein guaranteed, will be considered and understood to form part of the property encumbered by this Mortgage.

EIGHTEENTH:  The structure, the amount of the loan shall be used for the purchase of the properties aforementioned described in paragraph ELEVENTH of this deed under letters "A" and "B".

NINETEENTH: That appearing parties also state in this deed since the loan is for agricultural purposes they have agreed not to distribute the responsibility between the lots-encumbered and therefore all will respond jointly and severally of the debt,

principal, interest cost and other credits guaranteed by this deed; all of it pursuant to Article One Hundred Nineteen of the new Mortgage Act; as amended by Act Number Seventy Nine of June twenty five of nineteen hundred sixty nine.

TWENTIETH: This instrument guarantees the rescue or recoup of any credit for interest or subsidy that can be granted to the loaners by the Government according to Title Forty Two of the United States Code, Section One Thousand Four Hundred Ninety –A (42U.S.C. 1490-A).

TWENTY FIRST: Any improvements, construction or edification during the aforementioned duration must be constructed with prior authorization in writing of the mortgage creditor, according to the present regulations and future ones enacted by federal and local law not inconsistent or incompatible with present law governing these type of loans.

<center>ACCEPTANCE AND CLOSING</center>

SUCH IS THE DEED that the appearing parties accept finding it drafted to their entire satisfaction and according to their instructions preceding I the Notary Public, to make the pertinent legal warnings.

HAVING READ the present deed to the appearing parties after having advised them of their right to read it by themselves, and to have witnesses, which they waived, stating being well informed of their contents and they ratify the same, signing it at the bottom of this deed and stamping their initials on each page, as well as all the rest I refer to or assure of this document, I the Notary Public SO ATTEST.

SIGNED: ANTONIO ESCOBALES PAGAN AND MARIA M. RIVERA

(Seal illegible)

Handwritten note reads:

"Registered this document where it is indicated at the margin of the description of each one of the lot #491 encumbered by usufruct on behalf of Cruz Lopez lot # Illegible encumbered by a mortgage of $8,000.00 and $1,500.00 on behalf of the United States of America and the three lots are affected by the mortgage that is comprised in this document. Utuado, at November 26, 1979.

(Signed by the Registrar) 2/27/81



EXHIBIT 3

-------ESCRITURA NUMERO DOSCIENTOS NUEVE------------

----- REAMORTIZACION Y MODIFICACION DE HIPOTECA------

--En la Ciudad de Jayuya, Puerto Rico, a los diez y

nueve días de el mes de octubre de mil novecientos--

noventa y cuatro.---------------------------------------

----------------------ANTE MI---------------------

MIGUEL TORRES MALDONADO, Abogado y Notario Público-

de Puerto Rico, con residencia, vecindad y estudio-

abierto en esta Ciudad de Utuado, Puerto Rico------

--------------------- COMPARECEN --------------------

DE LA PRIMERA PARTE:-Los esposos ANTONIO ESCOBALES-

PAGAN Y MARIA MAGDALENA RIVERA CASTELLANO, mayores-

de edad, agricultor él, ama de casa ella y vecinos-

de Jayuya, Puerto Rico, Seguro Social números------

███████████ y ████████████----------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

DE LA SEGUNDA PARTE:-LOS ESTADOS UNIDOS DE AMEIRCA,

actuando por conducto y a través de la Administra--

ción de Hogares de Agricultores, a tenor con las---

disposiciones de las Leyes del Congreso tituladas--

"Consolidated Farmers Home Administration Act of---

1961" y/o Ley de Hogares de 1949, según ha sido----

enmendadas, con oficinas principales en Washington,

Distrito de Columbia, Estados Unidos de América,---

representado en este acto por  don FELIPE ORTIZ,---

mayor de edad, casado, empleado y vecino de Jayuya,

Puerto Rico, Seguro Social número ███████████ en--

su carácter de Supervisor Local de la Administra---

ción de Hogares de Agricultores, Oficina de Jayuya,

cuyas facultades para este acto constan de la dele--
gacion de poder conferida por el Administrador de---
la Administración de Hogares de Agricultores, y-----
cuyas facultades constan debidamente acreditadas en-
el Registro de la Propiedad.------------------------
------------------------DOY FE----------------------
Del conocimiento personal de los comparecientes y --
por sus dichos con relación a su edad, estado-------
civil, profesión y vecindad.  Asegura tener y a mi--
juicio tienen la capacidad legal necesaria para-----
este otorgamiento y en tal virtud, libremente-------
------------------------EXPONEN---------------------
PRIMERO:-Que los comparecientes de la primera parte-
son dueños en pleno dominio de las siguientes-------
propiedades:----------------------------------------
"A" RUSTICA:-Situada en el Barrio Mameyes, lugar----
denominado Limón, del término municipal de Jayuya,-
Puerto Rico, dedicada a café, guineos y pastos, com-
puesta de CUATRO CUERDAS Y OCHENTA Y DOS CENTIAREAS-
IGUALES a una hectárea, ochenta y nueve áreas y cua-
renta y tres centiáreas.  En LINDES:-por el Norte,--
con Juan Bautista  y Francisca Salgado; por el Sur,-
con José Batler y Joaquín Rodríguez Francisco; por--
el Este y Oeste, con tierras de Loreto y Francisca--
Salgado".-------------------------------------------
--Inscrita al folio cien (100) del tomo ochenta y---
uno (81) de Jayuya, finca número cuatrocientos -----
noventa y uno (491).--------------------------------
--Enclava en dicha propiedad una casa de vivienda.--
"B" RUSTICA:-Radicada en el Barrio Mameyes, lugar---
denominado Limón, del término municipal de Jayuya,--
Puerto Rico, compuesta de SIETE CUERDAS PUNTO CUA---
TROCIENTOS CINCUENTA CENTESIMAS DE OTRA, equivalen--
tes a VEINTINUEVE MIL DOSCIENTOS OCHENTA Y UNO------
PUNTO CUATROCIENTOS CINCO METROS CUADRADOS, dedicado
a café, guineos y pastos.  En LINDES:-por el Norte,-
con Joaquín Rodríguez Francisco; por el Sur, Este y-
Oeste, con tierras de la cual esta parcela es segre-
gación".--------------------------------------------
--Inscrita al folio doscientos treinta y nueve (239)-
del tomo diez (10) de Jayuya, finca número cuatro---
cientos ochenta y nueve (489).----------------------
SEGUNDO:-Adquirieron los comparecientes de la prime-
ra parte las propiedades antes descritas mediante---
la escritura pública número doscientos cincuenta y--

folio — 234 vto.
tomo — 119 Jayuya
insc. — 237
finca — 491

folio — 230
tomo — 119 Jayuya
insc. — 22 da
finca — 489

siete (257) otorgada en Jayuya, Puerto Rico el día-
quince de noviembre de mil novecientos setenta y nue
ve ante el Notario Público Samuel R. Puig Magaz.----
TERCERO:-Las antes descritas propiedades se hallan--
afectas a la siguiente hipoteca:--------------------
1) Hipoteca en garantía de pagará a favor de los----
Estados Unidos de América por la suma principal de---
Cuarenta y Un Mil Dólares ($41,000.00) constituído--
el día quince de noviembre de mil novecientos seten-
ta y nueve en la Ciudad de Jayuya, Puerto Rico y----
mediante la escritura ppublica número doscientos----
cincuenta y ocho (258) suscrita ante el Notario-----
Samuel R. Puig Magaz, con vencimiento en cuarenta---
(40) años de su otorgamiento y devengando intereses-
a razón del nueve por ciento (9%) anual.------------
--Esta hipoteca había sido modificada el día diez y-
nueve de septiembre de mil novecientos ochenta y----
cinco mediante la escritura pública número veinti---
siete (27) otorgada en Jayuya, Puerto Rico ante el--
Notario Público Rubén Hernández Rosario. Posterior-
mente esta hipoteca fue nuevamente reamortizada el--
día catorce de enero de mil novecientos noventa y---
tres a la suma de Cuarenta y Seis Mil Ochocientos---
Treinta Dólares con Treinta y Un  Centavos ---------
($46,830.31) intereses al cinco y un cuarto por-----
ciento anual (5.25%) y su fecha de vencimiento al---
día diez y nueve de septiembre de  mil novecientos--
ochenta y cinco, mediante la escritura pública núme-
ro siete (7) otorgada en Jayuya, Puerto Rico el día-
catorce de enero de mil novecientos noventa y tres--
ante el Notario Público Miguel Torres Maldoando.-----
CUATRO:-Que la Administración de Hogares de Agricul--
tores representado por el compareciente de la segunda
pate y los comparecientes de la primera parte han---
acordado MODIFICAR nuevamente la hipoteca constituída-
sobre las propeiddes relacionadas anteriormente y----

las subsiguientes reamotizaciones de la siguiente---

forma:----------------------------------------------

--1) Se reamortiza esta hipoteca a los efectos de---

que el principal de la misma sea la suma de Cincuenta

Mil Quinientos Ochenta y Cinco Dólares con Cuarenta-

y Ocho Centavos ($50,585.48) en vez de Cuarenta y---

Seis Mil Ochocientos Treinta Dólares con Treinta y--

Un Centavos ($46,830.31) como fue últimamente reamor

tizada.---------------------------------------------

--b) Se modifica esta hipoteca para que la suma de--

Cincuenta Mil Quinientos Ochenta y Cinco Dólares----

con Cuarenta y Ocho Centavos ($50,585.48) sea la----

nueva tasación de esta propiedad a los fines de la--

primera subasta que deba celebrarse en caso de ejecu

ción.-----------------------------------------------

--c) Se modifica esta hipoteca para que la misma sea

satisfecha mediante los siguientes pagos diferidos:--

--1) Los deudores no efectuarán pago alguno desde---

el día primero de enero de mil novecientos noventa y

cinco hasta el día primero de enero del año mil nove-

cientos noventa y nueve. Luego efectuarán pagos----

anuales de Cuatro Mil Ochocientos Cincuenta y Dos---

Dólares ($4,852.00) comenzando el día primero de---

enero del año dos mil y así sucesivamente hasta el--

pago final que vencerá a los veinticuatro años de---

esta modificación.----------------------------------

QUINTO:-En este acto el compareciente de la segunda-

parte me muestra a mí el Notario el pagaré original-

a que se ha hecho referencia y una vez identificado-

por mí el Notario procedo a anexarle adherido al----

mismo una nota que lee como sigue:------------------

--"El importe de este pagaré y la hipoteca que lo----

garantiza reamortizado nuevamente el día diez y nue-

ve de octubre de mil novecientos noventa y cuatro,--

asciende a la suma de Cuarenta y Dos Mil Seiscientos

no han sido cambiadas o modificadas en este acto,---
quedarán válidas y subsistentes.---------------------
NOVENO:-Las partes solicitan del Registro de la Pro-
piedad que se sirva inscribir en su día esta reamor-
tización y modificación de hipoteca.-----------------
--Los comparecientes aceptan esta escritura en la---
forma redactada por hallarla conforme a lo convenido.
--Les hice las advertencias de Ley pertinentes al---
otorgamiento y previa lectura que de la misma hice--
a los comparecientes en alta voz, la encontraron----
conforme y en su contenido se ratifican firmándola-
ante mí todos, excepto don Antonio Escobales Pagán,-
quien alega no saber firmar y procede a estampar las
huellas digitales de ambos dedos pulgares en todos--
los folios de esta escritura y a sus ruegos y como-
testigo firma doña Brunilda Jaume Torres,-----------
quien es mayor de edad, soltera por divorcio,-------
empelada y vecino de  Jayuya, Puerto Rico,----------
Seguro Social número ██████████- quien estampa----
sus iniciales en todos los folios de esta escritura,-
de todo lo cual y de cuanto contiene este instrumen-
to público, Yo, El Notario, DOY FÉ.-----------------

FIRMADO:- ANTONIO ESCOBALES PAGAN.---------------------
FIRMADO:-MARIA MAGDALENA RIVERA CASTELLANO.----------
FIRMADO:-FELIPE ORTIZ.-------------------------------
FIRMADO:- BRUNILDA JAUME TORRES.---------------------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO, MIGUEL TORRES
MALDONDO,  NOTARIO PUBLICO.--------------------------

--Cancelados en el original y en la copia certificada
de esta escritura el correspondiente sello del---
Impuesto Notarial del Colegio de Abogados de Puerto-
Rico.------------------------------------------------

--Estampadas en todos y cada uno de los folios del---
original las iniciales del (los) otorgantes y la-----
rúbrica del Notario.---------------------------------

--CERTIFICO:-Que la que precede es primera copia cer-
tificada de su original que bajo el número 209 obra--
en mi protocolo de instrumentos públicos al cual me--
remito y para entregar a Farmers Home Administration-
expido la presente en  Jayuya, Puerto Rico,  hoy día-
de su otorgamiento.  Esta escritura consta de  06----
folios.

NOTARIO PUBLICO

Presenta allí dnde se indica al
margen de cada una de las des-
cripciones de las fincas. Efectos
a hipotecas en garantía de pagaré
a favor de Estados Unidos de América por las sumas de
$41,000; $5,000; $7,000; y $3,000 las
cuales han sido modificadas. Titulado, a 8 de
noviembre de 1994.

Exenta

Dra. M. de Figueroa
Registradora

1-26-95

EXHIBIT 3A

CERTIFIED TRANSLATION

# MIGUEL TORRES MALDONADO
# ATTORNEY - NOTARY PUBLIC

Doctor Cueto #87

**Utuado, Puerto Rico**

Telephone 894-3100

Presented 270
Diary 265
Time 1:35
Date Nov 3, 94
Utuado Registry

NUM   209
## DEED OF REAMORTIZATION OF MORTGAGE LOANS AND
## MORTGAGE MODIFICATION

Granted by

DON ANTONIO ESCOBALES PAGAN AND HIS WIFE
DONA MARIA MAGDALENA RIVERA CASTELLANOS

On Behalf of

_____

In Jayuya Puerto Rico, on 19 th of October of 1994

(Handwritten at he bottom "4.82 acres #491, 7.450 acres #489")

**Copy**

## DEED NUMBER TWO HUNDRED NINE

## REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

---In the city of Jayuya, Puerto Rico, on the nineteenth day of October of nineteen

hundred ninety three. ------------------------------------------------------------------------

### ---BEFORE ME---

---MIGUEL TORRES MALDONADO, Attorney and Notary Public of Puerto Rico with

residence, domicile and offices in the city of Utuado, Puerto Rico.

### ---APPEARING—

---ON THE FIRST PART:  ANTONIO ESCOBALES PAGAN, and his wife, MARIA

MAGDALENA RIVERA, of legal age, he a farmer, she a housewife and domiciled in

Jayuya, Puerto Rico, Social Security number ████████ and ████████

---AS PARTY OF THE SECOND SIDE:  UNITED STATES OF AMERICA, acting

through Farmer's Home Administration according to Congress Act titled Consolidated

Farmer's Home --Administration Act of 1961 or Home Law of 1949, as amended, with

principal offices in Washington, District of Columbia, United States of America,

represented in this act by DON FELIPE ORTIZ, of legal age, married, employee and

domiciled in Jayuya, Puerto Rico, Social Security Number ████████ in his character

of Local Supervisor of  Farmer's Home Administration, Jayuya Office, whose faculties

are duly delegated and conferred by the Administrator of the Farmers Home

Administration and whose faculties are  duly credited in the Property Registry. ------------

### ATTEST

Of knowing personally the appearing parties and form their statements, which I judge to

be true, also of their age, status, occupation and domicile; they assure me that they

have and to my knowledge they do, the legal capacity necessary for the present

granting and in virtue thereof they freely: -----------------------------------------------

  ------------------------------------------STATE------------------------------------------------

---FIRST:   That the appearing first party, are the fee simple owners of the following real

estate properties: ----------------------------------------------------------------------------------

>    ----"RURAL   A:   Located   at   Barrio   Mameyes,   place
>    denominated LIMON. Of the municipality of Jayuya, Puerto
>    Rico dedicated to coffee, bananas and pasture; comprised
>    by  FOUR  AREAS  AND  EIGHTY  TWO  HUNDREDTHS;
>    equal to one hectare, eighty-nine areas and forty-hundredths
>    area.  In boundaries: by the NORTH, with Juan Bautista and
>    Francisca Salgado; by the SOUTH, with José Batler and
>    Joaquín Rodríguez Francisco; by the EAST, and WEST with
>    lands of Loreto and Francisca Salgado." ----------------------

--Registered on Page One Hundred (100), of Volume Eighty One (81) of Jayuya, Lot

Number Four Hundred Ninety One (491). -------------------------------------------------------

---On this lot of land there is a household residence. --------------------------------------------

(Handwritten at margin; " page 234 back, volume 119 of Jayuya, 23TH registration, lot ---

# 491") -----------------------------------------------------------------------------------------------

---On said property there is a house now being used for housing.

>    ----"RURAL   B:   Located   at   Barrio   Mameyes,   place
>    denominated Limon, of the municipality of Jayuya, Puerto
>    Rico,  comprised  by  SEVEN  CUERDAS  POINT  FIVE

HUNDREDTHS, equivalent to TWENTY NINE THOUSAND TWO HUNDRED EIGHTY ONE POINT FOUR HUNDRED FIVE SQUARE METERS; devoted to coffee, bananas and pasture. In boundaries by the NORTH, with Joaquin Rodriguez Francisco; by the SOUTH, EAST and WEST by the land from which this parcel is segregated." --------------------

---Registered at Page Two hundred Thirty Nine (239) of Volume ten (10) of Jayuya, lot Number Four Hundred Eighty Nine (489). --------------------------------------------------------

(Handwritten at margin; "page 230, tome 119 of Jayuya, 22th registration, lot # 489")

SECOND:  The first party acquired the property through public deed number two hundred fifty seven (257) dated November fifteen, nineteen hundred seventy nine, granted in Jayuya, Puerto Rico before Notary Public Samuel R. Puig Magaz. --------------

THIRD: The properties aforementioned are encumbered by the following mortgages:

1) Mortgage in guarantee of promissory note on behalf of the United States of America, acting through the Farmer's Home Administration, for the principal amount of Forty one thousand dollars ($41,000.00), constituted the fifteenth of November of nineteen hundred seventy nine in the city of Jayuya and through public deed number two hundred fifty eight (258) constituted before notary public Samuel R. Puig Magaz, with due date forty years (40) after it was granted and earning interest a rate of nine percent (9%) yearly.--------------------------------------------------------------------------------

-- This mortgage had been modified the nineteenth of September of nineteen hundred eighty five through public deed number twenty seven (27) subscribed in Jayuya, Puerto Rico before Notary Public Ruben Hernandez Rosario.  Later on it was again re-

amortized the fourteenth of January of nineteen hundred ninety three, to the amount of

Forty Six Thousand Eight Hundred Thirty Dollars and Thirty One Cents ($46, 830.31)

interests at five and a quarter (5.25%) and its due date at the nineteenth of September

of nineteen hundred eighty five, through public deed number seven (7) subscribed in

Jayuya, Puerto Rico the fourteenth of January of nineteen hundred ninety three before

Notary Public Miguel Torres Maldonado. -------------------------------------------------------

FOURTH: that the Farmers Home Administration represented by the appearing Second

Party and the First Party have agreed to MODIFY again the mortgage over the

properties aforementioned and subsequent re-amortizations of the following manner: ---

--a) The Mortgage is re-amortized to the effects that the principal be Fifty Thousand

Fifty Hundred Eighty Five Dollars and Forty Eight  Cents ($50,585.48) instead of Forty

Six  Thousand Eight  Hundred Thirty  Dollars and Thirty  One Cents ($46,830.31) as it

was lately re-amortized.

--b) This mortgage is modified so that the sum of Fifty Thousand Fifty Hundred Eighty

Five Dollars and Forty Eight  Cents ($50,585.48) be the new appraisal of the property

for the purpose of the first auction in case of foreclosure.----------------------------

--c) This mortgage is modified so it can be repaid in the following payments :--------------

--1) The debtors shall not make any payments from the First of January of nineteen

hundred ninety five until January first of nineteen hundred ninety nine.  Later they will

make annual payments of Four Thousand Eight Hundred Fifty Two Dollars ($4,852.00)

starting the first of January of the year two thousand and so on successively until the

final payment that will be due twenty four years after this modification. ----------------------

FIFTH: In this act the appearing second party showed me the Notary Public the original promissory note to which I made reference and once identified by me the Notary Public, I proceeded to inscribed on it the following note: ------------------------------------------------------ --"The amount of this promissory note and the mortgage that guarantees it re-amortized again on October nineteenth nineteen hundred ninety four, amounts to Forty Two Thousand Six Hundred Thirty Two Dollars and Fifty Two Cents ($42,632.52) of principal and Seven Thousand Nine Hundred Fifty Two Dollars and Ninety Six Cents ($7,952.96) as accrued interest as of this for a total of Fifty Thousand Five Hundred Eighty Five Dollars and Forty Eight Cents ($50,585.48) which amount shall will be re-amortized and will be paid in deferred payments without the debtors making any payments from the first of January of nineteen hundred ninety until January first nineteen hundred ninety nine. Later they will make annual payments of Four Thousand Eight Hundred Fifty Two Dollars ($4,582.00) starting the first of January of two thousand as so on successively until the final payment that will be due twenty four years after this modification, earning interest at a rate of five percent (5%) annually as stated in public deed Number Two Hundred Nine (209). ------------------------------------------------------------------------- as granted in Jayuya, Puerto Rico the nineteenth of October of nineteen hundred ninety four before the Notary Public Miguel Torres Maldonado.------------------------------------------ SIXTH: Since it is a loan of limited resources as indicated in the promissory note, the Government can change the interest rate, according to the regulations of the Farmer's Home Administration. --------------------------------------------------------------------- SEVENTH: The appearing first party manifests their personal knowledge as to each and every obligation clause and stipulations contained or mentioned in the Deed of

Mortgage related in Third paragraph, and in this act clearly, bind them to comply with each and every one of them. ------------------------------------------------------------------

EIGHTH:  At the same time all the clauses and conditions expressed in the original mortgage deed that have not been changed hereby, will remain valid and subsequent. --

NINTH: The parties requests of the Real Estate Property Registrar to register today on its day this re-amortization and modification of mortgage. ------------------------------------

--- The appearing parties accept the present deed in the manner drafted finding it conforming to what they have agreed. ------------------------------------------------------------

------I, made the pertinent legal warnings at the granting and having previously read to everybody out loud, they find it conforming in its content and they ratify the same by signing it before me with the exception of DON ANTONIO ESCOBALES PAGAN, who says he cannot sign, and proceeds to stamp both thumbs in each and every page of this deed, and by asking as instrumental witness, Brunilda Jaume Torres, of legal age, single by divorce, Social Security Number ███████ employee and domiciled in Jayuya, Puerto Rico, who affix his initials on each and every  page of this deed, of all what it is stated in this Public Instrument,  I the NOTARY  SO ATTEST. -------------------

-----------------------------------------------------------------------

SIGNED:  ANTONIO ESCOBALES PAGAN ------------------------------------------------------

SIGNED:   MARIA MAGDALENA RIVERA CASTELLANO. ----------------------------------

SIGNED:    FELIPE ORTIZ --------------------------------------------------------------

SIGNED: BRUNILDA JAUME TORRES -----------------------------------------

Signed, flourished and sealed: MIGUEL TORRES MALDONADO ATTORNEY NOTARY PUBLIC. -----

---Cancelled in the original and in the certified copy of this deed the corresponding

Notary Tax Stamp of the Puerto Rico Bar Association. ------------------------------------

--- I CERTIFY: that this is the first certified copy under number 7 is my protocol of public

instruments to which I remit myself to hand in to the Farmers Home Administration I

issue this document in Jayuya, Puerto Rico the same day it was granted. This deed has

06 pages.

(Signed and sealed)   MIGUEL TORRES MALDONADO, Attorney - Notary Public

---Stamped on each and every one of the pages of the original are the initials of the

appearing parties and the flourish of the Notary  -------------------------------------------

HANDWRITTEN NOTE:  "Registered where indicated at the margin of every description

of the lots. Encumbered by promissory notes on behalf of the United States of America

for the amounts of $41,000.00, $5,000.00, $7,000.00 and $3,000.00, which have been

duly modified. Utuado November 8, 1994.

Exempt

Doris M. de Figueroa

 (Signed and Sealed) Registrar

EXHIBIT 4

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: | **FO** |
| De acuerdo a: | |
| ☒ Consolidated Farm & Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre | Antonio ESCOBALES PAGAN | | |
|---|---|---|---|
| Estado | PUERTO RICO | Oficina | JAYUYA   X |
| Caso Núm. | | Fecha | ABRIL 18, 1984 |

| ACCION QUE REQUIERE PAGARE: | |
|---|---|
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en ————————————JAYUYA, PUERTO RICO——————————————

o en otro sitio designado por el Gobierno por escrito, la suma principal de ————————CINCO MIL—————————

————————————————————— dólares ($ 5,000.00————) más intereses sobre el principal adeudado al

————————————DIEZ Y TRES CUARTOS—————————— POR CIENTO ( 10.75 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ———21—— plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | | | |
|---|---|---|---|---|---|
| $ 380.00 | en enero 1, 19 85 | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ | | en enero 1, 19 ; |

y $ 618.00 , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ——20——— años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce-Agricultura

*Posición 2*

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

Su _____ Marca _____
ANTONIO ESCOBALES PAGAN                        *(Prestatario)*

_____
MARIA A. RIVERA                                *(Prestatario)*

BUZON T-26, JAYUYA, PR  00664 _____

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 5,000.00 | 04-18-84 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 5,000.00 | |

Jay-Ce-Agricultura          *Posición 2*          Forma FmHA 1940-17 (S)
                                                  (Rev. 11-1-78)

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al diecinueve de septiembre de mil novecientos ochenta y cinco, dió un saldo deudor montante a CINCO MIL TRESCIENTOS OCHENTA DOLARES CON VEINTE CENTAVOS ($5,380.20), con intereses a razón del DIEZ Y TRES CUARTOS POR CIENTO (10.75%) anual, la cual devengará intereses a razón del CINCO Y UN CUARTO POR CIENTO (5.25%) anual y al cual habrá de ser pagada en la siguiente forma:   OCHENTA Y UN DOLARES ($81.00) en o antes del primero de enero de mil novecientos ochenta y seis y CUATROCIENTOS CINCUENTA Y CUATRO DOLARES ($454.00) en o antes del primero de enero de cada año subsiguientemente, excepto el pago final de la deuda que se hará en o antes del diecinueve de septiembre del año dos mil cinco, según resulta de la Escritura Número Ciento Cuarenta (140), de fecha diecinueve de septiembre de mil novecientos ochenta y cinco, otorgada en la ciudad de Jayuya, Puerto Rico, ante el Fedatario, DOY FE.

En Jayuya, Puerto Rico, hoy diecinueve de septiembre de mil novecientos ochenta y cinco.

*ANEJO "A"*

*--El importe de este pagaré y la hipoteca que lo garantiza, reamor-
tizado al día veintidós de febrero de mil novecientos noventa, dió
un saldo deudor montante a Cuatro Mil Ochocientos Treinta y Ocho
Dólares con Noventa y Dos Centavos ($4,838.92) de principal, que
devengará intereses a razón del cinco por ciento (5.00%) anual, y
la suma de Doscientos Ochenta y Tres Dólares con Noventa y Siete
Centavos ($283.97) por concepto de intereses no capitalizables
los cuales no devengarán intereses, para un total de Cinco Mil
Ciento Veintidós Dólares con Ochenta y Nueve Centavos ($5,122.89),
la cual deberá ser pagada en la siguiente forma:--La suma de Cuatro-
cientos Ochenta y Seis Dólares ($486.00) en o antes del día primero
de enero de mil novecientos noventa y uno, y la suma de Cuatrocien-
tos Ochenta y Seis Dólares ($486.00) en o antes del día primero de
enero de cada año subsiguientemente, excepto el pago final que se
hará en o antes del día veintidós de febrero del año dos mil cinco,
según consta de la escritura número veintisiete (27), otorgada en
Jayuya, Puerto Rico en esta misma fecha ante el Notario Fedante.
DOY FE.*

*--En Jayuya, Puerto Rico, a veintidós de febrero de mil novecientos
noventa.*

*RUBEN HERNANDEZ ROSARIO*
*NOTARIO PUBLICO*

ANEXO B

Esta hipoteca garantiza entre otras, la propiedad inscrita al folio Sesenta y Cuatro (64), del tomo Noventa y Tres (93) de Jayuya, finca número Cinco Mil Cuatrocientos Cuarenta y Cinco (5445), cuya propiedad mediante la Escritura Número Ocho (8), de fecha veintiseis de febrero de mil novecientos noventa, se libera para todos los efectos legales de esta Hipoteca, en consideración al pago total de TRES MIL DOLARES ($3,000.00) acreditados en su totalidad a la hipoteca de CUARENTA Y UN MIL DOLARES ($41,000.00) que también garantizaba la referida propiedad, de la siguiente manera:   DOS MIL TRESCIENTOS SETENTA Y SEIS DOLARES CON VEINTICUATRO CENTAVOS ($2,373.24) a principal y SEISCIENTOS VEINTITRES DOLARES CON SETENTA Y SEIS CENTAVOS ($623.76) de intereses, y en adición a los restantes TRES MIL DOLARES ($3,000.00) que fueron usados para la siembra de DOS CUERDAS de café en las fincas A y B.  DOY FE.

En  Jayuya,  Puerto Rico,  hoy veintiseis  de  febrero de  mil novecientos noventa.

FRANCISCO A. DELGADO MARTINEZ
Abogado-Notario

"ANEJO A PAGARE HIPOTECARIO POR LA SUMA DE  $5,000.00 CONSTITUIDO EL DÍA 18 DE ABRIL DE 1984 EN LA CIUDAD DE JAYUYA, PUERTO RICO, MEDIANTE LA ESCRITURA PUBLICA NUMERO 52 ANTE EL NOTARIO FRANCISCO DELGADO MARTINEZ"

El importe de este pagaré y la hipoteca que lo garantiza reamortizado nuevamente el día 19 de octubre de 1994, asciende a la suma de $4,690.74 de principal y $900.96 de intereses acumulados a esta fecha para un total adeudado de $5,591.70 a cuya cantidad se reamortiza el mismo y que habrá de ser pagado en pagos anuales de $725.00 comenzando el día 1 de enero de 1995 y así subsiguientemente hasta el pago final a los 10 años de esta reamortización, devengando intereses al 5% anual y todo según consta de la escritura pública número 206 otorgada en Jayuya, Puerto Rico el día 19 de octubre de 1994 ante el Notario Público Miguel Torres Maldonado.



MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

EXHIBIT 4A

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 11-1-78)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| Name: ANTONIO ESCOBALES PAGAN | | KIND OF LOAN Type: FO |
|---|---|---|
| State: Puerto Rico | Office: Jayuya | Pursuant to: |
| Case no.: ████████ | Date: APRIL 18, 1984 | ☒ Consolidated Farm & Rural Development Act<br>☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| ACTION REQUIRING NOTE | |
|---|---|
| ☒ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in, __JAYUYA, PUERTO RICO__ or at such other place as the Government may later designate in writing, the principal sum of __FIVE THOUSAND__ DOLLARS ($5,000.00), plus interest on the unpaid principal balance at the RATE of __TEN AND THREE FOURTH__ PERCENT (10 ¾ %) per annum. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in

accordance with regulations of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 21 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| $ 380.00 | on January 1, 1985 | $ | on January 1, 19 |
| $ | January 1, 19 | $ | January 1, 19 |
| $ | January 1, 19 | $ | January 1, 19 |
| $ | January 1, 19 | $ | January 1, 19 |
| $ | January 1, 19 | $ | January 1, 19 |
| | | | January 1, 19 |

And $ 618.00 thereafter on January 1, of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid shall, be due and payable 20 years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the

end of this note.   Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.   Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.   If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.

While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.   The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an

installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan (FO).

If  "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any

such other instrument shall constitute default hereunder.  UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This note is presented as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "King of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentation, protest, and notice are hereby waived.

(SEAL)                          ANTONIO ESCOBALES PAGAN
                                (FINGERPRINTS)
                                _____
                                              (BORROWER)

                                (Sgd.) MARÍA M. RIVERA
                                _____
                                              (Co- BORROWER)

                                BOX T-26, JAYUYA, PR 00664
                                _____

                                _____

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ 5,000.00 | 04-18-84 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL $  5,000.00 | | | | | |

The amount of this note and the mortgage guaranteeing it, re-amortized on September 19, 1985, came up with an outstanding balance of $5, 380.20 with interest at a rate of 10.76% per year, which shall earn interests at a rate of 5.25% per year, which shall be paid in the following manner: $81.00 on or before January 1, 1986, and the $454.00 on or before January 1 of each subsequent year, except that the final payment which will become due and payable on September 19, 2005, as it appears on deed number 140, dated September 19, 1985, subscribed in Jayuya, Puerto Rico before the undersigned Notary Public.  I SO ATTEST.

In Jayuya, Puerto Rico, today September 19, 1985.

(sgd.) FRANCISCO A. DELGADO MARTÍNEZ
Notary Public
(SEAL)

EXHIBIT "A"

The amount of this note and the mortgage guaranteeing it, re-amortized on February 22, 1990, came up with an outstanding balance of $4,838.92 in principal, which shall earn interests at a rate of 5% per year, and the amount of $283.97 of non-capital interests, which shall not earn interests for a total of $5,122.89, which shall be paid in the following manner: The amount of $486.00 on or before January 1, on or before January 1 of each subsequent year, except that the final payment which will become due and payable on February 22, 2005, as it appears on deed number 27, subscribed in Jayuya, Puerto Rico on even date before the undersigned Notary Public. I SO ATTEST.

In Jayuya, Puerto Rico, today February 22, 1990.

(sgd.) RUBEN HERNÁNDEZ ROSARIO
Notary Public
(SEAL)

EXHIBIT B

This mortgage guarantees, among other things, the real estate registered on page 64 of volume 93 of Jayuya, lot number 5445, which real estate through deed number 8, dated February 26, 1990, subscribe before the undersigned, is liberated for all legal purposes from this mortgage, in consideration of the total payment of $3,000.00, fully credited to the mortgage of $41,000.00 which also guaranteed said real estate, in the following manner: $2,373.24 to the principal and $623.76 to interests, and in addition, to the use of the balance $3,000.00 for the seeding of TWO CUERDAS of coffee on Lots A and B.  I SO ATTEST.

In Jayuya, Puerto Rico, today February 26, 1990.


(sgd.) FRANCISCO A. DELGADO MARTÍNEZ
Notary Public
(SEAL)

ANNEX TO MORTGAGE NOTE ON BEHALF OF THE UNITED STATES OF AMERICA FOR THE PRINCIPAL AMOUNT OF $5,000.00 CONSTITUTED ON APRIL 18, 1984, IN JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC FRANCISCO DELGADO MARTÍNEZ AND THROUGH PUBLIC DEED NUMBER 52.

"The amount of the note and the mortgage guaranteeing it re-amortized on January 14, 1993, comes up to the principal amount of $4,670.08 and $508.45 as accrued interests as of this date for a total outstanding of $5,178.53 to whose amount the same is re-amortized and which shall be paid in a first installment of $585.00 each on January 1 of subsequent years up to a final payment which shall become due and payable on January 1, 2005, continuing earning interests at a rate of 5% per year as it all appear on public deed number 8, subscribed in Utuado, Puerto Rico on January 14, 1993 before Notary Public Miguel Torres Maldonado".

Jayuya, Puerto Rico, January 14, 1993

(sgd.) MIGUEL TORRES MALDONADO
Notary Public
(SEAL)

ANNEX TO MORTGAGE NOTE IN THE AMOUNT OF $5,000.00 CONSTITUTED ON APRIL 18, 1984 IN THE CITY OF JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC FRANCISCO DELGADO MARTÍNEZ

The amount of this note and the mortgage guaranteeing it re-amortized once again on October 19, 1994 comes up to the amount of $4,690.74 of principal and $900.96 as accrued interests as of this date for a total debt of $5,591.70, to which amount the same is re-amortized and that which shall be paid by yearly payments of $725.00 starting on January 1, 1995 and so on until final payment which shall be due 10 years from this modification, earning yearly interest at a 5% rate and all as it appears on public deed number 206, subscribed in Jayuya, Puerto Rico, on October 19, 1994 before Notary Public Miguel Torres Maldonado.

(sgd.) MIGUEL TORRES MALDONADO
Notary Public
(SEAL)

FMHA INSTRUCTION 1951-T
EXHIBIT A

# Addendum to the Promissory Note or Assumption Agreement for the Disaster Set-Aside Program

Date:   November 23, 1999                    Case Number:  63-30-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


Name: Antonio Escobales Pagán

Promissory Note or Assumption Agreement:

| Fund Code | Loan No. | Date | Amount |
|-----------|----------|------|--------|
| 41 | 18 | 04-18-94 | $5,000.00 |

This addendum amends the above-described promissory note or assumption agreement to set forth the terms and conditions for set-aside of the installment described below.

Disaster Designation Number........ M3031
Date of Scheduled Installment Set-Aside....... 01-01-2000
Amount of Installment Set-Aside:.....$ 725.00

Any principal amount set-aside will continue to accrue interest at the same rate being charged the non-set-aside portion of the note.

This addendum does not change any of the terms or conditions of the promissory note or assumption agreement.

The undersigned borrower and any cosigners hereby agree to pay the installment being set-aside, plus any accrued interest on the principal amount set-aside, on or before the final due date of the loan, as set forth on the note or assumption agreement being amended.

If the promissory note or assumption agreement is later restructured through primary loan servicing, the addendum will automatically be considered cancelled and the amount set-aside will be included in the total debt restructured.

The undersigned borrower understands that by signing this addendum he/she is agreeing to the withdrawal of any pending request for primary and preservation loan servicing. This withdrawal does not affect the undersigned's future eligibility for primary and preservation loan servicing.


Borrower                                    Co-Borrower

(8-01-97)  FSA PN No. 10

Forma Fm:IA 427-1PR
( 10–82 )

ERTIFICO Haber expedi-
lo Primera Copia
ertificada, del presen-
te documento a favor
le la parte interesada,
ioy día de su otorga-
miento, DOY FE.





------------NUMERO CINCUENTA Y DOS------------
NUMBER ------------FIFTY TWO------------

------------HIPOTECA VOLUNTARIA------------
VOLUNTARY MORTGAGE

En la ciudad de Jayuya, Puerto Rico, a los dieciocho días del mes
In the city of Jayuya, Puerto Rico, at  eighteen days of--------
de abril de mil novecientos ochenta y cuatro.--------------------
April, nineteen hundred and eighty four.------------------------
------------------------------ANTE MI------------------------
BEFORE ME

------------FRANCISCO A. DELGADO MARTINEZ------------

Abogado y Notario. Público de la Isla de Puerto Rico con residencia en  Jayuya,--
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Jayuya,------

Puerto Rico----------  y oficina en Jayuya, Puerto Rico.--------------
Puerto Rico.----------  and office in  Jayuya,  --------------------  Puerto Rico.

------------------------COMPARECEN------------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------------

aparecen de dicho párrafo.------------------------------------------
appear from said paragraph.------------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.---------------------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.----------------------------------------------------------
voluntary  mortgage.------------------------------------------------

------------------------EXPONEN------------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in--------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same--------

denominada de aquí en adelante "los bienes".-----------------------------
hereinafter referred to as "the property".----

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens------------------

se especifican en el párrafo UNDECIMO.----------------------------------
specified in paragraph ELEVENTH herein.----------------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States--------------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,----------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------------------------

Forma FmHA 427-1PR
( 10-82 )

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the———————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.——————————————————
estimated against the property.——————

CUARTO:  Se sobreentiende que:————————————————————————
FOURTH:  It is understood that:————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One———

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of—————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.———————

das.———————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——————

prestamista asegurado.—————————————————————————————
will be the insured lender.——————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the———————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————
and interest.——————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee, by agreement with the insured lender————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".—————————————————————
ments on the note, to be designated the "annual charge".——————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————



- 2 -

–1PR

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgage should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt,————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.————————————————
by the mortgagor.————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tia de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——

- 3 -



Forma FmHA 427-1PR
( 10-82 )

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the———————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on———————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,—————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,———————

ᴣ los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or ————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————



después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este documento.—————————
amounts as specified in paragraph NINTH hereof.————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————

- 4 -

Forma FmHA 427–1PR
10–82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deficiency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.



Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del DIEZ Y TRES CUARTOS
subparagraph shall bear interest at the rate of TEN AND THREE FOURTHS

por ciento (10.75 o/o)
per cent (10.75 o/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

Forma FmHA 427–1PR
( 10–82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



- 6 -

Forma FmHA 427–1PR
( 10–82 )



ningún edificio o mejora en los bienes, ni cortará . removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgage may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

Forma FmHA 427-1PR
( 10-82 )

podra—nstituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incured by mortgage by said——————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————

para adelantos, gastos y otros pagos.——————————————————
for advances, expenditures and other payments.——————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,——————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————

en el orden y manera que el acreedor hipotecario determinare.————————
in what ever order and manner mortgagee may determine.——————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor-——————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured—

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——



- 8 -

Forma FmHA 427-1PR
( 10-82 )

dores, o los bienes o parte de ellos o cualquier interes en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————

irrevocablemente autorizado y con poderes, a su opción y sin notificación; (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.—————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————



- 9 -

Forma FmHA 427−1PR
( 10−82 )

negocia~con el deudor hipotecario o conceder~n deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any—————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the—

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee—————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————————————

dichos bienes. ——————————————————————————————————————
said property.—————————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————————

constituirá incumplimiento de esta hipoteca.——————————————————————
constitute default hereunder.—————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,———

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————

Departamento de Agricultura de Estados~Unidos,~San~Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the———————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————

especifica más adelante.————————————————————————————————
hereinafter.————————————————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————



- 10 -

Forma FmHA 427–1PR
( 10–82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so—————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any then remains, will pay such amount to mortgagor.——————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————————

de  CUARENTA Y SEIS MIL DOLARES ($46,000.00)————————————————
of  FORTY SIX THOUSANDS DOLLARS ($46,000.00)————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgage. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——————

y aseguramiento del préstamo antes mencionado.——————————————————
insuring of the loan hereinbefore mentioned.————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgage——————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré:
should assign this mortgage without insurance of the note,

CINCO MIL DOLR, digo——————————————— DOLARES ($5,000.00———)
FIVE THOUSANDS————————————————— DOLLARS ($5,000.00———)

el principal de dicho pagaré, con sus intereses según estipulados a razón del   DIEZ——
the principal amount of said note, together with interest as stipulated therein at the rate of  TEN——

Y TRES CUARTOS——————————————— por ciento ( 10.75————— º/o) anual;
AND THREE FOURTHS——————————————— per cent ( 10.75————— º/o) per annum;



- 11 -

Forma FmHA 427–1PR
( 10–82 )

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) CINCO MIL—————————————————————————————
(A) FIVE THOUSANDS——————————————————————————

————————————————————————————— DOLARES ($5,000.00————
———————————————————————————————————— DOLLARS ($5,000.00————

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender—————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as—————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,———————————

Tercero;————————————————————————————————————
Three:—————————————————————————————————————

(B) SIETE MIL QUINIENTOS——————————————————————————
(B) SEVEN THOUSANDS AND FIVE HUNDRED————————————————————

—————————————————————————————— DOLARES ($7,500.00————— )
————————————————————————————————— DOLLARS ($7,500.00—————)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might———————————

sufrir bajo su seguro de pago del pagaré.——————————————————————
sustain under its insurance of payment of the note;—————————————————

Tres. En cualquier caso y en todo tiempo;—————————————————————
Three. In any event and at all times whatsoever:—————————————————————

(A) DOS MIL DOLARES—————————————————————————————
(A) TWO THOUSANDS DOLLARS————————————————————————————

($ 2,000.00—————————— ) para intereses después de mora;———————————
($ 2,000.00—————————— ) for default interest;——————————————————

(B) MIL DOLARES——————————————————————————————
(B) ONE THOUSANDS DOLLARS————————————————————————————

($1,000.00——————————) para contribuciones, seguro y otros adelantos para la con-
($1,000.00——————————) for taxes, insurance and other advances for the preservation—

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————————

SEXTO, Tercero;————————————————————————————————
SIXTH, Three;——————————————————————————————————

(C) QUINCE, lease, QUINIENTOS DOLARES——————————————————————
(C) FIVE HUNDRED DOLLARS—————————————————————————————

($ 500.00——————————) para costas, gastos y honorarios de abogado en caso
($ 500.00——————————) for costs, expenses and attorney's fees in case——————

de ejecución;——————————————————————————————————
of foreclosure:—————————————————————————————————

(D) QUINIENTOS DOLARES——————————————————————————————
(D) FIVE HUNDRED DOLLARS—————————————————————————————

($ 500.00————————— ) para costas y gastos que incurriere el acreedor hipoteca-
($ 500.00————————— ) for costs and expenditures incurred by the mortgagee in———

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with—————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as————————

se consigna en el párrafo SEXTO, Trece.—————————————————————
provided in paragraph (SIXTH, Thirteen.————————————————————



Forma FmHA 427–1PR
( 10–82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número **Sesenta y Tres guión Treinta guión——**
"Promissory note executed in case number **Sixty Three hyphen Thirty hyphen————**
**Cinco Ocho Dos Siete Cuatro Dos Tres Uno Tres (63-30-582742313)——**
**Five Eight Two Seven Four Two Three One Three (63-30-582742313)——**
————————————————————————— fechado el día dieciocho
————————————————————————— dated the eighteenth

————————————— de abril ——————————— de mil novecientos——————
——————————— day of April ——————————— nineteen hundred and——

ochenta y cuatro———————— por la suma de CINCO MIL DOLARES——————
eighty four——————————— in the amount of FIVE THOUSANDS DOLLARS——
($5,000.00)————————————————————————————
($5,000.00)————————————————————— dólares de principal más
————————————————————————————— of principal plus

intereses sobre el balance del principal adeudado a razón del DIEZ Y TRES CUARTOS
interest over the unpaid balance at the rate of TEN AND THREE FOURTHS——————

———————————————————— ( 10.75%————) por ciento anual,
———————————————————— ( 10.75%———— ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————————

a los VEINTE (20)——————————————————————————
and payable TWENTY (20)——————————————————————

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.——————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the——————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————

constituye Hipoteca Voluntaria, se describe como sigue:——————————————
voluntary mortgage is constituted, is described as follows:——————————————



- 13 -

Forma FmHA 427-1PR
( 10-82 )

F- 166
f- 87
fca - 5186
inse 3ra.

------FINCA C: RUSTICA: Predio de terreno sita en el Barrio------ Mameyes, del término municipal de Jayuya, Puerto Rico, compuesta de CINCO CUERDAS, con las siguientes Lines; digo, Lindes: por el norte, con Manuel Rodríguez; por el sur, con Luis Torres; por el Este, con David Rodríguez y al Oeste, coh, léase, con la finca---- principal de la cual se segrega, propiedad de Luis A. Torres------ Rodríguez.------

------Inscrita al tomo Ochenta y Siete, del folio Ciento Sesenta y Cinco de Jayuya, finca nújmero, digo, número Cinco Mil Ciento---- Ochenta y Seis.------

Adquirió el prestatario la descrita finca por compra a Luis A. Torres------
Borrower acquired the described property by purchase d to Luis A. Torres------
Rodríguez y Blanca Delia Rivera------

según consta de la Escritura Número Doscientos Cinco (205)---------------
pursuant to Deed Number Two Hundred Five (205)---------------

de fecha quince de noviembre de mil novecientos setenta y cuatro---
dated fifteen day of November, nineteen hundred and seventy four---

otorgada en la ciudad de Jayuya, Puerto Rico---------------------------------
executed in the city of Jayuya, Puerto Rico---------------------------------

ante el Notario SAMUEL R. PUIG MAGAZ------------------------------------
before Notary Samuel R. Puig Magaz------------------------------------

Dicha propiedad se encuentra dichas propiedades een, digo, se encuentran
Said property is, read, said properties are---------------------------
afectas a una hipoteca por la cantidad de CUARENTA Y UN MIL.-----
affected to a Mortgage for the quantity of FORTY ONE THOUSANDS--
Dólares ($41,000.00) a favor de los Estados Unidos de América.--
Dollars ($41,000.00) in favor of United States of America.-----

DUODECIMO: Que comparecen en la presente escritura, como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors --------------------

carios ANTONIO ESCOBALES PAGAN y su esposa MARIA M. RIVERA, mayores
are Antonio Escobales Pagan and his wife Maria M. Rivera, at legal
de edad, propietarios y vecinos de Jayuya, Puerto Rico,-------------
age, propietaries and residents of Jayuya, Puerto Rico,--------

cuya dirección postal es: Buzón T guión Veintiseis, Jayuya, Puerto Rico
whose postal address is: Box T hyphen Twenty Six, Jayuya, Puerto Rico----
cero cero seis seis cuatro (00664)---------------------------------
zero zero six six four (00664)---------------------------------
------------------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used------

Forma FhrHA 427–1PR
( 10–82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

Forma FmHA 427–1PR
( 10–82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part———

de la propiedad gravada por esta Hipoteca.—————————————
of the property encumbered by this Mortgage.————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty——————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances———

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————

notificará por escrito al Supervisor Local.—————————————
notify it in writing to the County Supervisor.——————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous———

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern———

estos tipos de préstamos.—————————————————
these types of loans.————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the———

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two——————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)———
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————

VIGESIMO PRIMERO: Manifiestan los comparecientes que por tratarse
TWENTIETH FIRST: The mortgagor says that for bean——————

de un préstamo para fines agrícolas, han acordad, léase, en no-
this loan for agricultural purposes, they agree in not——————

distribuir la responsabilidad entre las fincas gravadas y por lo-
distribute the responsibility against the herein mortgaged farms,

tanto todas responderán por separado, solidaria y mancomunadamente
and therefore, every one will respond alone, severally and jointly

de la deuda, principal, intereses, costas y demás créditos garan-
to the doubt, its principal, interests, costs and other credits-

tizados por esta escritura, todo ello conforme al Artículo Ciento
guaranteed by this Deed; all this agreed with the One Hundred—

Diecinueve de la Ley Hipotecaria, según el mismo ha sido enmendado
Nineteen Article of the Mortgage Law, as it was amended by——

por la Ley Número Setenta y Nueve de veinticinco de junio de mil-
the Seventy Nine Law of the twenty five day of June, nineteen—

novecientos sesenta y nueve.—————————————
hundred and sixty nine.————————————



Forma FmHA 427-1PR
( 10-82 )

——————————————ACEPTACION————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.——————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.——————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)——————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.————————————————————————————————————————
I advised him (them).————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————

FE de todo el contenido de esta escritura.————————————————————————
FAITH to everything contained in this deed.————————————————————————

SALVEDAD:  Con excepción a DON ANTONIO ESCOBALES PAGAN, quien dice
dice no saber firmar, a sus ruegos a la vez como testigos instru-
mentales, DOÑA SARA AVILES RIVERA y DOÑA ELADIA RUIZ, mayores de
edad, casadas, amas de casa y vecinas de Jayuya, Puerto Rico.——————

Previa lecturaa que a todos hice en alta y clara y voz y en su solo
cat, léase, acto de esta escritura, porque renunciaron al derecho
que les advertí tenían de hacerlo por sí mismos, YO EL notario,——
de todo lo consignado en este Instrumento Público al cual————
cancelaré los Seũlos Correspondientes de Rentas Internas y el————
Impuesto Notarial del Colegio de Abogados de Puerto Rico, así————
como de haber estampado los otorgantes que firman y los testigos-
que lo hacen por los comparecientes que dijeron som, digo, no——
saber firmar, sus he, léase, sus huellas digitales de los dedos——
pulgares de éstos últimos al margen de todos y cada uno de los——
fólios de eta escritura, Yo, El Notario, DOY FE.————————————
REPITO LA FE.————————————————————————————————————



——————————————————————————————————————————————

——————————————————————————————————————————————

SALVEDAD:  Se hace constar que la propiedad "A" se tasa en————
CUARENTA Y TRES MIL DOLARES ($43,000.00) y la propiedad "B" se——
tasa en TRES MIL DOLARES ($3,000.00).——————————————————
SALVEDAD:  Se hace constar que la propiedad "A" se tasa en VEINTINUEVE MIL QUINIEN-
TOS DOLARES y no en CUARENTA Y TRES MIL DOLARES, como anteriormente se expresa, la
propiedad "B" en TRES MIL DOLARES y la propiedad "C" en TRECE MIL QUINIENTOS- - -
DOLARES.  REPITO LA FE.——————————————————————————
FIRMADO POR:   MARIA M. RIVERA————————————————————————
FIRMADO POR:   SARA AVILES RIVERA————————————————————————

——————————————————————————————————————————————

——————————————————————————————————————————————

——

17

FIRMADO POR:   ELADIA RUIZ————————————————————————
HUELLAS DIGITALES DE:   ANTONIO ESCOBALES PAGAN————————

...Firmado, signado, sellado y rubricado: Francisco A. Delgado Martinez.
Se encuentran cancelados los correspondientes sellos de Rentas Internas y
el sello del Impuesto Notarial. Concuerda bien y fielmente con la escritura
matriz que bajo el número indicado obra en el protocolo de instrumentos
públicos de esta notaría a mi cargo, y a que me remito. En fe de ello, y
para entregar a *illegible* Home A.H. Condado, parte interesada,
expido la presente primera copia certificada, que notarizo bajo mi firma,
signo, sello y rúbrica, en Jayuya, P. R., el mismo día, mes y año de su
otorgamiento. ...........................

Francisco A. Delgado Martinez
Abogado-Notario





Inscrito este documento allí donde indica la nota al margen de la descripción de cada una de las fincas. Se halla afectas a hipoteca por la suma de $41,000.00 a favor de los EU.A. y la hipoteca que se inscribe en virtud de este asiento: retrocedo a 12 de diciembre 1984. Venta.

Doña M. de Figueroa
Registradora

Certifico Correcto hoy
5 de marzo de 1985

Felipe Ortiz



-------ESCRITURA NUMERO DOSCIENTOS SEIS-------------

----- REAMORTIZACION Y MODIFICACION DE HIPOTECA------

--En la Ciudad de Jayuya, Puerto Rico, a los diez y

nueve días de el mes de octubre de mil novecientos-

noventa y cuatro.-----------------------------------

----------------------ANTE MI----------------------

MIGUEL TORRES MALDONADO, Abogado y Notario Público-

de Puerto Rico, con residencia, vecindad y estudio-

abierto en esta Ciudad de Utuado, Puerto Rico------

--------------------- COMPARECEN --------------------

DE LA PRIMERA PARTE:-Los esposos ANTONIO ESCOBALES-

PAGAN Y MARIA MAGDALENA RIVERA CASTELLANO, mayores-

de edad, agricultor él, ama de casa ella y vecinos-

de Jayuya, Puerto Rico, Seguro Social números------

█████████ y █████████----------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

DE LA SEGUNDA PARTE:-LOS ESTADOS UNIDOS DE AMEIRCA,

actuando por conducto y a través de la Administra-

ción de Hogares de Agricultores, a tenor con laa---

disposiciones de las Leyes del Congreso tituladas--

Consolidated Farmers Home Administration Act of---

1961 y/o Ley de Hogares de 1949, según ha sido----

enmendadas, con oficinas principales en Washington,

Distrito de Columbia, Estados Unidos de América,---

representado en este acto por  don FELIPE ORTIZ,---

mayor de edad, casado, empleado y vecino de Jayuya,

Puerto Rico, Seguro Social número ███████████ en--

su carácter de Supervisor Local de la Administra---

ción de Hogares de Agricultores, Oficina de Jayuya,

cuyas facultades para este acto constan de la dele--

gacion de poder conferida por el Administrador de---

la Administración de Hogares de Agricultores, y-----

cuyas facultades constan debidamente acreditadas en-

el Registro de la Propiedad.-----------------------

---------------------DOY FE---------------------

Del conocimiento personal de los comparecientes y --

por sus dichos con relación a su edad, estado-------

civil, profesión y vecindad.  Asegura tener y a mi-

juicio tienen la capacidad legal necesaria para-----

este otorgamiento y en tal virtud, libremente-------

---------------------EXPONEN--------------------

PRIMERO:-Que los comparecientes de la primera parte-

son dueños en pleno dominio de las siguientes-------

propiedades:----------------------------------------

"A" RUSTICA:-Situada en el Barrio Mameyes, lugar----
denominado Limón, del término municipal de Jayuya,--
Puerto Rico, dedicada a café, guineos y pastos, com-
puesta de CUATRO CUERDAS Y OCHENTA Y DOS CENTIAREAS-
IGUALES a una hectárea, ochenta y nueve áreas y cua-
renta y tres centiáreas.  En LINDES:-por el Norte,--
con Juan Bautista  y Francisca Salgado; por el Sur,-
con José Batler y Joaquín Rodríguez Francisco; por-
el Este y Oeste, con tierras de Loreto y Francisca-
Salgado".-------------------------------------------

--Inscrita al folio cien (100) del tomo ochenta y---
uno (81) de Jayuya, finca número cuatrocientos -----
noventa y uno (491).--------------------------------

--Enclava en dicha propiedad una casa de vivienda.--

"B" RUSTICA:-Radicada en el Barrio Mameyes, lugar---
denominado Limón, del término municipal de Jayuya,--
Puerto Rico, compuesta de SIETE CUERDAS PUNTO CUA---
TROCIENTOS CINCUENTA CENTESIMAS DE OTRA, equivalen--
tes a VEINTINUEVE MIL DOSCIENTOS OCHENTA Y UNO------
PUNTO CUATROCIENTOS CINCO METROS CUADRADOS, dedicado
a café, guineos y pastos.  En LINDES:-por el Norte,-
con Joaquín Rodríguez Francisco; por el Sur, Este y-
Oeste, con tierras de la cual esta parcela es segre-
gación".--------------------------------------------

--Inscrita al folio doscientos treinta y nueve (239)-
del tomo diez (10) de Jayuya, finca número cuatro---
cientos ochenta y nueve (489).----------------------

SEGUNDO:-Adquirieron los comparecientes de la prime-
ra parte las propiedades antes descritas mediante---
la escritura pública número doscientos cincuenta y--

folio — 232 vto.
tomo — 119 de Jayuya
insc. — 20ma.
finca — 491

folio — 228
tomo — 119 de Jayuya
insc — 19na.
finca — 489

siete (257) otorgada en Jayuya, Puerto Rico el día--

quince de noviembre de mil novecientos setenta y----

nueve ante el Notario Público Samuel R. Puig Magaz.-

TERCERO;-Las antes descritas propiedades se hallan--

afectas a la siguiente hipoteca:--------------------

1) Hipoteca en garantía de pagaré a favor de los----

Estados Unidos de América por la suma principal de--

Cinco Mil Dólares ($5,000.00) constituída el día----

diez y ocho de abril de mil novecientos ochenta y---

cuatro en la Ciudad de Jayuya, Puerto Rico y median-

te la escritura pública número cincuenta y dos (52)-

suscrita ante el Notario Francisco Delgado Martínez-

con vencimiento en veinte (20) años de su otorga----

miento y devengando intereses a razón del diez y----

tres cuartos por ciento (10.75%) anual.-------------

--Esta hipoteca había sido modificada el día diez y-

nueve de septiembre de mil novecientos ochenta y cin

co mediante la escritura pública número veintisiete--

(27) ante el Notario Rubén Hernández Rosario.  Poste-

riormente esta hipoteca fue nuevamente reamortizada-

el día catorce de enero de mil novecientos noventa y

tres a la suma de Cinco Mil Ciento Setenta y Ocho---

Dólares con Cincuenta y Tres Centavos ($5,178.53),--

intereses al cinco por ciento (5%) anual y su venci-

miento el día primero de enero del año dos mil cinco

mediante la escritura pública número ocho (8) otoga-

da en Jayuya, Puerto Rico el día catorce de enero de

mil novecientos noventa y tres ante el Notario Públi

co Miguel Torres Maldonado.------------------------

CUARTO;-Que la Administración de Hogares de Agricul-

tores representado por el compareciente de la segun-

da parte y los comparecientes de la primera parte han

acordado MODIFICAR nuevamente la hipoteca constituída

sobre las propiedades relacionadas anteriormente y---

las subsiguientes reamortizaciones de la siguiente ---

forma:---------------------------------------------

--a) Se reamortiza esta hipoteca a los efectos de que

el principal de la misma sea la suma de Cinco Mil---

Quinientos Noventa y Un Dólares con Setenta Centavos

($5,591.70) en vez de Cinco Mil Ciento Setenta y----

Ocho Dólares con Cincuenta y Tres Centavos ---------

($5,178.53) como fue últimamente reamortizada.------

--b) Se modifica esta hipoteca para que la suma de--

Cinco Mil Quinientos Noventa y Un Dólares con Setenta

Centavos ($5,591.70) sea la nueva tasación de la----

propiedad a los fines de la primera subasta que-----

deba celebrarse en caso de ejecución.---------------

--c) Se modifica esta hipoteca para que la misma sea

satisfecha mediante los siguientes pagos:-----------

--1)Setecientos Veinticinco Dólares ($725.00) comenzan

do el día primero de enero de mil novecientos noventa

y cinco y así subsiguientemente pagos anuales por----

igual cantidad hasta el pago final que vencerá a los

diez años de esta modificación.---------------------

QUINTO:-En este acto el compareciente de la segunda--

parte me muestra a mí el Notario el pagaré original--

a que se ha hecho referencia y una vez identificado--

por mí el Notario, procedo a anexarle adherido al----

mismo una nota que lee como sigue:------------------

--"El importe de este pagaré y la hipoteca que lo----

garantiza reamortizado nuevamente el día diez y nue-

ve de octubre de mil novecientos noventa y cuatro---

asciende a la suma de  Cuarto  Mil Seiscientos Noven

ta Dólares con Setenta y Cuatro Centavos ($4,690.74)

de principal y  Novecientos Dólares con Noventa y----

Seis Centavos ($900.96)  de intereses acumulados a---

esta fecha para  un total adeudado de Cinco Mil Qui-

nientos Noventa y Un Dólares con Setenta Centavos----

($5,591.70) a cuya cantidad se reamortiza el mismo y-

que habrá de ser pagado en pagos anuales de Setecien-



tos Veinticinco Dólares ($725.00) comenzando el día-
primero de enero de mil novecientos novecientos no--
venta y cinco y así subsiguientemente hasta el pago-
final a los diez años de esta reamortización, deven-
gando intereses al cinco por ciento (5%) anual y----
todo según consta de la escritura pública número----
doscientos seis (206)--------- otorgada en Jayuya,--
Puerto Rico el día diez y nueve de octubre de mil---
novecientos noventa y cuatro ante el Notario Público
Miguel Torres Maldonado.----------------------------
SEXTO:-Por tratarse de un préstamo de recursos limi-
tados, según indicado en el pagaré, el Gobierno-----
puede cambiar el por ciento de interés de acuerdo---
con los reglamentos de la Administración de Hogares--
de Agricultores.------------------------------------
SEPTIMO:-Manifiestan los comparecientes de la prime-
ra parte que es de su propio y personal conocimiento
todas y cada una de las obligaciones, cláusulsa y---
estipulaciones contenidas o mencionadas en la escri-
tura de hipoteca relacionada en el párrafo Tercero--
de esta escritura y en este acto se obligan a cumplir
todas y cada una de las mismas.---------------------
OCTAVO:-Así mismo, todas las cláusulas y condiciones
expresadas en la escritura original de hipoteca que--
no han sido cambiadas o modificadas en este acto,---
quedarán válidas y subsistentes.--------------------
NOVENO:-Las partes solicitan del Registro de la Pro-
piedad que se sirva inscribir en su día esta reamor-
tización y modificación de hipoteca.----------------
--Los comparecientes aceptan esta escritura en la---
forma redactada por hallarla conforme a lo convenido.
--Le hice las  advertencias de Ley pertinentes al---
otorgamiento y previa lectura qué de la misma hice a
los comparecientes en alta voz, la encontraron confor
me y en su contenido se ratifican firmándola ante mí

todos, excepto don Antonio Escobales Pagán, quien----

alega no saber firmar y procede a estampar las------

huellas digitales de ambos dedos pulgares en todos y-

cada uno de los folios de esta escritura, y a sus----

ruegos y como testigo firma Brunilda Jaume Torres,--

quien es mayor de edad, soltera por divorcio,-------

empelada y vecino de  Jayuya, Puerto Rico,----------

Seguro Social número ████████, quien estampa sus-

iniciales en todos y cada uno de los folios de esta-

escritura, de todo lo cual y de cuanto contiene este

instrumento público, Yo, El Notario, DOY FE.--------

```
FIRMADO:- ANTONIO ESCOBALES PAGAN.------------------
FIRMADO:-MARIA MAGDALENA RIVERA CASTELLANO.----------
FIRMADO:-FELIPE ORTIZ.------------------------------
FIRMADO:- BRUNILDA JAUME TORRES.--------------------
```

FIRMADO, SIGNADO, RUBRICADO Y SELLADO, MIGUEL TORRES
MALDONDO,  NOTARIO PUBLICO.------------------------------

--Cancelados en el original y en la copia certificada
de esta escritura  el correspondiente  sello del----
Impuesto Notarial del Colegio de Abogados de Puerto-
Rico.------------------------------------------------

--Estampadas en todos y cada uno de los folios del---
original las iniciales del (los) otorgantes y la-----
rúbrica del Notario.---------------------------------

--CERTIFICO:-Que la que precede es primera copia cer-
tificada de su original que bajo el número 206 obra---
en mi protocolo de instrumentos públicos al cual me---
remito y para entregar a Farmers Home Administration--
expido la presente en  Jayuya, Puerto Rico,  hoy día
de su otorgamiento.  Esta escritura consta de  06----
folios.

NOTARIO PUBLICO

Inscrita allí donde se indica al margen
de cada una de las descripciones de
las fincas. Afectas a Hipotecas en
garantía de pagarés a favor de Es-
tados Unidos de América por las sumas de #41,000.x,
#5,000.x; #7,000.x; y #3,000.x las cuales han
sido debidamente modificadas. Itrada a 7 de
noviembre de 1994.

Exenta

Doña M. de Barcelos
Registradora

1-25-95

EXHIBIT 6A

CERTIFIED TRANSLATION

## MIGUEL TORRES MALDONADO
## ATTORNEY NOTARY PUBLIC

Doctor Cueto #87
**Utuado Puerto Rico**

Telephone 894-3100

Presented 207
Diary 265
Time 1:20
Date NOV 3, 94
Utuado Registry

## NUM   206

### DEED OF REAMORTIZATION OF MORTGAGE LOANS
### AND MORTGAGE MODIFICATION

Granted by                                    On Behalf of

DON ANTONIO ESCOBALES PAGAN
AND HIS WIFE DONA MARIA MAGDALENA
RIVERA CASTELLANOS

In Jayuya Puerto Rico, on October 19, 1994

(Handwritten at he bottom "Exempt 4.82 cdas. #491, 7.450 cdas. #489")

## DEED NUMBER TWO HUNDRED SIX

## REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

---In the city of Jayuya, Puerto Rico, on the nineteenth day of October of nineteen hundred ninety four. ---

-------------------------------------------BEFORE ME-------------------------------------------

---MIGUEL TORRES MALDONADO, Attorney and Notary Public of Puerto Rico with residence, domicile and offices in the city of Utuado, Puerto Rico.

-------------------------------------APPEAR-------------------------------------------------

ON THE FIRST PARTY: - DON ANTONIO ESCOBALES PAGAN, and his wife, DOÑA MARIA M. RIVERA, of legal age, he a farmer, she a housewife and domiciled in --------- Jayuya, Puerto Rico, Social Security number ████████ and ████████ ------------

---ON THE SECOND PARTY:  UNITED STATES OF AMERICA, acting through the Farmer's Home Administration according to Congress Act entitled Consolidated Farmer's Home Administration Act of 1961 or Home Act of 1949, as amended, with principal offices in Washington, District of Columbia, United States of America, represented herein by DON FELIPE ORTIZ, of legal age, married, employee and domiciled in Jayuya, Puerto Rico, Social Security Number ████████ in his character of Local Supervisor of Farmer's Home Administration, Jayuya Office, whose faculties are duly delegated and conferred by the Administrator of the Farmers Home Administration and whose faculties are  duly credited in the Property Registry. -------------

----------------------------------------I ATTEST----------------------------------------------

As to the personal knowledge of the appearing parties and form their statements, which I judge to be true, also as to their age, status, occupation and domicile; they assure me

that they have and to my knowledge they do, the legal capacity necessary for the

present granting and pursuant to it they freely: ------------------------------------------------

-------------------------------------------SET FORTH------------------------------------------------

---FIRST:   That the appearing first party, DON ANTONIO ESCOBALES PAGAN, and

his wife, DOÑA MARIA M. RIVERA, are the fee simple owners of the following real

estate properties: -------------------------------------------------------------------------------------------

            ----"RURAL   A:   Located   at   Barrio   Mameyes,   place

            denominated LIMON of the municipality of Jayuya, Puerto

            Rico, devoted to coffee, bananas and pasture; comprised by

            FOUR   CUERDAS   AND   EIGHTY   TWO   HUNDREDTHS;

            equal   to   one   hectare,   eighty   nine   areas   and   forty   three

            hundredths area.   In boundaries: by the NORTH, with Juan

            Bautista and Francisca Salgado; by the SOUTH, with José

            Batler and Joaquín Rodríguez Francisco; by the EAST, and

            WEST with lands of Loreto and Francisca Salgado."-----------

--Registered at Page One Hundred (100), of Volume Eighty One (81) of Jayuya, Lot

Number Four Hundred Ninety One (491). ----------------------------------------------------------

---On this lot of land there is a household residence. --------------------------------------------

(Handwritten at margin; " page 232 back, volume 119 of Jayuya, 20[th] inscription, --------

lot # 491") --------------------------------------------------------------------------------------------------

            ----"RURAL   B:   Located   at   Barrio   Mameyes,   place

            denominated Limon, of the municipality of Jayuya, Puerto

            Rico,   comprised   of   SEVEN   CUERDAS   POINT   FIVE

HUNDREDTHS, equivalent to TWENTY NINE THOUSAND TWO HUNDRED EIGHTY ONE POINT FOUR HUNDRED FIVE SQUARE METERS; devoted to coffee, bananas and pasture. In boundaries by the NORTH, with Joaquín Rodriguez Francisco; by the SOUTH, EAST and WEST by the land from which this parcel is segregated." ----------------

---Registered at Page Two hundred Thirty Nine (239) of Volume ten (10) of Jayuya, lot Number Four Hundred Eighty Nine (489). --------------------------------------------------

(Handwritten at margin; "page 228, volume 119 of Jayuya, 19th inscription, lot # 489")

SECOND:  The first party acquired the property through public deed number two hundred fifty seven dated November fifteen, nineteen hundred seventy nine, granted in Jayuya, Puerto Rico before Notary Public Samuel R. Puig Magaz. --------------------------

THIRD: The properties aforementioned are encumbered by the following mortgages:

1) Mortgage, in guarantee of a promissory note to the United States of America, for the principal amount of FIVE THOUSAND DOLLARS ($5,000.00) constituted April eighteen of nineteen hundred eighty four granted in the city of Jayuya, Puerto Rico, through a Deed Number Fifty Two (52) subscribed before Notary Public Francisco Delgado Martinez with due date of twenty years (20) after its granting and with interest rate of ten and three fourths (10.75%) annually. ---------------------------------------------------------

---This mortgage had been modified on the nineteenth of September of nineteen hundred eighty five through public deed number twenty seven (27) before Notary Public Ruben Hernandez Rosario. Later on it was again re-amortized the fourteenth of January of nineteen hundred ninety three, for the amount Five Thousand One Hundred Seventy

Eight Dollars and Fifty-Three cents (5,178.53), interest at Five percent (5%) annual due

on first day of January of two thousand five through public deed number eight (8)

granted in Jayuya, Puerto Rico the fourteenth of January of nineteen hundred ninety

three before notary public Miguel Torres Maldonado.

FOURTH: That the Farmers Home Administration represented by the Second Party and

the First Party have agreed to MODIFY again the mortgage over the properties

aforementioned and subsequent re-amortization in the following manner: -------------------

--a) The Mortgage is re-amortized to the effects that the principal be Five Thousand

Five Hundred Ninety One Dollars and Seventy Cents ($5,591.70) instead of Five --------

Thousand One Hundred Seventy Eight Dollars and Fifty Three Cents ($5,178.53) as it

was last re-amortized. ---------------------------------------------------------------------------

--b) This mortgage is modified so that the sum of be Five Thousand Five Hundred

Ninety One Dollars and Seventy Cents ($5,591.70) be the new appraisal of the property

for the purpose of the first auction in case of foreclosure.---------------------------------

--c) This mortgage is modified so it can be repaid in the following payments : ------------

--1) Seven Hundred Seventy Two Dollars ($725.00) starting January first of nineteen

ninety-five and subsequent annual payments for the same amount until the final

payment that will be due ten years from this modification. ------------------------------------

FIFTH: In this act the appearing second party showed me the Notary Public the original

promissory note to which I made reference and once identified by me the Notary, I

proceeded to annex to it the following note: ----------------------------------------------------

"The amount of this promissory note and the mortgage that guarantees it re-amortized

again on nineteenth of October of nineteen hundred ninety four for the amount of Four

thousand Six Hundred Ninety Dollars and Seventy Four Cents ($4,690.74) of principal

and Nine Hundred Dollars and Ninety Six Cents ($900.96) of accumulated interest at

this date for a total owed of Five Thousand Five Hundred Ninety One Dollars and

Seventy Cents ($5,591.70) to whose amount will be re-amortized in annual payments of

Seven Hundred Seventy Two Dollars ($725.00) starting January first of nineteen ninety

five and subsequent annual payments for the same amount until the final payment that

will be due ten years from this modification, earning interest at five percent (5%)

annually as stated in deed number two hundred six (206) granted in Jayuya Puerto Rico

on nineteenth of October of nineteen hundred ninety four  before notary Miguel Torres

Maldonado.------------------------------------------------------------------------

SIXTH: Since it is a loan of limited resources as indicated in the promissory note, the

Government can change the interest rate, according to the regulations of the Farmer's

Home Administration. ------------------------------------------------------------------

SEVENTH:   The appearing first party states their personal knowledge each and every

obligation clause and stipulation contained or mentioned in the Deed of Mortgage

related in Third paragraph, and in this act clear, oblige them to comply with each and

every one of them. ------------------------------------------------------------------

EIGHT:  AT the same time all the clauses and conditions set forth in the original

mortgage deed that have not been changed hereby, will remain valid and in effect. ---

NINTH: The parties request of the Real Estate Property Registry to register on its day

this re-amortization and modification of mortgage. --------------------------------------

--- The appearing parties accept the present deed in the manner drafted finding it

conforming to what they have agreed. ---------------------------------------------------

------I, made the pertinent legal warnings at the granting and having previously read to everybody out loud, they find it conforming in its content and they ratify its contents signing it before me with the exception of DON ANTONIO ESCOBALES PAGAN, who said he cannot sign, and proceeded to stamp both thumbs in each and every page of this deed, and by asking as instrumental witness, Brunilda Jaume Torres, of legal age, single by divorce, employee and domiciled in Jayuya, Puerto Rico, Social Security Number ████████ to stamps her initials on each and every page of this deed, of all what it is stated in this Public Instrument, , I the NOTARY, ATTEST. --------------------

SIGNED:   ANTONIO ESCOBALES PAGAN -------------------------------------------------------

SIGNED:   MARIA MAGDALENA RIVERA CASTELLANO. -----------------------------------

SIGNED:   FELIPE ORTIZ. ------------------------------------------------------------------------

SIGNED: BRUNILDA JAUME TORRES --------------------------------------------------------

Signed, Flourished and Sealed: MIGUEL TORRES MALDONADO, ATTORNEY NOTARY PUBLIC

---The corresponding Notary Tax stamp is cancelled in the original and certified copy. Accords true and exact with the original deed under the number indicated that is on my protocol of public instruments of the notary I behold, and to which I remit to. -----------

---Stamped on each and every one of the pages of the original are the initials of the appearing parties and the flourish of the Notary -------------------------------------------------

--- I CERTIFY: That this is the first certified copy under number 206 is my protocol of public instruments to which I remit myself to hand in to the Farmers Home Administration, I issue this in Jayuya Puerto Rico the same day it was granted. This deed has 06 pages. --------------------------------------------------------------------------

(Signed and Sealed)   MIGUEL TORRES MALDONADO, Attorney Notary Public ---------

HANDWRITTEN NOTE:  "Registered where it is indicated at the margin of every description of the lots. Encumbered by promissory notes on behalf of the United States of America for the amounts of $41,000.00, $5,000.00, $7,000.00 and $3,000.00, which have been duly modified. Utuado November 7, 1994. ------------------------------------------

Exempt

(Signed and Sealed) Doris M. de (Illegible) Registrar

 (Illegible)

SEAL of the Property Registry of Utuado Section.

EXHIBIT 7

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

*B*

*4 4 - 1 7*

| | CLASE DE PRESTAMO |
|---|---|
| | Tipo: **OL RECURSOS LIMITADOS** |
| | De acuerdo a: |
| | ☒ Consolidated Farm & Rural Development Act<br>☐ Emergency Agricultural Credit Adjustment Act of 1978 |

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| Nombre   ANTONIO ESCOBALES PAGAN | |
|---|---|
| Estado   PUERTO RICO | Oficina   JAYUYA |
| Caso Núm. ▬▬▬▬▬ | Fecha   03-18-88 |

| ACCION QUE REQUIERE PAGARE: |
|---|
| ☒ Préstamo Inicial          ☐ Nuevo Plan de Pago<br>☐ Préstamo Subsiguiente   ☐ Reamortización<br>☐ Consolidación y préstamo   ☐ Venta a Crédito<br>  subsiguiente           ☐ Pagos Diferidos<br>☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en JAYUYA, PUERTO RICO---------------------------------------------

o en otro sitio designado por el Gobierno por escrito, la suma principal de SIETE MIL CON 00/100---------

------------------------ dólares ($ 7,000.00 ) más intereses sobre el principal adeudado al

======================SEIS----------------- **POR CIENTO (** 6 **%) anual. Si este pagaré**

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en --8-- plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | |
|---|---|
| $ 1,254.00------------------ en enero 1, 1989 | $ 1,254.00---------------- en enero 1, 1990 |
| $ 1,254.00------------------ en enero 1, 1991 | $ 1,254.00---------------- en enero 1, 1992 |
| $ 1,254.00------------------ en enero 1, 1993 | $ 1,254.00---------------- en enero 1, 1994 |
| $ 1,254.00------------------ en enero 1, 1995 | $ NA------------------------ en enero 1, 19  ; |
| $ NA-------------------- en enero 1, 19  ; | $ NA------------------------ en enero 1, 19  ; |
| y $ NA------------------------ | |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en --/-- años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

**Jay-Ce-Agricultura**

*Posición 2*

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del Gobierno o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectados por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
ANTONIO ESCABALES PAGAN          *(Prestatario)*

_____
MARIA M. RIVERA                  *(Prestatario)*

_____
HC 01 Box 5204

_____
JAYUYA, PUERTO RICO   00664

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 7,000.00 | 03-18-88 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL  $ 7,000.00 | |

Jay-Ce-Agricultura

*Posición 2*

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

--El importe de este pagaré y la hipoteca que lo garantiza, rea-mortizado al día veintidós de febrero de mil novecientos noventa, dió un saldo deudor montante a Seis Mil Ochenta y Ocho Dólares con Noventa y Un Centavos ($6,088.91) de principal, que devengará in-tereses a razón del cinco y medio por ciento (5.50%) anual, y la suma de Cuatrocientos Ocho Dólares con Treinta y Siete Centavos ($408.37), por concepto de intereses no capitalizables, los cuales no devengarán intereses, para un total de Seis Mil Cuatrocientos Noventa y Siete Dólares con Veintiocho Centavos ($6,497.28), la cual deberá ser pagada en la siguiente forma:--La suma de Seis-cientos Treinta y Cinco Dólares. ($635.00) en o antes del día pri-mero de enero de mil novecientos noventa y uno, y la suma de Seiscientos Treinta y CincoDólares ($635.00) en o antes del día primero de enero de cada año sibsiguientemente, excepto el pago final  que se hará en o antes del día veintidós de febrero del año dos mil cinco, según consta de la escritura número veintisiete (27), otorgada en Jayuya, Puerto Rico en esta misma fecha ante el Notario Fedante.  DOY FE.

--En Jayuya, Puerto Rico, a veintidós de febrero de mil novecien-tos noventa.

RUBEN HERNANDEZ ROSARIO
NOTARIO PUBLICO

ANEJO A PAGARE HIPOTECARIO A FAVOR DE ESTADOS UNIDOS DE AMERICA
POR LA SUMA PRINCIPAL DE $7,000.00 CONSTITUIDO EL DIA 18 DE
MARZO DE 1988 EN JAYUYA, PUERTO RICO, MEDIANTE LA ESCRITURA
PUBLICA NUMERO 44 ANTE EL NOTARIO FRANCISCO DELGADO MARTINEZ.

"El importe de este pagaré y la hipoteca que lo garan-
tiza reamortizado el día 14 DE ENERO DE  1993, asciende
a la suma de Seis Mil Cuarenta y Cuatro Dólares con----
Setenta y Cinco Centavos ($6,044.75) de principal y----
Seiscientos Noventa y Tres Dólares con Seis Centavos---
($693.06) de intereses acumulados a esta fecha para un-
total adeudado de Seis Mil Setecientos Cuarenta Dólares
con Ochenta y Un Centavos ($6,740.81) a cuya cantidad--
se reamortiza el mismo y que habrá de ser pagado en un-
primer pago de Setecientos Sesenta y Un Dólares--------
($761.00) y pagos subsiguientes de Setecientos Sesenta-
y Un Dólares ($761.00) cada uno el día primero de enero
de cada año subsiguiente hasta un pago final que vence-
rá el día primero de enero del año dos mil cinco, con--
tinuando devengando intereses a razón del cinco por----
ciento (5%) anual y todo según consta de la escritura--
pública número seis  (6) otorgada el día catorce de----
enero de mil novecientos noventa y tres en la Ciudad de
Utuado, Puerto Rico ante el Notario Público Miguel-----
Torres Maldonado.
Jayuya, Puerto Rico, a 14 de enero de 1993.

                    MIGUEL TORRES MALDONADO
                    NOTARIO PUBLICO

"ANEJO A PAGARE HIPOTECARIO POR LA SUMA DE $7,000.00 CONSTITUIDO
EL DIA 18 DE MARZO DE  1988 EN LA CIUDAD DE JAYUYA, PUERTO RICO
MEDIANTE LA ESCRITURA NUMERO 44 ANTE EL NOTARIO FRANCISCO A.
DELGADO MARTINEZ"

El importe de este pagaré y la hipoteca que lo garantiza
reamortizado nuevamente el día  19 de octubre de 1994
asciende a la suma de $6,075.28 de principal y $1,200.65
de interess acumulados a esta fecha para un total adeuda-
do de $7,275.93 a cuya cantidad se reamortiza el mismo y
que habrá de ser pagado enpagos anuales diferidos de
$347.00 comenzando el día 1 de enero de 1995 y así subsi-
guientemente pagos anuales por igual cantidad el día 1 de
enero de 1999 y luego pagos anuales de $917.00 el día
primero de nero  del año 2000 y hasta el pago final del
préstamo que será en el término de 15 años a partir de
esta reamortiación, devengando intereses al cinco por
ciento (5%) anual y todo según consta de la escritura
pública número 208 otorgada en Jayuya, Puerto Rico el dái
19 de octubre de 1994 ante el Notario Miguel Torres
Maldonado.

MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

**Anejo al Pagaré o Convenio de Subrogación para el Programa Para Posponer Plazos Debido a el Desastre**

Fecha:   **23 de noviembre de 1999**          Número de caso: ███████

Nombre:  **Antonio Escobales Pagán**

Pagaré o Convenio de Subrogación:

| Código de Fondo | Número de Préstamo | Fecha | Cantidad |
|---|---|---|---|
| 44 | 19 | 03-18-88 | $7,000.00 |

Este anejo enmienda el pagaré o convenio de subrogación indicado arriba para establecer los términos y condiciones de la posposición del plazo descrito adelante:

Número de Designación del Desastre :   **M3031**

Fecha del plazo a ser pospuesto:   **01-01-2000**

Cantidad del plazo a ser pospuesto:   **$ 917.00**

Cualquier cantidad de principal a ser pospuesta continuará acumulando intereses al mismo tipo de interés que se le cargue a la parte no pospuesta de la deuda.

Este anejo no cambia ninguno de los términos y condiciones del pagaré o convenio de subrogación.

El prestatario abajo firmante o cualquier co-deudor está de acuerdo en pagar el plazo pospuesto, más cualquier interés acumulado sobre el principal pospuesto, en o antes de la fecha de vencimiento del préstamo, según establecido en el pagaré o convenio de subrogación enmendado.

Si se restructura el pagaré o convenio de subrogación a través del Programa de Servicios primarios en un futuro, éste anejo se considerará cancelado automaticamente y la cantidad pospuesta se incluirá como parte del total de la deuda restructurada.

El prestatario abajo firmante entiende que al firmar éste anejo está de acuerdo en qué se le dará de baja a cualquier solicitud pendiente de servicios y de preservación de préstamos. Esto no afecta la elegibilidad futura para servicios primarios o de preservación de préstamo.

Huellas y Marca:

_____

Testigo de la marca

EXHIBIT 7A

CERTIFIED TRANSLATION

Form FmHA 1940-17(S)
(Rev. 11-1-78)

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARMERS HOME ADMINISTRATION

### PROMISSORY NOTE

| | | KIND OF LOAN |
|---|---|---|
| Name:  ANTONIO ESCOBALES PAGAN | | Type: OL LIMITTED RESORCES |
| State:  Puerto Rico | Office:  Jayuya | Pursuant to: |
| Case no.:  ▓▓▓▓▓▓▓▓ | Date:  03-18-88 | ☒ Consolidated Farm & Rural Development Act ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| ACTION REQUIRING NOTE | |
|---|---|
| ☒ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assignees, at its office in,  JAYUYA,  PUERTO RICO or at such other place as the Government may later designate in writing, the principal sum of  SEVEN THOUSAND  DOLLARS ($7,000.00), plus interest on the unpaid principal balance at the RATE of  SIX  PERCENT ( 6 %) per annum. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may CHANGE THE RATE OF INTEREST, in accordance with regulations

of the Farmers Home Administration, not, more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower last known address.   The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in 21 installments as indicated below, except as modified by a different rate of interest, on or before the followings dates

| $ | | on | | | | on | |
|---|---|---|---|---|---|---|---|
| $ 1,254.00 | | on | January 1, 1989 | $1,254.00 | | on | January 1, 1990 |
| $ 1,254.00 | | | January 1, 1991 | $1,254.00 | | | January 1, 1992 |
| $ 1,254.00 | | | January 1, 1993 | $1,254.00 | | | January 1, 1994 |
| $ 1,254.00 | | | January 1, 1995 | $ N/A | | | January 1, 19 |
| $ N/A | | | January 1, 19 | $ N/A | | | January 1, 19 |

And $ N/A  thereafter on January 1, of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid shall, be due and payable  7  years from the date of this note, and except the prepayments may be made as provided below. The consideration for the note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan shall be advanced to the Borrower as requested by Borrower and approved by the Government.   Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government.   Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note.   Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to the principal and such new principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of schedule installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled herein.  If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.

While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United State Treasury check by which the Government remits the payment to the holder.  The effective date of any

prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitle accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan (FO).

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| Code & Loan No. | Note Value | Interest Rate | Date | Original Borrower | Last install due |
|---|---|---|---|---|---|
| | $ | % | | | |

| | $ | | % | | | |
|---|---|---|---|---|---|---|
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |
| | $ | | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and this consolidating, rescheduling or reamortizing does not affect other related obligations.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING AGREEMENT. If at any time it shall appear to the Government that Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such a debt, and default under any such other instrument shall constitute default hereunder.  UPON ANY SUCH DEFAULT, the Government at its option may declare all or any part of any such indebtedness

immediately due and payable.

     This note is presented as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "King of Loan" block above.  This note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

     Presentation, protest, and notice are hereby waived.


(SEAL)

ANTONIO ESCOBALES PAGAN
(FINGERPRINTS)
_____
               (BORROWER)

(Sgd.) MARÍA M. RIVERA
_____
               (Co- BORROWER)

HC-01 BOX 5204
_____

JAYUYA, PR 00664
_____

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ 7,000.00 | 03-18-88 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| TOTAL $ 7,000.00 | | | | | |

The amount of this note and the mortgage guaranteeing it, re-amortized on February 22, 1990, came up with an outstanding balance of $6,088.91 in principal, which shall earn interests at a rate of 5.50% per year and the amount of $408.37 as non capital interests, which shall not earn interests for a total of $6,497.28, which shall be paid in the following manner: The amount of $635.00 on or before January 1, 1991, and the amount of $635.00 on or before January 1 of each subsequent year, except that the final payment which will become due and payable on February 22, 2005, as it appears on deed number 27, subscribed in Jayuya, Puerto Rico on even date before the undersigned Notary Public. I SO ATTEST.

In Jayuya, Puerto Rico, today February 22, 1990.

(sgd.) RUBEN HERNÁNDEZ ROSARIO
Notary Public
(SEAL)

ANNEX TO MORTGAGE NOTE ON BEHALF OF THE UNITED STATES OF AMERICA FOR THE PRINCIPAL AMOUNT OF $7,000.00 CONSTITUTED ON MARCH 18, 1988, IN JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC FRANCISCO DELGADO MARTÍNEZ THROUGH PUBLIC DEED NUMBER 44.

"The amount of the note and the mortgage guaranteeing it re-amortized on January 14, 1993, comes up to the principal amount of $6,044.75 as principal and $693.06 as accrued interests as of this date for a total outstanding of $6,740.81 to whose amount the same is re-amortized and which shall be paid in a first installment of $761.00 and subsequent yearly installments of $761.00 each, on January 1 of each subsequent year up to a final payment which shall become due and payable on January 1, 2005, continuing earning interests at a rate of 5% per year as it all appear on public deed number 6, subscribed in Jayuya, Puerto Rico on January 14, 1993 before Notary Public Miguel Torres Maldonado".

Jayuya, Puerto Rico, January 14, 1993

(sgd.) MIGUEL TORRES MALDONADO
Notary Public
(SEAL)

ANNEX TO MORTGAGE NOTE IN THE AMOUNT OF $7,000.00 CONSTITUTED ON MARCH 18, 1988 IN THE CITY OF JAYUYA, PUERTO RICO, BEFORE NOTARY PUBLIC FRANCISCO A. DELGADO MARTÍNEZ

The amount of this note and the mortgage guaranteeing it re-amortized once again on October 19, 1994 comes up to the amount of $6,075.28 of principal and $1,200.65 as accrued interests as of this date for a total debt of $7,275,93, to which amount the same is re-amortized and that which shall be paid by yearly deferred payments of $347.00 starting on January 1, 1995 and so on subsequent yearly payments on  January 1, 1999, on January 1, 2000 until final payment which shall be due 15 years from this modification, earning yearly interest at a 5% rate and all as it appears on public deed number 208, subscribed in Jayuya, Puerto Rico, on October 19, 1994 before Notary Public Miguel Torres Maldonado.

(sgd.) MIGUEL TORRES MALDONADO
Notary Public
(SEAL)



FMHA INSTRUCTION 1951-T
EXHIBIT A

# Addendum to the Promissory Note or Assumption Agreement for the Disaster Set-Aside Program

Date:  November 23, 1999                     Case Number: 

Name:  Antonio Escobales Pagán

Promissory Note or Assumption Agreement:

| Fund Code | Loan No. | Date | Amount |
|-----------|----------|----------|------------|
| 44 | 19 | 03-18-88 | $7,000.00 |

This addendum amends the above-described promissory note or assumption agreement to set forth the terms and conditions for set-aside of the installment described below.

Disaster Designation Number........ M3031
Date of Scheduled Installment Set-Aside....... 01-01-2000
Amount of Installment Set-Aside:.....$917.00

Any principal amount set-aside will continue to accrue interest at the same rate being charged the non-set-aside portion of the note.

This addendum does not change any of the terms or conditions of the promissory note or assumption agreement.

The undersigned borrower and any cosigners hereby agree to pay the installment being set-aside, plus any accrued interest on the principal amount set-aside, on or before the final due date of the loan, as set forth on the note or assumption agreement being amended.

If the promissory note or assumption agreement is later restructured through primary loan servicing, the addendum will automatically be considered cancelled and the amount set-aside will be included in the total debt restructured.

The undersigned borrower understands that by signing this addendum he/she is agreeing to the withdrawal of any pending request for primary and preservation loan servicing. This withdrawal does not affect the undersigned's future eligibility for primary and preservation loan servicing.

Borrower                                   Co-Borrower

(8-01-97)  FSA PN No. 10

Forma FmHA 427-1(S) PR
(Rev. 10-82)

CERTIFICO Haber expedido
Primera Copia
Certificada del
presente documento, a
favor de la parte
interesada, hoy día
de su otorgamiento,
DOY FE.


ABOGADO NOTARIO





```
---------------------NUMERO    CUARENTA Y CUATRO-------------
                        NUMBER    FORTY FOUR-------------------
-----------------HIPOTECA VOLUNTARIA------------------
                  VOLUNTARY MORTGAGE
En  la ciudad de Jayuya, Puerto Rico,  hoy dieciocho de marzo de
In the city of Jayuya, Puerto Rico,  at eighteen day of March,--
mil novecientos ochenta y ocho.-------------------------------
nineteen day, digo, nineteen hundred and eighty eight.--------
----------------------- --------------ANTE MI-----------------
                                       BEFORE ME
-------------------------FRANCISCO A. DELGADO MARTINEZ---------
```

Abogado y Notario Público de la Isla de Puerto Rico con residencia en la ciudad de
Attorney and Notary Public for the Island of Puerto Rico, with residence in  the city of--

Jayuya, Puerto Rico,  y oficina en Jayuya, Puerto Rico,-------------
Jayuya, Puerto Rico,  and office in  Jayuya,--------------  Puerto Rico.

```
-----------------------COMPARECEN--------------------
                        APPEAR
```

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-----------

aparecen de dicho párrafo.--------------------------------------
appear from said paragraph.-----------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.----------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.-------------------------------------------------------
voluntary  mortgage.-----------------------------------------

```
-----------------------EXPONEN----------------------
                        WITNESSETH:
```

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----

denominada de aquí en adelante "los bienes".-----------------
hereinafter referred to as "the property".--------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens   - -   - -

se especifican en el párrafo UNDECIMO.-----------------------
specified in paragraph ELEVENTH herein.----------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with-----------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by—————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—————————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—————————————————

hayan estimado sobre la propiedad hipotecada.————————————————————————
estimated against the property.————————————————————————————————————

CUARTO: Se sobreentiende que:————————————————————————————————————
FOURTH: It is understood that:—————————————————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of———————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————————

das.———————————————————————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.———————————————————————————————————————————
will be the insured lender.————————————————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgage will execute and deliver to the insured lender along——————————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————————————————————————————
and interest.———————————————————————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—————————————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————————————————————
ments on the note, to be designated the "annual charge".——————————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any—————————————————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————



plimiento por parte del deudor hipotecario.——————————————————————
by the mortgagor.——————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————



tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————

- 3 -

subpárrafo (Tres) del párrafo t,OVENO de este instrumento y para asigurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until———

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account———————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgage all extensions and renewals of any of ——————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.—————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————



- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————

hipotecario como agente cobrador del tenedor del mismo.——————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any deliquency charges, now or hereafter required by—

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————



en el párrafo CUARTO anterior por el deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————

párrafo devengará intereses a razón del      SEIS————————————
subparagraph shall bear interest at the rate of   SIX————

—————————————— por ciento (   ————— 6 °/o)——————————
                              per cent (   ————— 6 °/o)——————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará interéses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor—————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee—————————————

hipotecario determinare.———————————————————————————————
determines.——————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely—————————————————————

los propósitos autorizados por el acreedor hipotecario.———————————————————
for purposes authorized by mortgagee.————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens———————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————————

tecario bajo los términos de esta hipoteca.———————————————————————
under the terms of this mortgage.————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro————————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.——————————————————————————
approved by mortgagee.————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all—————————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out———

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgage from time to————

tiempo pueda prescribir.————————————————————————
time may prescribe.————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————

ción o al arrendamiento.————————————————————————
or lease.————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————

que afecten los bienes o su uso.————————————————————
affecting the property or its use.————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————

deudor hipotecario de los convenios de esta hipoteca.————————————
mortgagor of the covenants of this mortgage.————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————



- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————————

esta hipoteca, abandonare los bienes o voluntariamente se los entrega al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————

res para tomar posesion de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor—————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of—————————





- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————
request the protection of the law.——————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————

rarios de abogado.——————
attorney's fees.——————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————



garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any———————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the———

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by———————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over———————————————————

dichos bienes.————————————————————————————————————
said property.——————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in———————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest———————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.—————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any———————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held———————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,—————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————————

especifica más adelante.————————————————————————————————
hereinafter.——————————————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee———————————————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment—————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so—————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any amount then remains, will pay such amount to mortgagor.————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————

de   VEINTICINCO MIL DOLARES ($25,000.00) el predio A y VEINTIOCHO
of    TWENTY FIVE THOUSANDS DOLLARS ($25,000.00) farm A and TWENTY
MIL DOLARES ($28,000.00) el predio B.————
EIGHT THOUSANDS DOLLARS ($28,000.00) farm B.————
OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————

y aseguramiento del préstamo antes mencionado.——————————————
insuring of the loan hereinbefore mentioned.——————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————

hipotecario cediere esta hipoteca sin asegurar el pagaré————————————
should assign this mortgage without insurance of the note,————



SIETE MIL————————————————
SEVEN THOUSANDS————————————   DOLARES ($7,000.00——)
                                                                      DOLLARS ($7,000.00——)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

SEIS————————————————
SIX————————————————   por ciento (————6   º/o) anual;
                                                        per cent  (————6   º/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  SIETE MIL————————————————————————————
(A)  SEVEN THOUSANDS————————————————————————

————————————————————— DOLARES ($ 7,000.00———
————————————————————— DOLLARS ($ 7,000.00———

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender———————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as——————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————————

Tercero;————————————————————————————————————
Three;——————————————————————————————————————

(B)  DIEZ MIL QUINIENTOS————————————————————————
(B)  TEN THOUSANDS AND FIVE HUNDRED——————————————

————————————————————— DOLARES ($10,500.00———
————————————————————— DOLLARS ($ 10,500.00———

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————————

sufrir bajo su seguro de pago del pagaré.————————————————————
sustain under its insurance of payment of the note;——————————————————

Tres. En cualquier caso y en todo tiempo;————————————————————
Three. In any event and at all times whatsoever:——————————————————

(A)  DOS MIL OCHOCIENTOS DOLARES——————————————————
(A)  TWO THOUSANDS AND EIGHT HUNDRED DOLLARS————————————

($ 2,800.00————————) para intereses después de mora:——————————————
($ 2,800.00————————) for default interest:——————————————————

(B)  MIL CUATROCIENTOS DOLARES——————————————————
(B)  ONE THOUSANDS AND FOUR HUNDRED DOLLARS————————————

( $1,400.00————————) para contribuciones, seguro y otros adelantos para la con-
$1,400.00————————) for taxes, insurance and other advances for the preservation ———

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph——————

SEXTO, Tercero;—————————————————————————————————
SIXTH, Three;———————————————————————————————————

(C)  SETECIENTOS DOLARES————————————————————————
(C)  SEVEN HUNDRED DOLLARS——————————————————————

($ 700.00————————— ) para costas, gastos y honorarios de abogado en caso
($ 700.00—————————) for costs, expenses and attorney's fees in case——————

de ejecución:—————————————————————————————————
of foreclosure:————————————————————————————————

(D)  SETECIENTOS DOLARES————————————————————————
(D)  SEVEN HUNDRED DOLLARS——————————————————————

($ 700.00—————————) para costas y gastos que incurriere el acreedor hipoteca-
($ 700.00—————————) for costs and expenditures incurred by the mortgagee in——

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as————————

se consigna en el párrafo SEXTO, Trece.——————————————————————
provided in paragraph (SIXTH, Thirteen.—————————————————————



- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD---------------------------------

de esta hipoteca es (son) descrito(s) como sigue:-----------------------------------------
of this mortgage is(are) described as follows:--------------------------------------------

"Pagaré otorgado en el caso número
"Promissory note executed in case number

fechado el día dieciocho
dated the    eighteen---------

---------------------- de mil novecientos-------------
            day of marzo                nineteen hundred and
---------------------- Marzo
ochenta y ocho----------------por la suma de    SIETE MIL DOLARES--------
eighty eight------------------in the amount of   SEVEN THOUSANDS DOLLARS

($7,000.00)--------------------------------- dólares de principal más
($7,000.00)--------------------------------- of principal plus

intereses sobre el balance del principal adeudado a razón del   SEIS-------------------
interest over the unpaid balance at the rate of    SIX-----------------

------------------------------------ (    6%----------------) por ciento anual,
                                    (    6%    ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,---------------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed------------

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los   SIETE (7)-------------------------------------------------------
and payable    SEVEN (7)-------------------------------------------------

años de la fecha de este pagaré.-----------------------------------------------
years from the date of this promissory note.--------------------------------------

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act----------

de 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as----------------------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.----------------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.-

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:--------------------------------
voluntary mortgage is constituted, is described as follows:-------------------------------



- 13 -

A——"RUSTICA:   Situada en el Barrio Mameyes, lugar denominado——
LIMON, del término municipal de Jayuya, Puerto Rico, dedicada a——
café, guineos y pastos, compuesta de CUATRO CUERDAS y OCHENTA Y——
DOS CENTIAREAS; iguales a Una hectárea, Ochenta y Nueve áreas y——
Cuarenta y Tres centiáreas.  En LINDES por al NORTE, con Juan——
Bautista y Francisca Salgado; por el SUR, con José Batler y——
Joaquín Rodríguez Francisco; por el ESTE y OESTE, con tierras de——
Loreto y Francisca Salgado."——

B——Inscrita al folio Cien (100), del tomo Ochenta y Uno (81) de——
Jayuya, finca número Cuatrocientos Noeventa y Uno (491).——

——Enclava en dicha propiedad una casa de vivienda.——


Folio  100
T...o  104
Fca. Núm. 491
Inscrip.

B——"RUSTICA:   Radicada en el Barrio MAMEYES, lugar denominado——
LIMON, del término municipal de Jayuya, Puerto Rico, compuesta de——
SIETE CUERDAS punto CUATROCIENTOS CINCUENTA CENTESIMAS DE OTRA;——
equivalentes a VEINTINUEVE MIL DOSCIENTOS OCHENTA Y UNO, punto——
CUATROCIENTOS CINCO METROS CUADRADOS; dedicado a café, guineos y——
pastos.  En lindes:  por el NORTE, con Joaquín Rodríguez Francisco;
por el SUR, ESTE y OESTE, con tierras de la cual esta parcela es——
segregación."——

——Inscrita al folio Doscientos Treinta y Nueve, del tomo Diez——
de Jayuya, finca número Cuatrocientos Ochenta y Nueve.——
Adquirió el prestatario la descrita finca por  compra——
Borrower acquired the described property by    purchase——


Folio  95
T...o  104
Fca. Núm. 489
Inscrip.

según consta de la Escritura Número    Sesenta y Cuatro y Cincuenta y Dos——
pursuant to Deed Number    Sixty Four and Fifty Two——
de fecha  veintiuno de mayo de mil novecientos cincuenta y uno y nueve
dated   May twenty one, nineteen hundred and fifty one and nine day of
de junio de mil novecientos setenta y ocho,——
June,  nineteen seventy eight,——
otorgada en la ciudad de   Utuado, Puerto Rico,——
executed in the city of    Utuado, Puerto Rico,——

ante el Notario  Francisco R. Flores y Luis Pérez Matos, respectivamente.
before Notary    Francisco R. Flores and Luis Pérez Matos, respectively.

Dicha propiedad se encuentra   a varias hipotecas a favor de ESTADOS UNIDOS
Said property is    affected to several mortgages in favor of UNITED STATES
DE AMERCI, digo, AMERICA.——
OF AMERICA.——



DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors——

carios  ANTONIO ESCOBALES PAGAN, y su esposa, MARIA M. RIVERA——
are   ANTONIO ESCOBALES PAGAN, and his wife, MARIA M. RIVERA——
mayores de edad, propietarios y vecinos de Jayuya, Puerto Rico,——
of legal age, owners and residents of Jayuya, Puerto Rico,——

cuya dirección postal es:   Bo. Mameyes, Jayuya, Puerto Rico.——
whose postal address is:    Mameyes, Jayuya, Puerto Rico.——

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used——

14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical————

físicas en la finca(s) descrita(s).———————————————————————————
installations on the described farm(s).———————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless—————————

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as—————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the———————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————————

ejecución de la hipoteca.——————————————————————————————
the foreclosure of the mortgage.————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,—————————

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the————————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present—————————

dueños deudores o por sus cesionarios o causahabientes.————————————————
owners or by their assignees or successors.——————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or—————————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)———————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ———————————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings———————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——————————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————————————

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31———————————

L.P.R.A. 1851)———— —————————————————————————————
L.P.R.A. 1851).————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any——————————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with————————

- 15 -





fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part --------

de la propiedad gravada por esta Hipoteca.------------------------------------
of the property encumbered by this Mortgage.-----------------------------------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move-----------------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ---------------

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances---------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will-------------------------

notificará por escrito al Supervisor Local.------------------------
notify it in writing to the County Supervisor.------------------------------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed----------------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous-----

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations--------------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and------------------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern-----------

estos tipos de préstamos.------------------------------------
these types of loans.---------------------------------------------

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of----------------------------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the-----------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two---------------------------------------------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)--------------------------------

----VIGESIMO PRIMERO: El número de seguro social de Antonio------
----TWENTIETH FIRST: The social security number of Antonio-------

Escobales Pagán es el [redacted]--
Escobales Pagán is [redacted]------

Tres [redacted] y el de María M. Rivera es el [redacted]
Three [redacted] and the María M. Rivera [redacted]
[redacted]----------------

---VIGESIMO SEGUNDO: Para efectos de la Ley Hipotecaria se-----
---TWENTIETH SECOND: For mortgage Law effects-----------------

distribuye la responsabilidad hipotecaria de la siguiente manera:
the mortgage responsability will be distribute as follows:--------

La finca A responderá en TRES MIL DOLARES ($3,000.00) y la finca-
Farm A will respond in THREE THOUSANDS DOLLARS ($3,000.00) and farm

B responderá en TRES, digo CUATRO MIL DOLARES ($4,000.00).-------
B will respond in FOUR THOUSANDS DOLLARS ($4,000.00).-----------

---VIGESIMO TERCERO:  Por tratarse de un préstamo de---------
---TWENTIETH THIRD:  For been this loan for------------------

recursos limitados, según indicado en el pagaré, el Gobierno
limited resources, as indicated on the note, the Government-

puede cambiar el porciento de interés de acuerdo con los----
can change the percent rate according with the--------------

reglamentos de la Administración de Hogares de Agricultores.
regulations of Farmers Home Administration.------------------

---------------------------ACEPTACION----------------------
---------------------------ACCEPTANCE----------------------

---Los otorgantes aceptan la presente escritura en la forma-
---The appearing parties ACCEPT this deed in the manner-----

redactada, por ser conforme a lo por ellos convenido.-------
drawn, for been according with all they was suitabled.------

---YO, EL NOTARIO, híceles las advertencias legales---------
---I, THE NOTARY, have made to them the pertinent legal-----

pertinentes y bien impuestas, con excepción de DON ANTONIO
warnings, except to ANTONIO--------------------------------

ESCOBALES PAGAN, quien dice no saber firmar, a sus ruegos, a
ESCOBALES PAGAN, who said that he do not know sign, for-----

la vez como testigo instrumental comparece MILDRED ROLDAN---
his request, also as witness appear:  MILDRED ROLDAN--------

RODRIGUEZ, mayor de edad, soltera, empleada y vecina de Jayuya,
RODRIGUEZ, of legal age, single, employed and resident of Jayuya,

Puerto Rico.------------------------------------------------
Puerto Rico.------------------------------------------------

---PREVIA lectura que a todos hice en alta y clara voz y en
---Previous reading that I made in loud and clear voice, in-

un sólo acto de esta escritura, porque renunciaron al-------
only one act of this deed, because they waved his-----------

derecho que les advertí tenían de hacerlo por sí mismos, YO,
right to do so of which I, advised them, I------------------

EL NOTARIO, de todo lo consignado en este Instrumento-------
the Notary, to everything consigned on this deed------------

Público, al cual cancelaré los sellos correspondientes de--
on which I, cancel the respective seals from----------------

Rentas Internas y al Impuesto Notarial del Colegio de
Internal Revenue and the Notarial tax of the---------------

Abogados de Puerto Rico, así como de haber estampado el--
Attorney's College of Puerto Rico, as soon as he had--------

otorgante que dijo no saber firmar, sus huellas digitales---
placed the party that said do not know to sign, his---------

de los dedos pulgares de éstos últimos al margen de todos y
fingerprint, at margen of all------------------------------

cada uno de los folios de esta escritura, YO, EL NOTARIO,
pages of this deed, I, THE AUTHORIZING NOTARY,------------

DOY FE.----------------------------------------------------
GIVE FAITH.------------------------------------------------

FIRMADO: MILDRED ROLDAN RODRIGUEZ--------------------------
HUELLAS DE: ANTONIO ESCOBALES PAGAN-----------------------
FIRMADO POR: MARIA M. RIVERA------------------------------

...Firmado, signado, sellado y rubricado: Francisco A. Delgado Martínez.
Se encuentran cancelados los correspondientes sellos de Rentas Internas y
el sello del Impuesto Notarial. Concuerda bien y fielmente con la escritura
matriz que bajo el número indicado obra en el protocolo de instrumentos
públicos de esta notaría a mi cargo, y al que me remito. En fe de ello, y
para entregar a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . , parte interesada,
expido la presente primera copia certificada, que notarizo bajo mi firma,
signo, sello y rúbrica, en Jayuya, P. R., el mismo día, mes y año de su
otorgamiento. . . . . . . . . . . . . . . . . . . . . .

Francisco A. Delgado Martínez
Abogado-Notario



DOY FE.

DA FE.

FIRMADO: HILARIO COLÓN ESPÓSITO.

HUELLAS DE: ANTONIO ESCOBALES (??)

FIRMADO POR: MARÍA M. RIVERA.

Firmado, signado, sellado y rubricado... Firmado: A. Delgado Martínez.

Inscrito este documento donde indica al margen ... se halla ... registrada por $41,000.00 y $5,000.00 a favor de Estados Unidos de América los cuales fueron reconocidos ... diciembre de 1989.

Doy Fe ...

Registrada

Certifico Correcto
hoy 17 de enero de
1990

-------ESCRITURA NUMERO DOSCIENTOS OCHO-------------

----- REAMORTIZACION Y MODIFICACION DE HIPOTECA------

--En la Ciudad de Jayuya, Puerto Rico, a los diez y

nueve días de el mes de octubre de mil novecientos-

noventa y cuatro.------------------------------------

----------------------ANTE MI----------------------

MIGUEL TORRES MALDONADO, Abogado y Notario Público-

de Puerto Rico, con residencia, vecindad y estudio-

abierto en esta Ciudad de Utuado, Puerto Rico------

-------------------- COMPARECEN --------------------

DE LA PRIMERA PARTE:-Los esposos ANTONIO ESCOBALES-

PAGAN Y MARIA MAGDALENA RIVERA CASTELLANO, mayores-

de edad, agricultor él, ama de casa ella y vecinos-

de Jayuya, Puerto Rico, Seguro Social números------

███████████ y ██████████ -----------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

DE LA SEGUNDA PARTE:-LOS ESTADOS UNIDOS DE AMEIRCA,

actuando por conducto y a través de la Administra--

ción de Hogares de Agricultores, a tenor con laa---

disposiciones de las Leyes del Congreso tituladas--

"Consolidated Farmers Home Administration Act of---

1961" y/o Ley de Hogares de 1949, según ha sido----

enmendadas, con oficinas principales en Washington,

Distrito de Columbia, Estados Unidos de América,---

representado en este acto por  don FELIPE ORTIZ,---

mayor de edad, casado, empleado y vecino de Jayuya,

Puerto Rico, Seguro Social número ████████ en--

su carácter de Supervisor Local de la Administra---

ción de Hogares de Agricultores, Oficina de Jayuya,

cuyas facultades para este acto constan de la dele--
gacion de poder conferida por el Administrador de---
la Administración de Hogares de Agricultores, y-----
cuyas facultades constan debidamente acreditadas en-
el Registro de la Propiedad.------------------------
-----------------------DOY FE---------------------
Del conocimiento personal de los comparecientes y --
por sus dichos con relación a su edad, estado-------
civil, profesión y vecindad.  Asegura tener y a mi--
juicio tienen la capacidad legal necesaria para-----
este otorgamiento y en tal virtud, libremente-------
----------------------EXPONEN--------------------
PRIMERO:-Que los comparecientes de la primera parte-
son dueños en pleno dominio de las siguientes-------
propiedades:----------------------------------------

"A" RUSTICA:-Situada en el Barrio Mameyes, lugar----
denomindado Limón, del término municipal de Jayuya,-
Puerto Rico, dedicada a café, guineos y pastos, com-
puesta de CUATRO CUERDAS Y OCHENTA Y DOS CENTIAREAS-
IGUALES a una hectárea, ochenta y nueve áreas y cua-
renta y tres centiáreas.  En LINDES:-por el Norte,-
con Juan Bautista  y Francisca Salgado; por el Sur,-
con José Batler y Joaquín Rodríguez Francisco; por-
el Este y Oeste, con tierras de Loreto y Francisca-
Salgado".-------------------------------------------

--Inscrita al folio cien (100) del tomo ochenta y---
uno (81) de Jayuya, finca número cuatrocientos -----
noventa y uno (491).--------------------------------

--Enclava en dicha propiedad una casa de vivienda.--

"B" RUSTICA:-Radicada en el Barrio Mameyes, lugar---
denominado Limón, del término municipal de Jayuya,-
Puerto Rico, compuesta de SIETE CUERDAS PUNTO CUA---
TROCIENTOS CINCUENTA CENTESIMAS DE OTRA, equivalen-
tes a VEINTINUEVE MIL DOSCIENTOS OCHENTA Y UNO------
PUNTO CUATROCIENTOS CINCO METROS CUADRADOS, dedicado
a café, guineos y pastos.  En LINDES:-por el Norte,-
con Joaquín Rodríguez Francisco; por el Sur, Este y-
Oeste, con tierras de la cual esta parcela es segre-
gación".--------------------------------------------

--Inscrita al folio doscientos treinta y nueve (239)-
del tomo diez (10) de Jayuya, finca número cuatro---
cientos ochenta y nueve (489).----------------------

SEGUNDO:-Adquirieron los comparecientes de la prime-
ra parte las propiedades antes descritas mediante---
la escritura pública número doscientos cincuenta y--

folio - 234
tomo - 119 Jayuya
insc. - 22 th.
finca - 491

folio - 229 vto
tomo - 119 Jayuya
insc. - 21 th.
finca - 489

siete (257) otorgada en Jayuya, Puerto Rico, el día--

quince de noviembre de mil novecientos setenta y----

nueve ante el Notario Público Samuel R. Puig Magaz.-

TERCERO:-Las antes descritas propiedades se hallan--

afectas a la siguiente hipoteca:--------------------

1) Hipoteca en garantía de pagaré a favor de los Esta-

dos Unidos de América por la suma principal de------

Siete Mil Dólares ($7,000.00) constituído el día----

diez y ocho de marzo de mil novecientos ochenta y---

ocho en la Ciudad de Jayuya, Puerto Rico mediante---

la escritura pública número cuarenta y cuatro (44)--

suscrita ante el Notario Francisco Delgado Martínez-

con vencimiento en siete años y devengando interese-

ses a razón del seis por ciento (6%) anual.---------

--Esta hipoteca,   había sido modificada el día----

veintidos de febrero de mil novecientos noventa me--

diante la escritura pública número veintisiete de el-

día veintidos de febrero de mil novecientos noventa-

ante el Notario Rubén Hernández Rosario.  Posterior-

mente esta hipoteca fue nuevamente  reamortizada el-

día catorce de enero de mil novecientos noventa y---

tres a la suma de Seis Mil Setecientos Cuarenta Dó--

lares con Ochenta y Un Centavos ($6,740.81), inte---

reses a razón del cinco por ciento (5%) anual y su--

fecha de vencimiento el día primero de enero del año

dos mil cinco, mediante la escritura pública número--

seis (6) otorgada en Jayuya, Puerto Rico el día-----

catorce de enero de mil novecientos noventa y tres--

ante el Notario Miguel Torres Maldonado.------------

CUARTO:-QUE la Administración de Hogares de Agricul--

tores representado por el compareciente de la segun-

da parte y los comparecientes de la primera parte han

acordado MODIFICAR nuevamente la hipoteca constituída

sobre las propiedades relacionadas anteriormente y---

las subsiguientes reamortizaciones de la siguiente---

forma:-------------------------------------------------

--a) Se reamortiza esta hipoteca a los efectos de que-
el principal de la misma sea la suma deSiete Mil Dos-
cientos Setenta y Cinco Dólares con Noventa y Tres--
Centavos ($7,275.93) en vez de Seis Mil Setecientos-
Cuarenta Dólares con Ochenta y Un Centavos ($6,740.81)
como fue últimamente reamortizada.------------------

--b) Se modifica esta hipoteca para que la suma de--
Siete Mil Doscientos Setenta y Cinco Dólares con----
Noventa y Tres Centavos ($7,275.93) sea la nueva----
tasaciónde esta propiedad a los fines de la primera-
subasta que deba celebrarse en caso de ejecución.---

---c) Se modifica esta hipoteca para que la misma---
sea satisfecha mediante los siguientes pagos diferi-
dos:--------------------------------------------------

--1) Pagos anuales de Trescientos  Cuarenta y Siete-
Dólares  ($347.00) comenzando el día primero de ene-
ro de mil novecientos noventa y cinco y así subsi---
guientemente pagos anuales por igual cantidad hasta-
el día primero de enero del año mil novecientos no--
venta y nueve y luego pagos anuales de Novecientos--
Diez  y Siete Dólares ($917.00) el día primero de---
enero del año dos mil (2000) y hasta el pago final--
del préstamo que será en el término de  quince  años
a partir de esta reamortización.--------------------
QUINTO:-En este acto el compareciente de la segunda-
parte me muestra a mí el Notario el pagaré original--
a que se ha hecho referencia y una vez identificado-
por mí el Notario, procedo a anexarle adherido al --
mismo una nota que lee como sigue:------------------
--El importe de este pagaré y la hipoteca que lo---
garantiza reamortizado nuevamente el día diez y nue-
ve de octubre de  mil novecientos noventa y cuatro--
asciende a la suma de Seis Mil Setenta y Cinco Dóla-
res  con Veintiocho Centavos ($6,075.28) de principal



y Mil Doscientos Dólares con Sesenta y Cinco Centavos
($1,200.65) de intereses acumulados a esta fecha para
un total adeudado de Siete Mil Doscientos Setenta y--
Cinco Dólares con Noventa y Tres Centavos ($7,275.93)
a cuya cantidad se reamortiza el mismo y que habrá--
de ser   pagado en pagos anuales diferidos de Tres--
cientos Cuarenta y Siete Dólares ($347.00) comenzando
el día primero de enero de mil novecientos noventa y
cinco y así subsiguientemente pagos anuales por-----
igual cantidad el día primero de enero del año mil--
novecientos noventa y nueve y luego pagos anuales de
Novecientos Diez y Siete Dólares ($917.00) el día---
primero de enero del año dos mil (2000) y  hasta-----
el pago final del préstamo  que será en el término--
de quince años a partir de esta reamortización,-----
devengando intereses al cinco por ciento (5%) anual-
y todo según consta de la escritura pública número--
doscientos ocho (208)------- otorgada en Jayuya,----
Puerto Rico el día diez y nueve de octubre de  mil--
novecientos noventa y cuatro ante el Notario Público-
Miguel Torres Maldonado.----------------------------
SEXTO:-Por tratarse de un préstamo de recursos------
limtiados, según indicado en el pagaré el Gobierno--
puede cambiar el por ciento de interés de acuerdo---
con los reglamentos de la Administración de Hogares-
de Agricultorse.------------------------------------
SEPTIMO:-Manifiestan los comparecientes de la prime-
ra parte que es de su propio y personal conocimiento
todas y cada una de la obligaciones, cláusulas y----
estipulaciones contenidas o mencionadas en la escri-
tura de hipoteca relacionada en el párrafo Tercero---
de esta escritura y en este acto se obligan a cumplir
todas y cada una de las mismas.---------------------
OCTAVO:-Así mismo, todas las cláusulas y condiciones
expresadas en la escritura original de hipoteca que-

no han sido cambiadas o modificadas en este acto,---

quedarán válidas y subsistentes.---------------------

NOVENO:-Las partes solicitan del Registro de la Pro-

piedad que se sirva inscribir en su día esta reamor-

tización y modificación de hipoteca.----------------

--Los comparecientes aceptan esta escritura en la---

forma redactada por hallarla conforme a lo convenido.

--Le hice las advertencias de Ley pertinentes al-----

otorgamiento y previa lectura que de la misma hice a

los comparecientes en alta voz, la encontraron con-

forme y en su contenido se ratifican firmándola ante

mí todos , excepto don Antonio Escobales Pagán,-----

quien alega no saber firmar y procede a estampar----

las huellas digitales de ambos dedos pulgares en----

todos los folios de esta escritura y a sus ruegos y-

como testigo firma  Brunilda Jaume Torres-----------

quien es mayor  de edad, soltera por divorcio,------

empleada y vecino de Jayuya, Puerto Rico,-----------

Seguro Social número ███████████- quien estampa----

sus iniciales en todos los folios de esta escritura,--

de todo lo cual y de cuanto contiene este instrumento

público, Yo, El Notario,  DOY FE.--------------------

FIRMADO:- ANTONIO ESCOBALES PAGAN.---------------------
FIRMADO:-MARIA MAGDALENA RIVERA CASTELLANO.----------
FIRMADO:-FELIPE ORTIZ.-----------------------------
FIRMADO:- BRUNILDA JAUME TORRES.-------------------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO, MIGUEL TORRES
MALDONDO,  NOTARIO PUBLICO.------------------------

--Cancelados en el original y en la copia certificada
de esta escritura  el correspondiente  sello del---
Impuesto Notarial del Colegio de Abogados de Puerto-
Rico.---------------------------------------------

--Estampadas en todos y cada uno de los folios del---
original las iniciales del (los) otorgantes y la----
rúbrica del Notario.-------------------------------

--CERTIFICO:-Que la que precede es primera copia cer-
tificada de su original que bajo el número 208 obra---
en mi protocolo de instrumentos públicos al cual me--
remito y para entregar a Farmers Home Administration-
expido la presente en  Jayuya, Puerto Rico,  hoy día-
de su otorgamiento.  Esta escritura consta de  06----
folios.

NOTARIO PUBLICO

Resulta allí donde se indica
al margen de cada una de las
descripciones de las fincas.
Afectas a Hipotecas en garantía de  pagarés a favor de
Estados Unidos de America por las sumas de $4,000%;
$5,000; $7,000, y $3,000% las cuales han
sido modificadas. Situado a 8 de noviembre de
1994.
Exenta

Registradora

1-26-95

EXHIBIT 9A

CERTIFIED TRANSLATION

# MIGUEL TORRES MALDONADO
# ATTORNEY - NOTARY PUBLIC

Doctor Cueto #87

## Utuado, Puerto Rico

Telephone 894-3100

Presented 269
Diary 265
Time 1:30
Date Nov 3, 94
Utuado Registry

NUM   208

## DEED OF REAMORTIZATION OF MORTGAGE LOANS AND
## MORTGAGE MODIFICATION

Granted by

DON ANTONIO ESCOBALES PAGAN AND HIS WIFE
DONA MARIA MAGDALENA RIVERA CASTELLANOS

On Behalf of

_____

In Jayuya Puerto Rico, on 19 th of Octubre   of 1994

(Handwritten at he bottom "4.82 acres #491, 7.450 acres #489")

**Copy**

## DEED NUMBER TWO HUNDRED EIGHT

## REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

---In the city of Jayuya, Puerto Rico, on the nineteenth day of October of nineteen hundred ninety four. -------------------------------------------------------------------------

---BEFORE ME---

---MIGUEL TORRES MALDONADO, Attorney and Notary Public of Puerto Rico with residence, domicile and offices in the city of Utuado, Puerto Rico.

---APPEARING---

---ON THE FIRST PART: DON ANTONIO ESCOBALES PAGAN, and his wife, DOÑA MARIA MAGDALENA RIVERA CASTELLANO, of legal age, he a farmer, she a housewife and domiciled in Jayuya, Puerto Rico, Social Security number ▇▇▇▇▇▇ and ▇▇▇▇▇▇▇ -----------------

---AS PARTY OF THE SECOND SIDE: UNITED STATES OF AMERICA, acting through Farmer's Home Administration according to Congress Act titled Consolidated Farmer's Home --Administration Act of 1961or Home Law of 1949, as amended, with principal offices in Washington, District of Columbia, United States of America, represented in this act by DON FELIPE ORTIZ, of legal age, married, employee and domiciled in Jayuya, Puerto Rico, Social Security Number ▇▇▇▇▇ in his character of Local Supervisor of Farmer's Home Administration, Jayuya Office, whose faculties are duly delegated and conferred by the Administrator of the Farmers Home Administration and whose faculties are duly credited in the Property Registry. -----------

ATTEST

Of knowing personally the appearing parties and form their statements, which I judge to be true, also of their age, status, occupation and domicile; they assure me that they have and to my knowledge they do, the legal capacity necessary for the present granting and in virtue thereof they freely: -----------------------------------------------

------------------------------------------STATE-----------------------------------------------

---FIRST:   That the appearing first party, are the fee simple owners of the following real estate properties: ------------------------------------------------------------------------------

> ----"RURAL   A:   Located   at   Barrio   Mameyes,   place denominated LIMON. Of the municipality of Jayuya, Puerto Rico dedicated to coffee, bananas and pasture; comprised by FOUR CUERDAS AND EIGHTY TWO HUNDREDTHS OF ANOTHER; equal to one hectare, eighty-nine areas and forty-hundredths area.  In boundaries: by the NORTH, with Juan Bautista and Francisca Salgado; by the SOUTH, with José Batler and Joaquín Rodríguez Francisco; by the EAST, and WEST with lands of Loreto and Francisca Salgado." -----

--Registered on Page One Hundred (100), of Volume Eighty One (81) of Jayuya, Lot Number Four Hundred Ninety One (491). --------------------------------------------------------

---On this lot of land there is a household residence. -----------------------------------------

(Handwritten at margin; " page 234 back, volume 119 of Jayuya, 22TH registration, lot ---

# 491") --------------------------------------------------------------------------------------------

> ----"RURAL   B:   Located   at   Barrio   Mameyes,   place denominated Limon, of the municipality of Jayuya, Puerto

Rico, comprised by SEVEN CUERDAS POINT FIVE
HUNDREDTHS, equivalent to TWENTY NINE THOUSAND
TWO HUNDRED EIGHTY ONE POINT FOUR HUNDRED
FIVE SQUARE METERS; devoted to coffee, bananas and
pasture. In boundaries by the NORTH, with Joaquin
Rodriguez Francisco; by the SOUTH, EAST and WEST by
the land from which this parcel is segregated." ------------------

---Registered at Page Two hundred Thirty Nine (239) of Volume ten (10) of Jayuya, lot
Number Four Hundred Eighty Nine (489). ---------------------------------------------------------

(Handwritten at margin; "page 229, volume 119 of Jayuya, 21ᵗʰ registration, lot # 489")

SECOND:  The first party acquired the property through public deed number two
hundred fifty seven (257) dated November fifteen, nineteen hundred seventy nine,
granted in Jayuya, Puerto Rico before Notary Public Samuel R. Puig Magaz. -------------

THIRD: The properties aforementioned are encumbered by the following mortgages:
1) Mortgage in guarantee of promissory note on behalf of the United States of America,
acting through the Farmer's Home Administration, for the principal amount of Seven
thousand dollars ($7,000.00), constituted the eighteenth of March of nineteen hundred
eighty eight, in the city of Jayuya and through public deed number forty four (44)
constituted before notary public Francisco Delgado Martinez, with due date seven years
(7) after it was granted and earning interest a rate of six percent (6%) yearly.--------------
-- This mortgage had been modified the twenty-two of February of nineteen hundred
nine through public deed number twenty seven (27) subscribed in Jayuya, Puerto Rico
before Notary Public Ruben Hernandez Rosario.  Later on it was again re-amortized the

fourteenth of January of nineteen hundred ninety three, to the amount of Six Thousand Seven Hundred Forty Dollars and eighty One Cents ($6,740.81) interests at five (5 %) and its due date at the first of January of Two thousand five, through public deed number seven (6) subscribed in Jayuya, Puerto Rico the fourteenth of January of nineteen hundred ninety three before Notary Public Miguel Torres Maldonado. ----------

FOURTH: that the Farmers Home Administration represented by the appearing Second Party and the First Party have agreed to MODIFY again the mortgage over the properties aforementioned and subsequent re-amortizations of the following manner: ----

--a) The Mortgage is re-amortized to the effects that the principal be Seven Thousand Two Hundred Seventy Five  Dollars and Ninety Three Cents ($7,275.93) instead of Six Thousand Seven  Hundred Forty  Dollars and Eighty One Cents ($6,740.81) as it was lately re-amortized.

--b) This mortgage is modified so that the sum of Seven Thousand Two Hundred Seventy Five  Dollars and Ninety Three Cents ($7,275.93) be the new appraisal of the property  for the purpose of the first auction in case of foreclosure.----------------------------

--c) This mortgage is modified so it can be repaid in the following differed payments :---

    --1) Yearly payments of Three Hundred Forty-seven Dollars ($347.00) starting on January 1, 1995, and so on with yearly payments on an equal amount until January 1, 1999, and then yearly payments of Nine Hundred Seventeen Dollars ($917.00) on January 1, 2000 and up to the final payment of the loan which shall be fifteen years from this re-amortization. --------------------------------------------------------------------------

FIFTH: In this act the appearing second party showed me the Notary Public the original promissory note to which I made reference and once identified by me the Notary Public, I proceeded to inscribed on it the following note: ----------------------------------------------------
" The amount of this promissory note and the mortgage that guarantees it re-amortized again on January nineteenth of nineteen hundred ninety four, for the amount Six Thousand Seventy Five Dollars and Twenty Eight Cents ($6,075.28) as principal and One Thousand Two Hundred Dollars and Sixty Five Cents ($1,200.65) of interest accrued up to that date for a total owed of Seven Thousand Two Hundred Seventy Five Dollars and Ninety Three Cents ($7,275.93) whose amount will be re-amortized and the same will be paid by differed payments of Three Hundred Forty-seven Dollars ($347.00) starting as of January 1, 1995 and so on, with yearly payments on an equal amount on January 1, 1999, and then yearly payments of Nine Hundred Seventeen Dollars ($917.00) on January first of the year 2000 and up to the final payment of the loan which shall be within fifteen years as of this re-amortization, earning interests at five percent (5%) yearly and all as it appears on public deed number two hundred and eight (208), subscribed in Jayuya, Puerto Rico on October 9, 1994 before Notary Public Miguel Torres Maldonado.. --------------------------------------------------------------------------
SIXTH: Since it is a loan of limited resources as indicated in the promissory note, the Government can change the interest rate, according to the regulations of the Farmer's Home Administration. ----------------------------------------------------------------------
SEVENTH: The appearing first party manifests their personal knowledge as to each and every obligation clause and stipulations contained or mentioned in the Deed of

Mortgage related in Third paragraph, and in this act clearly, bind them to comply with each and every one of them. ------------------------------------------------------------------

EIGHTH: At the same time all the clauses and conditions expressed in the original mortgage deed that have not been changed hereby, will remain valid and subsequent. --

NINTH: The parties requests of the Real Estate Property Registrar to register today on its day this re-amortization and modification of mortgage. ----------------------------------

--- The appearing parties accept the present deed in the manner drafted finding it conforming to what they have agreed. ------------------------------------------------------------

------I, made the pertinent legal warnings at the granting and having previously read to everybody out loud, they find it conforming in its content and they ratify the same by signing it before me with the exception of DON ANTONIO ESCOBALES PAGAN, who says he cannot sign, and proceeds to stamp both thumbs in each and every page of this deed, and by asking as instrumental witness, Brunilda Jaume Torres, of legal age, single by divorce, Social Security Number ███████-employee and domiciled in Jayuya, Puerto Rico, who affix his initials on each and every  page of this deed, of all what it is stated in this Public Instrument, I the NOTARY  SO ATTEST. --------------------

SIGNED:  ANTONIO ESCOBALES PAGAN -------------------------------------------------------------

SIGNED:  MARIA MAGDALENA RIVERA CASTELLANO. ---------------------------------

SIGNED:  FELIPE ORTIZ ----------------------------------------------------------------------------

SIGNED:  BRUNILDA JAUME TORRES ----------------------------------------------

Signed, flourished and sealed:  MIGUEL TORRES MALDONADO NOTARY PUBLIC. ---

(Signed and sealed)   MIGUEL TORRES MALDONADO, Attorney - Notary Public

HANDWRITTEN NOTE:  "Registered where it's indicated at the margin of every description of the lots. Both lots encumbered by mortgages on behalf of the United States of America for the amounts of $41,000.00, $5,000.00, $7,000.00 and $3,000.00 which have been re-amortized.  Utuado, November 8. 1994.

Exempt"

Doris M. de Figueroa

(Signed and Sealed) Registrar

01-26-95 (Signed illegible)



EXHIBIT 10

USDA-FmHA
Form FmHA 1940-17
(Rev. 10-89)

### PROMISSORY NOTE

| KIND OF LOAN |
| --- |
| Type: __EM__  ☐ Regular |
| ☐ Limited Resource |
| Pursuant to: |
| ☐ Consolidated Farm & Rural Development Act |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | |
| --- | --- |
| ANTONIO ESCOBALES PAGAN | |
| State | County |
| PUERTO RICO | JAYUYA |
| Case No. | Date |
| ██████████ | APRIL 28, 1995 |
| Fund Code | Loan No. |
| 43 | 21 |

**ACTION REQUIRING NOTE**

☒ Initial loan   ☐ Rescheduling
☐ Subsequent loan   ☐ Reamortization
☐ Consolidated & subsequent loan   ☐ Credit sale
☐ Deferred payments
☐ Consolidation   ☐ Debt write down
☐ Conservation easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the ''Government''), or its assigns, at its office in   JAYUYA, PUERTO RICO————————————————

——————————————, or at such other place as the Government may later designate in writing, the principal sum of

THIRTEEN THOUSANDS SIX HUNDREDS TEN———————————————————————— dollars

($  13,610.00                              ), plus interest on the unpaid principal balance at the **RATE** of

THREE AND THIRD QUARTER——————————————— percent (   3.7500   %) per annum and

——————————————————————————————dollars ($  ————————  ) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the ''Kind of Loan'' box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in   21   installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| $ 1.00 | on | 01-01-96 | ; $ 1.00 | on | 01-01-97 |
| --- | --- | --- | --- | --- | --- |
| $ 1.00 | on | 01-01-98 | ; $ 1.00 | on | 01-01-99 |
| $ 1.00 | on | 01-01-00 | ; $ 1,373.00 | on | 01-01-01 |
| $ | on | | ; $ | on | |
| $ | on | | ; $ | on | |
| $ | on | | ; $ | on | |

and $  1,373.00   thereafter on   1-1-   of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable   20   years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Records of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)



ANTONIO ESCOBALES PAGAN                    (Borrower)

_María Magdalena Rivera Castellano_
María Magdalena Rivera Castellano(Co-Borrower)

HC-01 Box 5204

Jayuya, PR  00664

**RECORD OF ADVANCES**

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 13,610.00 | . | $ | | $ | |
| $ | | $ | | $ | |
| $ | . | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

## Anejo al Pagaré o Convenio de Subrogación para el Programa Para Posponer Plazos Debido a el Desastre

Fecha:   **23 de noviembre de 1999**         Número de caso: ███████████

Nombre:  **Antonio Escobales Pagán**

Pagaré o Convenio de Subrogación:

| Código de Fondo | Número de Préstamo | Fecha | Cantidad |
|---|---|---|---|
| 43 | 21 | 04-28-95 | $13,610.00 |

Este anejo enmienda el pagaré o convenio de subrogación indicado arriba para establecer los términos y condiciones de la posposición del plazo descrito adelante:

Número de Designación del Desastre :   **M3031**

Fecha del plazo a ser pospuesto:   **01-01-2000**

Cantidad del plazo a ser pospuesto:   **$ 1.00**

Cualquier cantidad de principal a ser pospuesta continuará acumulando intereses al mismo tipo de interés que se le cargue a la parte no pospuesta de la deuda.

Este anejo no cambia ninguno de los términos y condiciones del pagaré o convenio de subrogación.

El prestatario abajo firmante o cualquier co-deudor está de acuerdo en pagar el plazo pospuesto, más cualquier interés acumulado sobre el principal pospuesto, en o antes de la fecha de vencimiento del préstamo, según establecido en el pagaré o convenio de subrogación enmendado.

Si se restructura el pagaré o convenio de subrogación a través del Programa de Servicios primarios en un futuro, éste anejo se considerará cancelado automaticamente y la cantidad pospuesta se incluirá como parte del total de la deuda restructurada.

El prestatario abajo firmante entiende que al firmar éste anejo está de acuerdo en qué se le dará de baja a cualquier solicitud pendiente de servicios y de preservación de préstamos. Esto no afecta la elegibilidad futura para servicios primarios o de preservación de préstamo.

Firmas y Marca:

Testigo de la marca

FmHA INSTRUCTION 1951-T
EXHIBIT A

# Addendum to the Promissory Note or Assumption Agreement for the Disaster Set-Aside Program

Date:  November 23, 1999          Case Number: ███████████

Name:  Antonio Escobales Pagán

Promissory Note or Assumption Agreement:

| Fund Code | Loan No. | Date | Amount |
|-----------|----------|------|--------|
| 43 | 21 | 04-28-95 | $13,610.00 |

This addendum amends the above-described promissory note or assumption agreement to set forth the terms and conditions for set-aside of the installment described below.

Disaster Designation Number........ M3031
Date of Scheduled Installment Set-Aside....... 01-01-2000
Amount of Installment Set-Aside:.....$ 1.00

Any principal amount set-aside will continue to accrue interest at the same rate being charged the non-set-aside portion of the note.

This addendum does not change any of the terms or conditions of the promissory note or assumption agreement.

The undersigned borrower and any cosigners hereby agree to pay the installment being set-aside, plus any accrued interest on the principal amount set-aside, on or before the final due date of the loan, as set forth on the note or assumption agreement being amended.

If the promissory note or assumption agreement is later restructured through primary loan servicing, the addendum will automatically be considered cancelled and the amount set-aside will be included in the total debt restructured.

The undersigned borrower understands that by signing this addendum he/she is agreeing to the withdrawal of any pending request for primary and preservation loan servicing. This withdrawal does not affect the undersigned's future eligibility for primary and preservation loan servicing.

Borrower                                    Co-Borrower

(8-01-97)  FSA PN No. 10

EXHIBIT 11

FHA - Final I

| Presentado al a... | 233 | 4 |
| Diario | 268 | |
| Hora | 8:25 | |
| Fecha | 27 Junio 95 | |
| Registro de Uscado | | |

LCDO. JAIME O. RIVERA SOTOMAYOR
APARTADO 797
JAYUYA, PUERTO RICO 00664-0797
Teléfono y Fax (809) 828-0515

**ABOGADO Y NOTARIO**

NIHIL PRIUS FIDE

## Número

_____III_____

# ESCRITURA
## DE

Hipoteca Voluntaria

### OTORGADA POR

Antonio Escobales Pagán y

Maria Magdalena Rivera Castellano

A FAVOR DE

Estados Unidos de America

En ___Jayuya___, P. R.,

a 28 de ___abril___ de 19 95

489-?

4.82 ctb.

491-

Forma FmHA 427-1(S) PR
(Rev. 10-82)

----------NUMERO CIENTO ONCE (111)----------
- NUMBER

EXPEDI: Primera----
copia certificada a-
favor de ESTADOS ---
UNIDOS DE AMERICA en
la misma fecha de su
otor _____
CERTIFICO:----------

----------HIPOTECA VOLUNTARIA----------
VOLUNTARY MORTGAGE

En Jayuya, Puerto Rico, hoy veintiocho (28)---------- de
la
abril de mil novecientos noventa y cinco (1995).-------

----------ANTE MI----------
BEFORE ME

----------JAIME O. RIVERA SOTOMAYOR----------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en  JAYUYA, -
Attorney and Notary Public for the Island of Puerto Rico, with residence in

PUERTO RICO--------  y oficina en       JAYUYA, -------------- Puerto Rico.
and office in

----------COMPARECEN----------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------

aparecen de dicho párrafo.----------
appear from said paragraph.----------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.----------
statements which I believe to be true of their age, civil status, profession and residence.--

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para el otorga-
of their property, and they have, in my judgment, the necessary legal capacity to make this

miento.----------
voluntary mortgage.----------

----------EXPONEN----------
WITNESSETH

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".----------
hereinafter referred to as "the property".----------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.----------
specified in paragraph ELEVENTH herein.----------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration.----------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------

...a préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
...loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

...ngación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
...reinafter called "the note" whether one or more. It is required by————————————

...Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
...e Government that additional monthly payments of one-twelfth of the———————

...s contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
...xes, assessments, insurance premiums and other charges————————————————

...ayan estimado sobre la propiedad hipotecada.————————————————————————
...timated against the property.——————————————————————

...UARTO: Se sobreentiende que:————————————————————————————————
...URTH: It is understood that:————————————————————————

...Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
...ne) The note evidences a loan or loans to the mortgagor in the————————————

...uma de principal especificada en el mismo, concedido con el propósito y la inten-
...rincipal amount specified therein made with the purpose and intention—————————

...ión de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
...at the mortgagee, at any time, may assign the note and—————————

...asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
...sure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

...onsolidando la Administración de Hogares de Agricultores o el Título Quinto de
...onsolidating the Farmers Home Administration or Title Five of—————————

...a Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
...e Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

...Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
...wo) When payment of the note is guaranteed by the mortgagee————————————

...ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
...it may be assigned from time to time and each holder of the insured note, in turn,—

...estamista asegurado.————————————————————————
...be the insured lender.———————————————————————

...Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
...ree) When payment of the note is insured by the mortgagee, the———————

...r hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
...ortgagee will execute and deliver to the insured lender along—————————

...pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
...th the note an insurance endorsement insuring the payment of the note fully as to principal

...eses de dicho pagaré.————————————————————————————————
...d interest.————————————————————————

...Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
...our) At all times when payment of the note is insured by the mortgagee,——————

...potecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
...mortgagee by agreement with the insured lender————————————————

...terminarán en el endoso de seguro la porción de pago de intereses del pagaré
...t forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

...ue será designada como "cargo anual".————————————————————————
...ents on the note, to be designated the "annual charge".——————————

...Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
...ive) A condition of the insurance of payment of the note will be that the holder—

...dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
...will forego his rights and remedies against the mortgagor and any——————

- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera ... os en relación con dicho préstamo a ... omo también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————
the mortgagor.————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsement by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

- 3 -







...párrafo (Tres) del párrafo ...VENO de este, instrumento y para as...rar el
...paragraph (Three) of paragraph NINTH hereof, and to secure the-------------

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor----------------

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
...contained herein or in any supplementary agreement, the mortgagor----------

...a presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
...hereby constitutes a voluntary mortgage in favor of the mortgagee on----------

...los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
...the property described in paragraph ELEVENTH hereof, together with all rights,------

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
...interests easements, hereditaments and appurtenances thereto belonging,------

...los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
...the rents, issues and profits thereof and revenues and-----------------------

...ngreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or----------------

...el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
...after attached thereto or reasonably necessary to the use thereof,------------

...sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
...all water, water rights and shares in the same pertaining to------------------

...las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
...the farms and all payments at any time owing to the mortgagor------------------

...por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
...by virtue of any sale, lease, transfer, conveyance or total or----------------

...total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest---------------

...ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
...therein, it being understood that this lien will continue in full force and effect until---

...que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
...all amounts as specified in paragraph NINTH hereof, with interest before and------

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
...after maturity until paid, have been paid in full.----------------------------

En caso de ejecución, los bienes responderán del pago del principal, los intereses
...In case of foreclosure, the property will be answerable for the payment of the principal, interest

...antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
...dor before and after maturity until paid, losses sustained by the-----------

...dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
...mortgagee as insurer of the note, taxes, insurance premiums, and---------------

...quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
...other disbursements and advances by the mortgagee for the mortgagor's account----

...hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
...with interest until repaid to the mortgagee, costs, expenses and---------------

...gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
...attorney's fees of the mortgagee all extensions and renewals of any of-----------

...vación de dichas obligaciones con intereses sobre todas y-todo otro cargo o suma
...and obligations, with interest on all and all other charges and additional-------

...adicional especificada en el párrafo NOVENO de este documento.----------------
...amounts as specified in paragraph NINTH hereof.------------------------------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:---------------
SIXTH: That the mortgagor specifically agrees as follows:------------------------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness-------------------------------

· 4 ·

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del  TRES PUNTO SETENTA Y CINCO
subparagraph shall bear interest at the rate of

por ciento ( 3.75-- %)
per cent (         %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudo
per annum from the date on which the amount of the advance was due to the date of paymen

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipotec-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de habe
or for taxes or assessments or other similar charges by reason of the

M M R C

D f o j

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a ción
mortgagor's failure to pay the same, shall bear interest at the rate——————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————

hiera que los mismos sean satisfechos por el deudor hipotecario.—————————
until repaid to the mortgagee.——————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————

cera con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
First available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————

hipotecario determinare.——————————————————————————
determines.——————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————

los propósitos autorizados por el acreedor hipotecario.——————————————
for purposes authorized by mortgagee.——————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————————————
under the terms of this mortgage.——————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-——————

nes, o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

aprobare el acreedor hipotecario.——————————————————————
approved by mortgagee.——————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se renueva grava, arena, aceite, gas, carbón u otros nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo the repairs on the property that the mortgagee may request from time to

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en and farm and home management plans as mortgagee from time to———————————

tiempo pueda prescribir.——————————————————————————— time may prescribe.——————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden- (Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor in the regulations of the Farmers Home Administration, mortgagor—————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a purpose and will not lease the farm or any part of it——————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera- unless mortgagee agrees in writing to any other method of operation—————————

ción o al arrendamiento.————————————————————————— or lease.——————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la (Eleven) To submit in the form and manner mortgagee may require,—————————

información de sus ingresos y gastos y cualquier otra información relacionada con information as to his income and expenses and any other information in regard to the—

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos operation of the property, and to comply with all laws, ordinances, and regulations———

que afecten los bienes o su uso.——————————————————————— affecting the property or its use.———————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el (Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía to inspect and examine the property for the purpose of ascertaining whether or not———

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter- the security given is being lessened or impaired, and if such inspection or examination shall———

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer- disclose, in the judgment of mortgagee, that the security given is being lessened———————

mada o deteriorada, tal condición se considerará como una violación por parte del or impaired, such condition shall be deemed a breach by the——————————————

deudor hipotecario de los convenios de esta hipoteca.———————————————— mortgagor of the covenants of this mortgage.————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión (Thirteen) If any other person interferes with or contests the right of possession————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará of the mortgagor to the property, the mortgagor will immediately notify————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción——— mortgagee of such action, and mortgagee at its option———————————————

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its----------------------------------

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said----------------

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered------------------------

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause---------------------

para adelantos, gastos y otros pagos.----------------------------------------------------------
for advances, expenditures and other payments.-------------------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect-------

esta hipoteca, abandonare los bienes o voluntariamente se los entregare al acree-
should abandon the property or voluntarily deliver it to mortgage,--------------------

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered-----------------------------------------

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect------

las rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the-------------

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced---

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed, -----------------------

en el orden y manera que el acreedor hipotecario determinare.---------------------------
in what ever order and manner mortgagee may determine.---------------------------------

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgage determines that mortgagor------------------------

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production--------------------

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a----------------

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,----------------------------

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept------------------------------

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.-----------------------
purchase any necessary shares of stock in the cooperative agency in regard to said loan.---

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured----

con esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called--------

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply---------

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,-----

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an------------------------------

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of----

— 8 —





Forma FmHA 427-1(S) PR
(Rev. 10-82)



dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

- 9 -





...ociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
...in any way with mortgagor or grant to mortgagor any

...ndulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
...dulgence or forbearance or extension of the time for payment of the note (with the

...onsentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
...onsent of the holder of the note when it is held by

...ista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
...an insured lender) or for payment of any indebtedness to mortgagee

...rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
...hereby secured; or (three) execute and deliver partial releases of any

...quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
...part of said property from the lien hereby created or grant deferment or

...postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
...postponement of this mortgage to any other lien over

...dichos bienes.
...said property.

...(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
...(Nineteen) All right, title and interest in or to this mortgage,

...incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
...including but not limited to the power to grant consents, partial releases,

...parciales, subordinación, cancelación total, radica sola y exclusivamente en el
...subordinations, and satisfaction, shall be vested solely and exclusively in

...acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
...mortgagee, and no insured lender shall have any right, title or interest

...terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
...in or to the lien or any benefits herein contained.

...(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
...(Twenty) Default hereunder shall constitute default under any

...quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
...other real estate or crop or chattel mortgage held

...o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
...or insured by mortgagee and executed or assumed by mortgagor,

...tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
...and default under any such other security instrument shall

...constituirá incumplimiento de esta hipoteca.
...constitute default hereunder.

...(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
...(Twenty-One) All notices to be given under this mortgage shall

...remitido por correo certificado a menos que se disponga lo contrario por ley, y
...sent by certified mail unless otherwise required by law,

...será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
...shall be addressed until some other address is designated in a notice so given,

...en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
...in case of mortgagee to Farmers Home Administration,

...Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
...United States Department of Agriculture, San Juan, Puerto Rico, and in the

...caso del deudor hipotecario, a él a la dirección postal de su residencia según se
...case of mortgagor to him at the post office address of his residence as stated

...especifica más adelante.
...hereinafter.

...(Veintidos) El deudor hipotecario por la presente cede al acreedor hipoteca-
...(Twenty-Two) Mortgagor by these presents grants to mortgage-

- 10 -

Form FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de LAS PROPIEDADES DESCRITAS COMO "A" y "B" en
of SESENTA Y NUEVE MIL SEISCIENTOS DIEZ DOLARES
($69,610.00).
---Cada una individualmente.-------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré! TRECE MIL
should assign this mortgage without insurance of the note,

SEISCIENTOS DIEZ DOLARES-----------DOLARES ($ 13,610.00)
                                     DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del TRES-
the principal amount of said note, together with interest as stipulated therein at the rate of

PUNTO SETENTA Y CINCO --------por ciento (3.75---- %) anual;
                               per cent (          %) per annum;



- 11 -

En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
At all times when said note is held by an insured lender:

TRECE MIL SEISCIENTOS DIEZ----------------------------

----------------------------------DOLARES ($13,610.00)---
                                   DOLLARS  ($

...a indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
... indemnifying the mortgagee for advances to the insured lender----

...or motivo del incumplimiento del deudor hipotecario de pagar los plazos según
... reason of mortgagor's failure to pay the installments as----

...especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
...cified in the note, with interest as stated in paragraph SIXTH,----

...cero:-----------------------------------------------

... VEINTE MIL CUATROCIENTOS QUINCE DOLARES------------

----------------------------------DOLARES ($ 20,415.00)--
                                   DOLLARS  ($

...i indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
...o indemnifying the mortgagee further against any loss it might----

...ir bajo su seguro de pago del pagaré.-----------------
...tain under its insurance of payment of the note;----

...En cualquier caso y en todo tiempo;------------------
...t. In any event and at all times whatsoever;----

...CINCO MIL CUATROCIENTOS CUARENTA Y CUATRO DOLARES---

...5,444.00------) para intereses después de mora:-----------
                ) for default interest:----

...DOS MIL SETECIENTOS VEINTIDOS DOLARES--------------

...2,722.00-----) para contribuciones, seguro y otros adelantos para la con-
              ) for taxes, insurance and other advances for the preservation--

...ción y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
...rotection of this mortgage, with interest at the rate stated in paragraph----

...XTO, Tercero;-----------------------------------------
...H, Three;----

...MIL TRESCIENTOS SESENTA Y UN DOLARES----------------

...1,361.00----------) para costas, gastos y honorarios de abogado en caso
                    ) for costs, expenses and attorney's fees in case----

...ejecución;---------------------------------------------
...foreclosure:----

...MIL TRESCIENTOS SESENTA Y UN DOLARES----------------

...1,361.00--------) para costas y gastos que incurriere el acreedor hipoteca-
                  ) for costs and expenditures incurred by the mortgagee in----

...en procedimientos para defender sus intereses contra cualquier persona que inter-
...ceedings to defend its interests against any other person interfering with----

...mpa o impugne el derecho de posesión del deudor hipotecario a los bienes según
...contesting the right of possession of mortgagor to the property as----

...consigna en el párrafo SEXTO, Trece.-------------------
...vided in paragraph (SIXTH, Thirteen.----

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment ------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so ------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this ------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ------
mortgage, and if any then remains, will pay such amount to mortgagor. ------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case ------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended, ------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount ------

de LAS PROPIEDADES DESCRITAS COMO "A" y "B" en ------
of SESENTA Y NUEVE MIL SEISCIENTOS DIEZ DOLARES ------
($69,610.00). ------
---Cada una individualmente. ------
OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be ------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the ------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations ------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the ------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and ------

y aseguramiento del préstamo antes mencionado. ------
insuring of the loan hereinbefore mentioned. ------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes: ------
NINTH: The amounts guaranteed by this mortgage are as follows: ------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of ------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee ------

hipotecario cediere esta hipoteca sin asegurar el pagaré: TRECE MIL ------
should assign this mortgage without insurance of the note,

SEISCIENTOS DIEZ DOLARES ------ DOLARES ($ 13,610.00)
DOLLARS ($                   )

el principal de dicho pagaré, con sus intereses según estipulados a razón del TRES --
the principal amount of said note, together with interest as stipulated therein at the rate of

PUNTO SETENTA Y CINCO ------ por ciento (3.75 ---- %) anual;
per cent (                   %) per annum;

- 11 -

En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
At all times when said note is held by an insured lender:

TRECE MIL SEISCIENTOS DIEZ------------------------------

-----------------------DOLARES ($13,610.00)----
DOLLARS  ($

indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
indemnifying the mortgagee for advances to the insured lender-----

motivo del incumplimiento del deudor hipotecario de pagar los plazos según
reason of mortgagor's failure to pay the installments as-----------------

especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO.
specified in the note, with interest as stated in paragraph SIXTH,----------

cero;--------------------------------------------

VEINTE MIL CUATROCIENTOS QUINCE DOLARES------------------

------------------------------DOLARES ($20,415.00)----
DOLLARS  ($

indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
indemnifying the mortgagee further against any loss it might----------

bajo su seguro de pago del pagaré.------------------------
sustain under its insurance of payment of the note;----------------

En cualquier caso y en todo tiempo;----------------------
In any event and at all times whatsoever;------------------

CINCO MIL CUATROCIENTOS CUARENTA Y CUATRO DOLARES----

5,444.00-------) para intereses después de mora;--------------
) for default interest;------------

DOS MIL SETECIENTOS VEINTIDOS DOLARES------------------

$2,722.00-----) para contribuciones, seguro y otros adelantos para la con-
) for taxes, insurance and other advances for the preservation

vación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
protection of this mortgage, with interest at the rate stated in paragraph-------

TO, Tercero;----------------------------------------
TH, Three;----------------------------

MIL TRESCIENTOS SESENTA Y UN DOLARES-------------------

1,361.00------------) para costas, gastos y honorarios de abogado en caso
) for costs, expenses and attorney's fees in case----------

ejecución;--------------------------------------------
foreclosure;----------------------------

MIL TRESCIENTOS SESENTA Y UN DOLARES-------------------

1,361.00-----------) para costas y gastos que incurriere el acreedor hipoteca-
) for costs and expenditures incurred by the mortgagee in-------

procedimientos para defender sus intereses contra cualquier persona que inter-
ceedings to defend its interests against any other person interfering with-------

ponga o impugne el derecho de posesión del deudor hipotecario a los bienes según
contesting the right of possession of mortgagor to the property as----------

consigna en el párrafo SEXTO, Trece.----------------------
provided in paragraph (SIXTH, Thirteen,----

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————————
of this mortgage is(are) described as follows:—————————————————————

"Pagaré otorgado en el caso número ██████████████████████████
"Promissory note executed in case number

█████████████——————————————————————————— fechado el día ———————
                                                           dated the

veintiocho (28)—de abril———————————————de mil novecientos————
               day of                                   nineteen hundred and

noventa y cinco (1995)—— por la suma de TRECE MIL SEISCIENTOS
                                        in the amount of

DIEZ——————————————————————————————————dolares de principal má
                                                          of principal plus

intereses sobre el balance del principal adeudado a razón de TRES PUNTO————
interest over the unpaid balance at the rate of

SETENTA Y CINCO POR CIENTO———— ( 3.75% ————)por ciento anua
                                                           percent per annum

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, cond
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidi
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aqu
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagader
entire debt herein evidenced, if not sooner paid, will be due

a los VEINTE (20) AÑOS————————————————————————————————
and payable

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estad
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development A
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", seg
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—

han sido enmendadas y está sujeto a los presentes reglamentos de la Administraci
amended, and is subject to the present regulations of the Farmers—

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dic
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que
ELEVENTH: That the property object of this deed and over which———

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:—

· 13 ·

---------VER EXPOSITIVO VEGESIMO PRIMERO---------

quirió el prestatario la descrita finca por , según surge del Registro
rower acquired the described property by
e la Propiedad.----------------------------------------

gún consta de la Escritura Número, según surge del Registro de--
uant to Deed Number
e Propiedad.---------------------------------------------
cha, según surge del Registro de la Propiedad.------
ted

rgada en la ciudad de , según surge del Registro de la------
cuted in the city of
opiedad.-----------------------------------------------
e el Notario , que según surge del Registro de la-----------
fore Notary
opiedad.-----------------------------------------------
cha propiedad se encuentra  ambas propiedades se encuentran----
d property is afectas a hipotecas a favor de Estados Unidos-
America por las sumas principales de:  CUARENTA Y UN-
DOLARES ($41,000.00); CINCO MIL DOLARES ($5,000.00);
TE MIL DOLARES ($7,000.00); Y TRES MIL DOLARES------
,000.00].------------------------------------------------

ODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
LFTH: The parties appearing in the present deed as Mortgagors------------
N ANTONIO ESCOBALES PAGAN Y DOÑA MARIA MAGDALENA -----
VERA CASTELLANO, mayores de edad, casados entre sí,---
agricultor él, ama de casa ella, de números de -----
eguro Social

spectivamente, vecinos y propietarios de Jayuya,-----
erto Rico.-----------------------------------------------
a dirección postal es: HC guión Cero Uno (HC-01) Box Cinco Dos
se postal address is:
ro Cuatro (5204), Jayuya, Puerto Rico Cero Cero Seis-
s Cuatro (00664).--------------------------------------

CIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
RTEENTH: The proceeds of the loan herein guaranteed was used or will be used--------

14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas, y la construcción y/o repara...on y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).————
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará e
violation of any other agreement or clause herein contained will cause——

vencimiento de la obligación como si todo el término hubiese transcurrido y e
the debt to become due as if the whole term had elapsed and the——

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a l
Government at its option may declare due and payable the loan and proceed to——

ejecución de la hipoteca.————
the fo..closure of the mortgage.——

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcció
FIFTEENTH: This mortgage expressly extends to all construction——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, constru
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante le vigencia del pr
construction or building constructed on said farm(s) while the——

tamo hipotecario constituído a favor del Gobierno, verificada por los actual
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.————
owners or by their assignees or successors.——

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomuna
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesore
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADministración de Hogares de Agricultor
representatives, in favor of mortgagee (Farmers Home Administration)——

cualqui derecho de Hogar Seguro (Homestead) que en el present o en el fut
any Homestead right (Homestead) that presently or in the future——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edifi
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permi
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número t
in favor of the Farmers Home Administration by Law Number Thirteen——

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969)
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851).————
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que
SEVENTEENTH: Mortgagee and mortgagor agree that any——

quier estufa, horno, calentador comprado o financiado total o parcialmente
stove, oven, water heater, purchased or financed completely or partially with——

- 15 -






...ados del préstamo aquí garantizado, se considerará e interpretará como parte
...ods of the loan herein guaranteed, will be considered and understood to form part ———

... la propiedad gravada por esta Hipoteca.
... the property encumbered by this Mortgage. ———

...CIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
...GHTEENTH: The mortgagor agrees and obligates himself to move ———

... ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
...d occupy the property object of this deed within the following sixty ———

...ías a partir de la fecha de la inspección final; y en caso de circunstancias impre-
...ys from the date of final inspection, and in the event of unforeseen circumstances———

...stas fuera del control del deudor hipotecario que le impidiera mudarse, este lo
...yond his control which would impede him to do so, he will ———

...tificará por escrito al Supervisor Local.———
...ify it in writing to the County Supervisor.———

...ECIMO NOVENO: Toda mejora, construcción o edificación que se construya
...INETEENTH: All improvement, construction or building constructed———

...n dicha finca durante la vigencia antes mencionada deberá ser construída previa-
...n said farm(s) during the term hereinbefore referred to, must be made with the previous

...utorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
...onsent in writing of mortgagee in accordance with present regulations———

...entes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
...r future ones that may be promulgated pursuant to the federal and———

...cales no inconsistentes o incompatibles con las leyes actuales que gobiernan
...ocal laws not inconsistent or incompatible with the present laws which govern———

...stos tipos de préstamos.———
...hese types of loans.———

...VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
...WENTIETH: This instrument also secures the recapture of———

...nalquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
...ny interest credit or subsidy which may be granted to the borrower(s) by the———

...or el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
...iovernment pursuant to Forty-Two———

... Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)———
...S.C. Fourteen Ninety-a (42 U.S.C. 1490a)———

16



----------V I G E S I M O   P R I M E R O----------

---"A" RUSTICA:   Situada en el Barrio Mameyes,
lugar denominado Limón, del término municipal de
Jayuya, Puerto Rico, dedicado a café, guineos y
pastos, compuesta de CUATRO CUERDAS Y OCHENTA Y
DOS CENTIAREAS IGUALES a una hectárea, ochenta y
nueve áreas y cuarenta y tres centiáreas.   En
LINDES: por el Norte, con Juan Bautista y
Francisca Salgado; por el Sur, con José Batler y
Joaquín Rodríguez Francisco; por el Este y Oeste,
con tierras de Loreto y Francisca Salgado."--------
---Enclava en  dicha  propiedad  una  casa  de
vivienda.------------------------------------------

---Inscrita al folio doscientos treinta y cuatro
vuelto (234 vto.) del tomo ciento diecinueve (119)
de Jayuya, finca número cuatrocientos noventa y
uno (491), inscripción veintitrés (23).------------

---"B" RUSTICA:   Radicada en el Barrio Mameyes,
lugar denominado Limón, del término municipal de
Jayuya, Puerto Rico, compuesta de SIETE CUERDAS
PUNTO CUATROCIENTOS CINCUENTA CENTESIMAS DE OTRA
equivalentes a VEINTINUEVE MIL DOSCIENTOS OCHENTA
Y UNO PUNTO CUATROCIENTOS CINCO METROS CUADRADOS,
dedicado a café, guineos y pastos.   En LINDES:
por el Norte, con Joaquín Rodríguez Francisco; por
el Sur, Este y Oeste, con tierras de la cual esta
parcela se segregó."-------------------------------

---Inscrita al folio doscientos treinta (230) del
tomo ciento diecinueve (119) de Jayuya, finca
número cuatrocientos  ochenta  y  nueve  (489),
inscripción veintidós (22).------------------------

---DIVISION DE RESPONSABILIDAD HIPOTECARIA:   Las

propiedades hipotecadas responderán cada una a

razón de un CINCUENTA POR CIENTO (50%) del

gravámen hipotecario.------------------------------

---Y COMO  TESTIGO  INSTRUMENTAL:    DON DOMINGO

FERNANDEZ DE JESUS, mayor de edad, casado con

María Luisa Rodríguez Quiñones, agricultor, de

número de Seguro Social Cinco Ocho Tres guión

Cuatro Ocho guión Nueve Nueve Dos Tres ████

████ vecino y propietario de Jayuya, Puerto

Rico, a quien YO, EL NOTARIO, DOY FE de conocerle

personalmente, así como por sus dichos en su

mayoría de edad, estado civil, profesión, número

de Seguro Social y vecindad, me asegura tener, y a

mi juicio tiene la capacidad legal necesaria para

el presente otorgamiento, no teniendo ninguna de



17



las limitaciones impuestas por el Código Civil c
Puerto Rico ni la Ley Notarial Vigente para servi
como testigo.------------------------------------

------------------LECTURA Y ACEPTACION--------------
---Leyeron los     comparecientes     la     present
escritura y aceptan la misma en la forma en que h
sido redactada por ser y hallarla conforme a lc
hechos anteriormente expuestos, luego de YO, l
NOTARIO, haberles hecho las advertencias legale
pertinentes al acto y de imponerles el derecho
la presencia de testigos instrumentales, al cu.
recurren a ruegos de ANTONIO ESCOBALES PAGAI
quien asegura no saber leer, ni escribir,
comparece como tal, DOMINGO FERNANDEZ DE JESUS.-
---YO, EL NOTARIO, he leído en alta voz es
escritura a todos los comparecientes y al testi
instrumental, así como la han leído para sí tod
los comparecientes, excepto ANTONIO ESCOBAL
PAGAN, por las razones antes expuestas, asi co
el testigo instrumental ha leído para sí y en al
voz para los comparecientes que dijeron no pod
leer, EN UNIDAD DE ACTO, ratificándose 1
comparecientes en todo lo contenido en es
escritura. Y en prueba de ello, EN UNIDAD
ACTO, estampan las huellas digitales de s
pulgares los comparecientes que no saben leer
escribir y firma el testigo conmigo, EL NOTARI
en la última página de la presente escritura
estampan sus huellas digitales e iniciales d
testigo y al margen de todos los folios.--------

----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

----------------------

18

-----DE TODO LO CONTENIDO en este instrument

público y de quedar adheridos y cancelados l

correspondientes sellos del Impuesto Notarial d

Colegio de Abogados de Puerto Rico, YO

NOTARIO, que firmo, rubrico, signo y sello en

Ciudad de la Tierra Alta, Jayuya, Puerto Ric

--------------------DOY FE--------------------

19

FIRMADO:   ANTONIO ESCOBALES PAGAN
FIRMADO:   MARIA MAGDALENA RIVERA CASTELLANO
FIRMADO:   DOMINGO FERNANDEZ DE JESUS (TESTIGO)

FIRMADO, RUBRICADO SIGNADO Y SELLADO: JAIME O.
RIVERA SOTOMAYOR, NOTARIO PUBLICO.  Tiene adheridos
y cancelados los correspondientes sellos de Rentas
Internas y del Impuesto Notarial del Colegio de
Abogados de Puerto Rico, asi como suscritas las
iniciales de los otorgantes en todos los folios de
la escritura matriz.

Corresponde bien y fielmente con el original de su
contenido obrante   en   nuestro   protocolo
correspondiente, el cual original consta de once
(11) folios, segun el numero  y la fecha arriba
indicados, al cual me remito.

En fe de lo cual, expido a solicitud de parte
interesada, la presente copia certificada, que
firmo, rubrico, signo y sello en Jayuya, Puerto
Rico, hoy 28 de abril de 1995.---------------------

-----------------------DOY FE----



JAIME O. RIVERA SOTOMAYOR
NOTARIO-PUBLICO



Inscrito según se indica
en los sellos puestos al
margen de cada una de
las descripciones de las fincas
Afecta a hipotecas a favor de
Estado Unidos de America por
las sumas de $4,000.00, $5,000,
$7,000.00 y $3,000.00 y a esta que
se constituye por este asiento,
Utuado a 53 de Junio de 1995.

Exenta.

Exhibit 12

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-4577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: ANTONIO ESCOBALES PAGÁN**      **REF: 1521.218**
                                          **BY: ALEXIA JUARBE**

**PROPERTY NUMBER:** 491, recorded at page 236 of volume 10 of Jayuya, Registry of the Property of Utuado, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Situada en el barrio Mameyes, lugar nombrado "Limón" del término municipal de Jayuya, Puerto Rico, a café, guineos y pastos, compuesta de **4.82 cuerdas.** En lindes al **NORTE**, con Juan Bautista y Francisca Salgado; al **SUR**, con José Butler y Joaquín Rodríguez Francisco; al **ESTE** y **OESTE**, con tierras de Loreto y Francisca Salgado.

**ORIGIN:**

It is segregated from property number 484, recorded at page 204, volume 10 of Jayuya.

**TITLE:**

This property is registered in favor of ANTONIO ESCOBALES PAGÁN and his wife MARÍA MAGDALENA RIVERA CARATTINI, who acquired it by purchase from Pedro Salgado Negrón y Catalina Soto, at a price of $26,700.00, pursuant to deed #257, executed in Jayuya, Puerto Rico, on November 15, 1979, before Samuel A. Puig Magaz Notary Public, recorded at page 102 of volume 81 of Jayuya, property number 491, 8th inscription.
**Presented on November 21, 1979**
**Recorded on November 23, 1979**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.  **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $41,000.00, with 9% annual interests, due on 40 years, constituted by deed #258, executed in Jayuya, Puerto Rico, on November 15, 1979, before Samuel Puig Magaz Notary Public, recorded at page 102 of volume 81 of Jayuya, property number 491, 9th inscription.
    **It is not distributed the responsibility of mortgage.**
    **Presented on November 21, 1979**
    **Recorded on November 23, 1979**

2.  Reamortized and modified the mortgage of 9th inscription as follows: The amount due at September 19, 1985, amounts to $39,881.23 of principal, plus $2,881.27 of interest, for a total of $42,762.50, with 9% annual interests, due on September 19, 2019, constituted by deed #141, executed in Jayuya, Puerto Rico, on September 1, 1985, before Francisco A. Delgado Martínez Notary Public, recorded at overleaf of page 103 of volume 81 of Jayuya, property number 491, 11th inscription.
    **Presented on November 14, 1985**
    **Recorded on November 20, 1985**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 746-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #491

3. **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $5,000.00, with 10¾% annual interests, due on 20 years, constituted by deed #52, executed in Jayuya, Puerto Rico, on April 18, 1984, before Francisco A. Delgado Martínez Notary Public, recorded at overleaf of page 102 of volume 81 of Jayuya, property number 491, 10th inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on December 12, 1984**
**Recorded on December 12, 1984**

4. Reamortized and modified the mortgage of 10th inscription as follows: The amount due at September 19, 1985, amounts to $4,952.91 of principal, plus $427.89 of interest, for a total of $5,380.20, with 10.75% annual interests, due on September 19, 2005, constituted by deed #140, executed in Jayuya, Puerto Rico, on September 19, 1985, before Francisco A. Delgado Martínez Notary Public, recorded at overleaf of page 104 of volume 81 of Jayuya, property number 491, 12th inscription.
**Presented on November 16, 1985**
**Recorded on November 20, 1985**

5. **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America, in the original principal amount of $7,000.00, responding by $3,000.00, with 6% annual interests, due on 7 years, constituted by deed #44, executed in Jayuya, Puerto Rico, on March 18, 1988, before Francisco A. Delgado Martínez Notary Public, recorded at page 100 of volume 104 of Jayuya, property number 491, 13th inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on September 26, 1989**
**Recorded on December 12, 1989**

6. **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America, in the original principal amount of $3,000.00, with 4⅛% annual interests, due on 10 years, constituted by deed #28, executed in Jayuya, Puerto Rico, on February 22, 1990, before Rubén Hernández Rosario Notary Public, recorded at page 101 of volume 104 of Jayuya, property number 491, 14th inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on February 23, 1990**
**Recorded on May 2, 1990**

7. Reamortized and modified the mortgages of 9th, 10th and 13rd inscriptions as follows: The mortgage of 9th inscription amount due at February 22, 1990 reduced to the principal amount of $38,895.69, plus $285.68 of interest, with 5% annual interests and the amount of $2,332.95 are non-capitalizable interest, which will not accrue interest, for a total of $41,514.42, due on February 22, 2019; the mortgage of 10th inscription, amounts to $4,838.92, with 5% annual interests the amount of $283.97, for a total of $5,122.89, due on February 22, 2005; and the mortgage of 13rd inscription, amounts to $6,088.91, with 5% annual interest the amount of $408.37, for a total of $6,497.33, due on February 22, 2005, constituted by deed #27, executed in Jayuya, Puerto Rico, on February 22, 1990, before Rubén Hernández Rosario Notary Public, recorded at overleaf of page 101 of volume 104 of Jayuya, property number 491, 15th inscription.
**Presented on February 23, 1990**
**Recorded on May 3, 1990**



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #3
PROPERTY #491

8.  Reamortized and modified the mortgage of 13th inscription as for its principal will be $6,740.81 and due on January 1, 2005, constituted by deed #6, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at page 103 of volume 104 of Jayuya, property number 491, 16th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

9.  Reamortized and modified the mortgage of 14th inscription as for its principal will be $3,003.66 and due on January 1, 2000, constituted by deed #9, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 103 of volume 104 of Jayuya, property number 491, 17th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

10. Reamortized and modified the mortgage of 9th inscription as for its principal will be $46,830.31 and due on January 1, 2009, constituted by deed #7, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 104 of volume 104 of Jayuya, property number 491, 18th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

11. Reamortized and modified the mortgage of 10th inscription as for its principal will be $5,178.53 and due on January 1, 2005, constituted by deed #8, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at page 232 of volume 119 of Jayuya, property number 491, 19th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

12. Reamortized and modified the mortgage of 10th inscription as for its principal will be $5,591.00 and due on 10 years, constituted by deed #206, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 232 of volume 119 of Jayuya, property number 491, 20th inscription.
    **Presented on November 3, 1994**
    **Recorded November 7, 1994**

13. Reamortized and modified the mortgage of 14th inscription as for its principal will be $3,231.00, with 3.75% annual interests, and due on January 1, 1999, constituted by deed #207, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 233 of volume 119 of Jayuya, property number 491, 21th inscription.
    **Presented on November 3, 1994**
    **Recorded November 7, 1994**

14. Reamortized and modified the mortgage of 13rd inscription as for its principal will be $7,275.93 and due on 15 years, constituted by deed #208, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at page 234 of volume 119 of Jayuya, property number 491, 22th inscription.
    **Presented on November 3, 1994**
    **Recorded November 8, 1994**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #4
PROPERTY #491

15. Reamortized and modified the mortgage of 9th inscription as for its principal will be $50,585.48 and due on 24 years, constituted by deed #209, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 234 of volume 119 of Jayuya, property number 491, 23rd inscription.
**Presented on November 3, 1994**
**Recorded November 8, 1994**

16. **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other property1, in favor of United States of America, in the original principal amount of $13,610.00, responding 50% of the principal, with 3.75% annual interests, due on 20 years, constituted by deed #111, executed in Jayuya, Puerto Rico, on April 28, 1995, before Jaime O. Rivera Sotomayor Notary Public, recorded at overleaf of page 235 of volume 119 of Jayuya, property number 491, 24th inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on June 23, 1995**
**Recorded June 23, 1995**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to January 7th, 2021.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

mcr/dm/**F**



I, Elías Díaz Bermúdez, of legal age, single and neighbor of Trujillo Alto, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on January 7th, 2021, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 12 day of January of 2021.

Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4459.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 12 day of January of 2021.

RECIBO

Sello

9397
12/10/2020
$5.00
Sello de Asistencia Legal
80093-2020-1210-14594237

NOTARY PUBLIC

Exhibit 13

# TITLE SEARCH

CLIENT: ANTONIO ESCOBALES PAGÁN

REF: 1521.218
BY: ALEXIA JUARBE

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PROPERTY NUMBER: 489, recorded at page 228 of volume 10 of Jayuya, Registry of the Property of Utuado, Puerto Rico.

DESCRIPTION: (As it is recorded in the Spanish language)

RÚSTICA: Radicada en el barrio Mameyes, lugar nombrado "Limón" del término municipal de Jayuya, Puerto Rico, compuesta de **7.450 cuerdas, equivalentes a 29,281.405 metros cuadrados**, dedicado a café, guineos y pastos. En lindes al **NORTE**, con Joaquín Rodríguez Francisco; al **SUR**, **ESTE** y **OESTE**, con terrenos de la cual está parcela es segregación.

ORIGIN:

It is segregated from property number 484, recorded at page 204, volume 10 of Jayuya.

TITLE:

This property is registered in favor of ANTONIO ESCOBALES PAGÁN and his wife MARÍA MAGDALENA RIVERA CARATTINI, who acquired it by purchase from Pedro Salgado Negrón y Catalina Soto, at a price of $21,300.00, pursuant to deed #257, executed in Jayuya, Puerto Rico, on November 15, 1979, before Samuel A. Puig Magaz Notary Public, recorded at page 230 of volume 81 of Jayuya, property number 489, 7th inscription.
**Presented on November 21, 1979**
**Recorded on November 23, 1979**

LIENS AND ENCUMBRANCES:

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.    **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $41,000.00, with 9% annual interests, due on 40 years, constituted by deed #258, executed in Jayuya, Puerto Rico, on November 15, 1979, before Samuel Puig Magaz Notary Public, recorded at overleaf page 230 of volume 81 of Jayuya, property number 489, 8th inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on November 21, 1979**
**Recorded on November 23, 1979**

2.    Reamortized and modified the mortgage of 8th inscription as follows: The amount due at September 19, 1985, amounts to $39,881.23 of principal, plus $2,881.27 of interest, for a total of $42,762.50, with 9% annual interests, due on September 19, 2019, constituted by deed #141, executed in Jayuya, Puerto Rico, on September 1, 1985, before Francisco A. Delgado Martínez Notary Public, recorded at overleaf of page 233 of volume 81 of Jayuya, property number 489, 10th inscription.
**Presented on November 14, 1985**
**Recorded on November 20, 1985**

PAGE #2
PROPERTY #489

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-6577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

3.  **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $5,000.00, with 10.75% annual interests, due on 20 years, constituted by deed #52, executed in Jayuya, Puerto Rico, on April 4, 1984, before Francisco A. Delgado Martínez Notary Public, recorded at overleaf of page 232 of volume 81 of Jayuya, property number 489, 9th inscription.
    **It is not distributed the responsibility of mortgage.**
    **Presented on December 12, 1984**
    **Recorded on December 12, 1984**

4.  Reamortized and modified the mortgage of 9th inscription as follows: The amount due at September 19, 1985, amounts to $4,952.91 of principal, plus $427.89 of interest, for a total of $5,380.20, with 10.75% annual interests, due on September 19, 2005, constituted by deed #140, executed in Jayuya, Puerto Rico, on September 19, 1985, before Francisco A. Delgado Martínez Notary Public, recorded at page 234 of volume 81 of Jayuya, property number 489, 11th inscription.
    **Presented on November 16, 1985**
    **Recorded on November 20, 1985**

5.  **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America, in the original principal amount of $7,000.00, with 6% annual interests, due on 7 years, constituted by deed #44, executed in Jayuya, Puerto Rico, on March 18, 1988, before Francisco A. Delgado Martínez Notary Public, recorded at page 95 of volume 104 of Jayuya, property number 489, 12th inscription.
    **It is not distributed the responsibility of mortgage.**
    **Presented on September 26, 1989**
    **Recorded on December 12, 1989**

6.  **MORTGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other properties, in favor of United States of America, in the original principal amount of $3,000.00, with $4\frac{1}{2}$% annual interests, due on 10 years, constituted by deed #28, executed in Jayuya, Puerto Rico, on February 22, 1990, before Rubén Hernández Rosario Notary Public, recorded at page 96 of volume 104 of Jayuya, property number 489, 13th inscription.
    **It is not distributed the responsibility of mortgage.**
    **Presented on February 23, 1990**
    **Recorded on May 2, 1990**

7.  Reamortized and modified the mortgages of 8th, 9th and 12th inscriptions as follows: The mortgage of 8th inscription amount due at February 22, 1990 reduced to the principal amount of $38,895.69, plus $285.68 of interest, with 5% annual interests and the amount of $2,332.95 are non-capitalizable interest, which will not accrue interest, for a total of $41,514.42, due on February 22, 2019; the mortgage of 9th inscription, amounts to $4,838.92, with 5% annual interests the amount of $283.97, for a total of $5,122.89, due on February 22, 2005; and the mortgage of 12th inscription, amounts to $6,088.91, with 5.50% annual interest the amount of $408.37, for a total of $6,497.33, due on February 22, 2005, constituted by deed #27, executed in Jayuya, Puerto Rico, on February 22, 1990, before Rubén Hernández Rosario Notary Public, recorded at page 97 of volume 104 of Jayuya, property number 489, 14th inscription.
    **Presented on February 23, 1990**
    **Recorded on May 3, 1990**

PAGE #3
PROPERTY #489

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

8.  Reamortized and modified the mortgage of 12th inscription as for its principal will be $6,740.81 and due on January 1, 2005, constituted by deed #6, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 104 of volume 104 of Jayuya, property number 489, 15th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

9.  Reamortized and modified the mortgage of 13rd inscription as for its principal will be $3,003.66 and due on January 1, 2000, constituted by deed #9, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at page 100 of volume 104 of Jayuya, property number 489, 16th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

10. Reamortized and modified the mortgage of 8th inscription as for its principal will be $46,830.31 and due on January 1, 2009, constituted by deed #7, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at page 227 of volume 119 of Jayuya, property number 489, 17th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

11. Reamortized and modified the mortgage of 9th inscription as for its principal will be $5,178.53 and due on January 1, 2005, constituted by deed #8, executed in Jayuya, Puerto Rico, on January 14, 1993, before Miguel Torres Maldonado Notary Public, recorded at overleaf of page 227 of volume 119 of Jayuya, property number 489, 18th inscription.
    **Presented on January 25, 1993**
    **Recorded on January 27, 1993**

12. Reamortized and modified the mortgage of 9th inscription as for its principal will be $5,591.00 and due on 10 years, constituted by deed #206, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at page 228 of volume 119 of Jayuya, property number 489, 19th inscription.
    **Presented on November 3, 1994**
    **Recorded November 7, 1994**

13. Reamortized and modified the mortgage of 13rd inscription as for its principal will be $3,231.00, with 3.75% annual interests, and due on January 1, 1999, constituted by deed #207, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at page 229 of volume 119 of Jayuya, property number 489, 20th inscription.
    **Presented on November 3, 1994**
    **Recorded November 7, 1994**

14. Reamortized and modified the mortgage of 12th inscription as for its principal will be $7,275.93 and due on 15 years, constituted by deed #208, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at page 229 of volume 119 of Jayuya, property number 489, 21th inscription.
    **Presented on November 3, 1994**
    **Recorded November 8, 1994**

15. Reamortized and modified the mortgage of 8th inscription as for its principal will be $50,585.48 and due on 24 years, constituted by deed #209, executed in Jayuya, Puerto Rico, on October 19, 1994, before Miguel Torres Maldonado Notary Public, recorded at page 230 of volume 119 of Jayuya, property number 489, 22nd inscription.
    **Presented on November 3, 1994**
    **Recorded on November 8, 1994**

PAGE #4
PROPERTY #489

16. **MORGAGE:** Constituted by Antonio Escobales Pagán and his wife María Magdalena Rivera Carattini, over this and other property1, in favor of United States of America, in the original principal amount of $13,610.00, responding 50% of the principal, with 3.75% annual interests, due on 20 years, constituted by deed #111, executed in Jayuya, Puerto Rico, on April 28, 1995, before Jaime O. Rivera Sotomayor Notary Public, recorded at page 231 of volume 119 of Jayuya, property number 489, 23rd inscription.
**It is not distributed the responsibility of mortgage.**
**Presented on June 23, 1995**
**Recorded June 23, 1995**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to January 7th, 2021.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

mcr/dm/**F**

ESTUDIOS DE TITULO
SEGUROS DE TITULO
P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



I, Elías Díaz Bermúdez, of legal age, single and neighbor of Trujillo Alto, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on January 7th, 2021, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this _12_ day of _January_ of 2021.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER _4457_.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this _12_ day of _January_ of 2021.

NOTARY PUBLIC

RECIBO

Sello

9397
12/10/2020
$5.00

Sello de Asistencia Legal
80093-2020-1210-14194221

*1521.218*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

Exhibit 14

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Escobales Pagan, Antonio      Case No:   63-030-2313

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of    September 10, 2020**

| Loan Number | 41-17 | |
|---|---|---|
| Note Amount | $ | 41,000.00 |
| Original Note Date | 11/15/1979 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 50,585.48 |
| Unpaid Interest | $ | 69,591.06 |
| Misc. Charges | $ | - |
| Total Balance | $ | 120,176.54 |
| Daily Interest Accrual | $ | 7.6225 |
| Amount Delinquent | $ | 120,176.54 |
| Years Delinquent | Fully matured | |

| Loan Number | 41-18 | |
|---|---|---|
| Note Amount | $ | 5,000.00 |
| Original Note Date | 4/18/1984 | |
| Date of Last Payment | 6/16/1999 | |
| Principal Balance | $ | 2,922.76 |
| Unpaid Interest | $ | 3,103.34 |
| Misc. Charges | $ | - |
| Total Balance | $ | 6,026.10 |
| Daily Interest Accrual | $ | 0.4004 |
| Amount Delinquent | $ | 6,026.10 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

/3 2/. 2/8

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:  Escobales Pagan, Antonio          Case No:  63-030-2313

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution
Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of     September 10, 2020**

| Loan Number | 44-19 | |
|---|---|---|
| Note Amount | $ | 7,000.00 |
| Original Note Date | 3/18/1988 | |
| Date of Last Payment | 6/16/1999 | |
| Principal Balance | $ | 6,231.38 |
| Unpaid Interest | $ | 5,958.97 |
| Misc. Charges | $ | - |
| Total Balance | $ | 12,190.35 |
| Daily Interest Accrual | $ | 0.5975 |
| Amount Delinquent | $ | 12,190.35 |
| Years Delinquent | Fully matured | |

| Loan Number | 43-21 | |
|---|---|---|
| Note Amount | $ | 13,610.00 |
| Original Note Date | 4/28/1995 | |
| Date of Last Payment | 5/25/2009 Offset | |
| Principal Balance | $ | 13,610.00 |
| Unpaid Interest | $ | 12,140.11 |
| Misc. Charges | $ | - |
| Total Balance | $ | 25,750.11 |
| Daily Interest Accrual | $ | 1.3983 |
| Amount Delinquent | $ | 25,750.11 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
September 10, 2020

Department of Defense Manpower Data Center                    Results as of : Apr-08-2020 02:22:33 PM

SCRA 5.4

EXHIBIT 15



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:            XXX-XX-6593
Birth Date:
Last Name:      RIVERA CASTELLANO
First Name:     MARIA
Middle Name:    MAGDALENA
Status As Of:   Apr-08-2020
Certificate ID: CQMMRV3Y0GFPMTW

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ADJUNTAS
1 SALON DE SESIONES

22 DE ABRIL DE 2013

LIC. RICARDO MORALES MALDONADO
PO BOX 206

UTUADO PR 00641-0206

RE:   CASO NUM: L2CI201300037
ESCOBALES RIVERA, EDUARDO
VS
EX PARTE
SOBRE:  DECLARATORIA DE HEREDEROS

ESTIMADO(A) SEÑOR(A):

CON FECHA 19 DE ABRIL DE 2013  SE RECIBIO EN ESTA
SECRETARIA, EN GRADO DE TRASLADO, EL EXPEDIENTE NUMERO
C1CI2013-48, PROCEDENTE DE ESA SALA, Y EL MISMO HA SIDO
RADICADO CON EL NUMERO L2CI201300037.

ADEMAS, INFORMO QUE HE ENVIADO COPIA DE ESTA CARTA A LAS
PARTES CORRESPONDIENTES A SUS RESPECTIVAS DIRECCIONES.

TRIBUNAL DE PRIMERA INSTANCIA UTUADO – SECRETARIO GENERAL
PO BOX 2555 UTUADO PR 00641

CORDIALMENTE,



WANDA I. NIEVERA PEREZ
SECRETARIO

POR:  YENITZA PEREZ BALLESTER

CARTA ACUSANDO RECIBO DE EXPEDIENTE
EN GRADO DE TRASLADO
FORMA OAT-748 (REV. OCT. 1963)
(REGLA 3 PROCEDIMIENTO CIVIL)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ADJUNTAS
I SALON DE SESIONES

ESCOBALES RIVERA, EDUARDO        CASO NUM. L2CI201300037

VS        SOBRE:

EX PARTE

       DECLARATORIA DE HEREDEROS

* * * * * * * * * * * * * * *

NOTIFICACION     DE SENTENCIA

    EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA DE 24 DE ABRIL DE 2013 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

    Y SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA 25 DE ABRIL DE 2013 .

LIC. RICARDO MORALES MALDONADO - PO BOX 206
UTUADO PR 00641-0206.

    ADJUNTAS , PUERTO RICO, A 25 DE ABRIL DE 2013 .

WANDA I. RIVERA PEREZ
_____
SECRETARIO

POR: AMARILLYS LUCIANO TORRES
_____
SEC. AUX. TRIB. I

OAT704 - NOTIFICACION DE SENTENCIA
WWW.RAMAJUDICIAL.PR
TELETRIBUNALES: (787)759-1888/ISLA 1-877-759-1888 LIBRE DE COSTO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE ADJUNTAS

| | |
|---|---|
| EDUARDO ESCOBALES RIVERA | |
| Peticionario | Civil Núm: L2CI201300037 |
| EX-PARTE | Sobre: |
| ANTONIO ESCOBALES PAGÁN | Declaratoria de Herederos |
| Causante | |

## RESOLUCIÓN

El Peticionario **Eduardo Escobales Rivera** presentó bajo juramento una petición de Declaratoria de Herederos de su padre, **Antonio Escobales Pagán** según lo dispuesto en el Artículo 552 del Código de Enjuiciamiento Civil de Puerto Rico, según enmendado 32 L.P.R.A Sección 2301, según enmendado por la Ley Número 203 del 23 de abril de 1974.

De lo alegado en la Petición y de la prueba documental presentada por el Peticionario se desprende que el causante falleció en Jayuya, Puerto Rico, el 10 de agosto de 2010. A su deceso el causante era casado con la señora **María Magdalena Rivera Castellanos** también conocida como **María M. Rivera Castellanos** y como **Magdalena Rivera.** El causante dejó bienes sujetos a división hereditaria en el municipio de Jayuya.

Le sobreviven los siguientes hijos cuyas circunstancias personales son las siguientes:

1. **Gladys Milagros Escobales Rivera**, mayor de edad, nacida el 25 de mayo 1953 en Jayuya, Puerto Rico, casada con Fernando Marrero, ama de casa y vecina de Jayuya, Puerto Rico;

2. **Raúl Luis Escobales Rivera**, mayor de edad, nacido el 9 de mayo de 1954 en Jayuya, Puerto Rico, soltero, empleado y vecino de Jayuya, Puerto Rico;

3. **Elba Margarita Escobales Rivera**, mayor de edad, nacida el 15 de octubre de 1955 en Jayuya, Puerto Rico, viuda y vecina de San Juan, Puerto Rico;

4. **Manuel Antonio Escobales Rivera**, mayor de edad, nacido el 1 de enero de 1959 en Jayuya, Puerto Rico, casado, empleado y vecino de Jayuya, Puerto Rico;

5. **Jorge Luis Escobales Rivera**, mayor de edad, nacido el 18 de junio de 1961 en Jayuya, Puerto Rico, soltero, empleado y vecino de Jayuya, Puerto Rico;

6. **José Miguel Escobales Rivera**, mayor de edad nacido el 17 de noviembre de 1963 en Jayuya, Puerto Rico, casado con Evelyn Vargas, empleado y vecino de Jayuya, Puerto Rico;

7. **María Magdalena Escobales Rivera**, mayor de edad nacida el 16 de marzo de 1965 en Jayuya, Puerto Rico, soltera, empleada y vecina de Jayuya, Puerto Rico;

8. **Eduardo Escobales Rivera**, mayor de edad, nacido el 26 de septiembre de 1967, en Ponce, Puerto Rico, casado con Zulma Reyes, empleado y vecino de Utuado, Puerto Rico;

9. **Nellie Isabel Escobales Rivera**, mayor de edad, nacida el 10 de mayo de 1969 en Jayuya, Puerto Rico, casada con José Rodríguez, empleada y vecina de Jayuya, Puerto Rico;

10. **Nancy Escobales Rivera**, mayor de edad, nacida el 16 de junio de 1972 en Jayuya, Puerto Rico, casada con Carlos Pérez, enfermera y vecina de Jayuya, Puerto Rico;

11. **Erika Escobales Rivera**, mayor de edad nacida el 8 de octubre de 1974 en Ponce, Puerto Rico, casada con Javier Morales, empleada y vecina de Jayuya, Puerto Rico;

Al fallecer el causante, éste no había otorgado testamento alguno, según se ha comprobado por no haberse encontrado entre sus pertenencias, documento alguno que acredite este hecho a pesar de la búsqueda efectuada por el Peticionario, así como por la Certificación Negativa de Testamento expedida por la Directora del Registro de Poderes y Testamentos del Honorable Tribunal Supremo de Puerto Rico, las cuales también se acompañaron a la Petición.

El causante no dejó otros herederos que no fueran los antes nombrados, siendo por tanto, éstos sus únicos y universales herederos.

Vista la solicitud del Peticionario y examinada la prueba documental presentada, el Tribunal declara **CON LUGAR** la misma y declara como únicos y universales herederos del causante, **Antonio Escobales Pagán** a sus hijos de nombres Gladys Milagros, Raúl Luis, Elba Margarita, Manuel Antonio, Jorge Luis, José Miguel, María Magdalena, Eduardo, Nellie Isabel, Nancy y Erika todos de apellidos **Escobales Rivera** y a su viuda **María Magdalena Rivera Castellanos** también conocida como **María M. Rivera Castellanos** y como **Magdalena Rivera** en la cuota viudal usufructuaria disponible por ley, sin menoscabo o perjuicio de terceros que pudieran presentar y probar mejor derecho, o herederos forzosos.

Remítase al Peticionario, a través de su representación legal, los documentos en original de la Certificación de Defunción del causante, de Nacimiento de herederos, conservando copias de los mismos en el expediente del caso.  **(Ley 191 del 22 de diciembre de 2009)**

### REGÍSTRESE Y NOTIFÍQUESE

Dada en Adjuntas, Puerto Rico el 17 de abril de 2013.

LUIS E. MALDONADO GUZMAN
Juez Superior

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| MARÍA MAGDALENA RIVERA CARATTINI, et als. | ) FORECLOSURE OF MORTGAGE |
| | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EDUARDO ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| MARÍA MAGDALENA RIVERA CARATTINI, et als. | ) | FORECLOSURE OF MORTGAGE |
| | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELBA MARGARITA ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> MARÍA MAGDALENA RIVERA CARATTINI, et als. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ERIKA ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10067; I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

&#10067; I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10067; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

&#10067; I returned the summons unexecuted because _____ ; or

&#10067; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>MARÍA MAGDALENA RIVERA CARATTINI, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GLADYS MILAGROS ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

United States of America,
acting through the
United States Department of Agriculture

_____
*Plaintiff(s)*

v.

MARÍA MAGDALENA RIVERA CARATTINI, et als.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JORGE LUIS ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>MARÍA MAGDALENA RIVERA CARATTINI, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.<br>)<br>)     FORECLOSURE OF MORTGAGE<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOSE MIGUEL ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. MARÍA MAGDALENA RIVERA CARATTINI, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MANUEL ANTONIO ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| MARÍA MAGDALENA RIVERA CARATTINI, et als. | ) | **FORECLOSURE OF MORTGAGE** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARIA MAGDALENA ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date:  _____                    _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. MARÍA MAGDALENA RIVERA CARATTINI, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARÍA MAGDALENA RIVERA CARATTINI
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MARÍA MAGDALENA RIVERA CARATTINI, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NANCY ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. MARÍA MAGDALENA RIVERA CARATTINI, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NELLIE ISABEL ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MARÍA MAGDALENA RIVERA CARATTINI, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RAUL LUIS ESCOBALES RIVERA
St. Rd. 141, Km. 14.2
Mameyes Wd.
Jayuya, P.R. 00664

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                       *Server's signature*

                                                _____
                                                       *Printed name and title*

                                                _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

---

Attorney Name (Last, First, MI):     Fortuño, Juan Carlos

USDC-PR Bar Number:     211913

Email Address:     jcfortuno@fortuno-law.com

---

1.     Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff:     UNITED STATES OF AMERICA, acting through the USDA

    Defendant:     MARÍA MAGDALENA RIVERA CARATTINI; ET ALS.

2.     Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case

    ☐ Social Security

    ☐ Banking

    ☐ Injunction

3.     Indicate the title and number of related cases (if any).

    N/A

4.     Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes

    ☒ No

5.     Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes

    ☒ No

6.     Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

    ☐ Yes

    ☒ No

Date Submitted:     January 4, 2021

rev. Dec. 2009

Print Form     Reset Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

MARÍA MAGDALENA RIVERA CARATTINI, et als.

County of Residence of First Listed Defendant   Jayuya, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
164,142.99

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
01/04/2021

SIGNATURE OF ATTORNEY OF RECORD
s/Juan Carlos Fortuño Fas

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____